***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| STOBIE CREEK INVESTMENTS, LLC,<br>JFW ENTERPRISES, INC., Tax Matters and<br>Notice Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-748 T<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

s/David R. House
David R. House
Justice Department (Tax)
Court of Federal Claims Section
(202) 616-3366
(202) 514-9440 (Fax)