IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-748 T
(Judge Block)

STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 30 days from January 3, 2006, to February 2, 2006 within which to file the Joint Preliminary Status Report. Plaintiffs have no objection to the requested 30-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

The Joint Preliminary Status Report is currently due January 3, 2005. At this time, defendant is preparing to reassign this case to a different trial attorney. Due to the complex nature of this case, and the volume of administrative material involved, the new trial attorney will need the additional time to become familiar with the case prior to discussing the Joint Preliminary Status Report with plaintiffs' counsel. Accordingly, additional time is required to allow for the new trial attorney to become familiar with the administrative materials and the

issues in the case, prior to filing the Joint Preliminary Status Report.

WHEREFORE, the defendant prays that its motion for an 30-day extension of time to file the Joint Preliminary Status Report be allowed.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section