***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| STOBIE CREEK INVESTMENTS, LLC,<br>JFW ENTERPRISES, INC., Tax Matters and<br>Notice Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 05-748 T<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Stuart D. Gibson, as the attorney of record for the United States in the above-captioned matter. Please also enter the appearance of Cory A. Johnson. Mr. Johnson is an assisting attorney and should be designated as "of counsel." Service of all papers by opposing parties should be addressed as follows:

Stuart D. Gibson, Esquire
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044

*/s/Stuart D. Gibson*
Stuart D. Gibson
U.S. Department of Justice
Tax Division
Office of Civil Litigation
(202) 307-6586
(202) 307-2504 (Fax)
Stuart.D.Gibson@usdoj.gov