# The United States Court of Federal Claims

**No: 05-748 C**
**February 9, 2006**

**STOBIE CREEK INVESTMENTS, LLC,**
**JFW ENTERPRISES, INC., Tax Matters**
**and Notice Partner,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On February 2, 2006, the parties filed a Joint Preliminary Status Report. In accordance with the Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the parties are ORDERED to comply with the following schedule:

1. The parties shall commence document discovery no later than **February 15, 2006**.

2. The parties shall commence deposition discovery no later than **June 1, 2006**.

3. The parties shall complete factual discovery no later than **October 31, 2006**.

4. The parties shall disclose the identity of any experts no later than **November 30, 2006**.

5. The parties shall disclose the identity of any rebuttal experts on later than **January 15, 2007**.

6. The parties shall complete discovery no later than **February 15, 2007**.

7. The parties shall file a Joint Status Report indicating how they wish to proceed with this matter no later than **March 15, 2007**.

**IT IS SO ORDERED.**

s/ Lawrence J. Block
Lawrence J. Block

Judge