**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **(Judge Block)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**AGREED MOTION FOR ENTRY OF A**
**PROTECTIVE ORDER GOVERNING DOCUMENTS**
**TO BE PRODUCED BY SHUMAKER, LOOP & KENDRICK**

Plaintiff Stobie Creek Investments, LLC, defendant the United States and Shumaker, Loop & Kendrick ("SLK") jointly move, pursuant to RCFC 26(c), for entry of a protective order governing the use and disclosure of certain documents to be produced by SLK.

On April 21, 2006, the United States served a subpoena on SLK requesting the production of documents. SLK is prepared to produce the requested documents but has requested that certain restrictions be placed on the pretrial disclosure and use of documents that contain confidential tax, personal and financial information of individuals and entities whose transactions are not directly at issue in this case. The parties and SLK have agreed to the draft Protective Order attached to this motion as Exhibit A. The draft order provides that certain documents may be designated as "Protected Documents" by SLK, and sets forth the restrictions applicable to the pretrial use of such documents. The draft order also provides that either party

may object to the designation of particular documents as protected and seek to modify the order. The draft order does not govern the use of "Protected Documents" at trial. (See ¶ 18).

The parties and SLK do not request a hearing on this motion but are available at the Court's convenience if it wishes to hold a hearing.

Respectfully submitted,

United States of America

*/s/ Stuart D. Gibson*
Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Acting Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal Claims Section
*/s/ Cory A. Johnson*
Of Counsel

Stobie Creek Investments LLC
and JFW Enterprises, Inc.

*/s/ Robert E. Kolek*
Robert E. Kolek
Attorney of Record

Ronald S. Safer
Of Counsel
Thomas R. Wechter
Of Counsel
Theresa M.H. Marx
Of Counsel.

Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

Shumaker, Loop & Kendrick

*/s/ Christopher S. Rizek*
Christopher S. Rizek
Caplin & Drysdale Chartered
One Thomas Circle, N.W.
Washington D.C. 20005

Dated: June 26, 2006