# The United States Court of Federal Claims

**No: 05-748 T**
**October 3, 2006**

**STOBIE CREEK INVESTMENTS, LLC,**
**JFW ENTERPRISES, INC., Tax Matters**
**and Notice Partner,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

During a status conference held on October 3, 2006, the court granted defendant's motion filed on September 12, 2006 to extend the discovery schedule. Accordingly, it is ORDERED that the parties comply with the following schedule:

1. Factual discovery shall be completed by Friday, **March 2, 2007**.

2. The identity of any experts shall be disclosed by Monday, **April 2, 2007**.

5. The identity of any rebuttal experts shall be disclosed by Friday, **May 18, 2007**.

6. Discovery shall be completed by Monday, **June 18, 2007**.

7. The parties shall file by Wednesday, **July 18, 2007,** a Joint Status Report indicating how they wish to proceed with this matter.

s/Lawrence J. Block

Lawrence J. Block
Judge