**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **(Judge Block)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION OF THE UNITED STATES**
**TO ENLARGE TIME FOR RESPONDING TO**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The United States requests an additional fourteen days in which to respond to Plaintiff's Motion to Compel Discovery, filed on November 28, 2006. Plaintiff does not oppose the motion, and is agreeable to the fourteen-day extension.

The United States' response to plaintiff's motion to compel is currently due by December 15, 2006. The United States is seeking an extension because its counsel is currently scheduled to take six depositions in this case in Chicago during the first two weeks of December, and will be substantially occupied preparing for and taking these depositions for the next two and one-half weeks. With the fourteen day extension, the United States' response would be due December 29, 2006. No previous enlargements of time for responding to plaintiff's motion have been requested.

Respectfully submitted,

*s/ Stuart D. Gibson*

Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Claims Section
*s/ Cory A. Johnson*
Of Counsel

Dated: November 30, 2006