**U.S. Department of Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:MLS:CAJohnson
154-2322
CMN 2005105383

February 24, 2006

***Via Fax and U.S. Mail***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

I am writing to provide the initial disclosures of the United States pursuant to RCFC 26(a). We make these disclosures based on the information that is currently reasonably available to us, and will supplement them as necessary pursuant to RCFC 26(e). Please note that we do not have access to matters occurring before the grand jury in the investigation now underway in the Southern District of New York, or to matters being developed in that investigation. We are not disclosing, therefore, any matters protected by Fed.R.Crim.P. 6(e), or matters being developed in the grand jury investigation that may not, technically, fall within the precise language of Rule 6(e). If and when we learn of and obtain access to such matters on which we reasonably intend to rely in this case, we will supplement these disclosures.

Individuals that May Have Discoverable Information

The individuals listed below may have discoverable information that the United States may use to defend plaintiff's claims.

1. Individuals who participated in the transactions at issue in this case. They are expected to testify about the circumstances under which they participated in the transactions at issue, the fees they paid, the information they received, and the representations that were made about the investment potential of the year 2000 currency transactions, timing, and tax benefits, among other things. They are:

   David K. Welles, Sr.
   Georgia B. Welles

PENGAD-Bayonne, N. J. Exhibit 3

Johnson 9/18

David K. Welles, Jr.
Virginia Welles Jordan
Jeffrey F. Welles
Peter C. Welles
Christopher S. Welles

Steven Bores
3460 Country Club Place
Danville, CA 94506

2. Attorneys and promoters who participated in arranging the transactions. They are expected to testify about the development and structuring of the transactions at issue, the fees they received for arranging the transactions, and the representations that were made about the investment potential of the year 2000 currency transactions, timing, and tax benefits, among other things.

David F. Waterman
Shoemaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH

John V. Ivsan
7400 Carmel Executive Park Drive, Suite 120
Charlotte, NC 28226

Donna Guerin
Irwin Mayer
Paul Daugerdas
Sandy Burnside
Presently or formerly of Jenkens & Gilchrist;
contact information not presently known

David Herpe
McDermott, Will & Emery
Chicago, IL

Representative(s) of Jenkens & Gilchrist
225 West Washington
Chicago, IL

3. Robert J. Floyd, CPA
   2650 N. Reynolds Rd., # 2
   Toledo, OH
   (419) 537-9442

   Mr. Floyd prepared tax returns reporting the transactions at issue, and is expected to testify about the representations made on the returns.

4. Representative(s) of Deutsche Bank

   Deutsche Bank was the counterparty on the currency option contracts. A representative of Deutsche Bank is expected to testify about the pricing of the options, the fees paid to Deutsch Bank, the timing of the options, the terms of the option contracts, and the possibility of gain or loss on the offsetting contracts.

5. Representative(s) of Kenner & Co.
   New York, NY

   Representative(s) of Therma-Tru Corporation
   Toledo, OH

   On information and belief, Kenner & Co. was involved in the redemption of shares and recapitalization of Therma-Tru in May 2000. Representatives of Kenner and Therma-Tru are expected to testify about the history and timing of those transactions.

The descriptions above regarding expected testimony are not intended to limit the scope of discovery or concede the admissibility of any evidence at trial.

<u>Documents that the United States May Use</u>

The documents currently in our possession, custody and control that the United States may use to defend plaintiff's claims are described below. We believe you may already have copies of these documents. If not, please let us know.

1. Pleadings, briefs, memoranda, affidavits and exhibits filed in *United States v. Jenkens & Gilchrist, P.C.* (N.D. Ill. No. 03 C 5693);

2. Documents produced to the IRS by Jenkens & Gilchrist that relate to the Welles family members:

| Name | Bates Numbers |
| --- | --- |
| Peter Welles | 0000 - 1151 |
| Jeffrey Welles | 0000 - 1230 |
| David Welles, Sr. | 0000 - 1169 |
| Virginia Jordan | 0000 - 1152 |
| Christopher Welles | 0000 - 1162 |
| David Welles, Jr. | 0000 - 1181 |
| David Welles, Sr. QAT | 0000 - 1142 |

3. Documents produced to the IRS by Shumaker, Loop & Kendrick LLP that relate to Stobie Creek and its purported members. These documents bear Bates Numbers: SLK 160 - 284, SLK 317 - 336, SLK 350 - 357, SLK 1257 - 1834, SLK 2043 - 2564, SLK 2565 - 2837, SLK 3073 - 3252, SLK 3382 - 3393, SLK 1-004681 - 004931, and SLK 1-004932 - 005808;

4. Tax returns for Stobie Creek for the years ending April 30, 2000, and December 31, 2000;

5. Tax returns for the purported members of Stobie Creek for the years ending December 31, 2000;

6. Documents produced by Welles family members in response to IRS Information Document Requests 001, 002, and 003;

7. Documents produced to the IRS by Deutsche Bank AG that relate to the Welles family members. These documents bear Bates Numbers DB Welles 0001 - DB Welles 0134.

If you have any questions regarding these disclosures or want copies of the documents described, please do not hesitate to call me.

Sincerely yours,

Cory A. Johnson
Trial Attorney
Court of Federal Claims Section

cc: Stuart D. Gibson

1555966.1