**U.S. Department of Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

July 31, 2006

***Via Federal Express***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

Enclosed are 15 CDs of documents we are producing in response to your document production requests. A list of the enclosed CD's is enclosed. The CDs fall into three categories: (a) documents produced by Jenkins & Gilchrist in response to our subpoena in this case; (b) documents produced by Deutsche Bank in response to our subpoena in this case; and (c) documents previously obtained from Jenkens & Gilchrist by the IRS. The titles on the Jenkens & Gilchrist CDs of subpoenaed documents are the same as those on the CDs we received from Jenkens & Gilchrist. We expect to produce additional documents to you shortly.

Please call me if you have any questions

Sincerely yours,

Cory A. Johnson

Enclosures

cc w/o enc: Stuart D. Gibson

PENGAD-Bayonne, N. J.
Exhibit 4

(Johnson #8108

| CD Title | Bates Numbers | Date |
|---|---|---|
| J&G Documents Produced Pursuant to Subpoena | | |
| Attorney Notes Produced to Government Pursuant to May 14, 2004 Court Order | JG-N000001 - JG N001950 | 6/16/2004 |
| Second Supplemental Attorney Notes - Production to the IRS | JG-N002086 - JG N002298 | 5/4/2006 |
| Confidential J&G Document Production Class Action Settlement - Disc B Invoices | I00001 - I00848 | 6/30/2004 |
| Confidential J&G Document Production Class Action Settlement - Disc G Invoices | I00849 - I00894 | 8/16/2004 |
| Confidential J&G Document Production Class Action Settlement - Disc C J&G Documents | CLNC00001 - CLNC02546 | 6/30/2004 |
| J&G Stobie Creek Documents | JG-STCRK-000001 - JG-STCRK-004624 | 5/30/2006 |
| J&G Attorney Documents Provided Pursuant to May 14, 2004 Court Order | JG-NC000001 - JG-NC074779 | -undated- |
| Confidential J&G Document Production Class Action Settlement - Disc F Second Supplemental Class Production | JG-NC081510 - JGNC085513 | 8/16/2004 |
| Confidential J&G Document Production Class Action Settlement - Disc E Supplemental Class Production | JG-NC074780 - JG-NC081509 | 8/6/2004 |
| Confidential J&G Document Production Class Action Settlement - Disc H Third Supplemental Class Production | JG-NC085514 - JG-NC088780 | 8/18/2004 |

| | | |
|---|---|---|
| Confidential J&G Document Production Class Action Settlement - "Ernst & Young E-mails and "Third Party Form 1099" Productions | EY00001 - EY00013 | 8/31/2004 |
| | 1099-0001 - 1099-0102 | 11/3/2004 |
| Supplemental Attorney Notes Produced Pursuant to May 14, 2004 Court Order - J&G Confidential Documents | JG-N001951 - JG-N002085 | 8/19/2004 |
| Confidential Agreements Provided Pursuant to May 14, 2004 Court Order, *US v. Jenkens & Gilchrist* (03 C 5693, U.S.D.C.N.D.Ill.) | 00000000 - 00005140 | May-04 |
| **Deutsche Bank Documents** | | |
| Stobie Creek Investments v. United States | DOJ-Stobie-00000001 - 00033890 | -undated- |
| **J&G Documents Provided to IRS** | | |
| Stobie Creek Investments v. United States | IRS-JG-00001 - 8198 | -undated- |