**U.S. Department of J  ice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

August 10, 2006

***Via Federal Express***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

Enclosed are additional documents responsive to your requests. The documents are numbered as follows:

SLK2565 thru SLK2837
SLK1257 thru SLK1416
SLK-1-004681 thru SLK-1-004931
SLK-1-004932 thru SLK-1-005262
SLK-1-005263 thru SLK-1-005484
SLK-1-005485 thru SLK-1-005808
SLK2043 thru SLK2301
SLK2302 thru SLK2564
SLK3073 thru SLK3252
SLK3382 thru SLK3393
SLK0160 thru SLK0284
SLK0317 thru SLK0336
SLK0350 thru SLK0357
SLK1417 thru SLK1834

PENGAD-Bayonne, N. J.
Exhibit 5

Cory 8105

Please call me if you have any questions.

Sincerely yours,

Cory A. Johnson

Enclosures

cc w/o enc: Stuart D. Gibson