**U.S. Departme f Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

August 11, 2006

***Via Federal Express***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

Enclosed are additional documents responsive to your requests. The documents are numbered DB Welles 0001 - DB Welles 0134.

Please call me if you have any questions.

Sincerely yours,

Cory A. Johnson

Enclosures

cc w/o enc: Stuart D. Gibson

PENGAD-Bayonne, N. J.
Exhibit 6

CAYU 9108