**U.S. Departme. of Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

August 4, 2006

***Via Federal Express***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

As you requested, enclosed are copies of additional documents produced to us by Jenkens & Gilchrist pursuant to our subpoena. We have transferred the documents to the external hard disk drive you sent to us. Please note that this disk drive contained a folder named "Miles Documents" when we received it from you. We did not open this folder and it does not contain any documents produced in this case.

Please call me if you have any questions.

Sincerely yours,

Cory A. Johnson

Enclosures

cc w/o enc: Stuart D. Gibson

PENGAD-Bayonne, N. J.
Exhibit 8

CAVY 8106

**U.S. Departmen. Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

September 19, 2006

***Via Federal Express***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

Enclosed is a CD containing documents originally produced by Jenkens & Gilchrist concerning Stephen Bores. They are numbered 00000 - 00583.

Please call if you have any questions.

Sincerely,

Cory A. Johnson

cc: Stuart D. Gibson (w/o enclosures)

Cory 8/08

**U.S. Departmen‿ ‿ı Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

September 26, 2006

***Via Federal Express***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

Enclosed is the external hard drive you sent to us. We have copied unto it the information and documents on the hard drive provided to us by Deutsche Bank pursuant to our subpoena. The documents are numbered DOJ STOBIE 00033891 through DOJ STOBIE 00236392.

Please call if you have any questions.

Sincerely,

Cory A. Johnson

cc: Stuart D. Gibson (w/o enclosures)

mry 8/08

**Johnson, Cory A. (TAX)**

**From:** rkolek@schiffhardin.com
**Sent:** Monday, October 30, 2006 10:41 AM
**To:** Johnson, Cory A. (TAX)
**Cc:** CFeeney@schiffhardin.com
**Subject:** RE: stobie creek

Yes, we received them.

Bob

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Dr.
Chicago, Illinois 60606-6473
312-258-5755 Direct Dial
312-258-5700 Fax
Email: rkolek@schiffhardin.com

-----Original Message-----
From: Cory.A.Johnson@usdoj.gov [mailto:Cory.A.Johnson@usdoj.gov]
Sent: Monday, October 30, 2006 8:43 AM
To: Kolek, Robert E.
Subject: FW: stobie creek

Bob,

I did not hear back from you on this. Could you confirm that you received the documents SLK produced in response to our subpoena.
Thanks.

Cory

---

From: Johnson, Cory A. (TAX)
Sent: Wednesday, October 18, 2006 9:14 AM
To: Robert Kolek (rkolek@schiffhardin.com)
Subject: stobie creek

Bob,

I wanted to confirm that you got copies of the documents produced by SLK in July in response to our subpoena (SLK-0001 - SLK-9650). We assumed you did because you were copied on their letter that accompanied the production. Please let me know whether or not you received copies.
Thanks.

Cory

-------------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns tax matters, it is not intended or written to be used, and cannot be used by a taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer under law.
-------------------------------------------------------------------
This message and any attachments may contain confidential information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error, please reply to the sender that you

**U.S. Department _ Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

November 8, 2006

***Via U.S. Mail***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

Enclosed is a CD with additional documents produced by Jenkens & Gilchrist. Also enclosed is the letter we received from Jenkens' counsel explaining the documents contained on the CD. Please call if you have any questions.

Sincerely,

Cory A. Johnson

cc: Stuart D. Gibson

Johnson 0148

DAVIS POLK & WARDWELL

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

WRITER'S DIRECT
212 450 4946
rlippman@dpw.com

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

**Confidential Treatment Requested**

October 18, 2006

Re: **Jenkens & Gilchrist**

Cory A. Johnson, Esq.
Trial Attorney
Tax Division, U.S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

Dear Mr. Johnson:

Enclosed on behalf of our client Jenkens & Gilchrist ("J&G"), please find a compact disc ("CD") containing certain .tiff images that you indicated by e-mail earlier today are missing from our May 30, 2006 production in connection with the litigation in Stobie Creek Investments LLC v. United States (No. 05-748). In particular, the enclosed CD contains the following Concordance images from the J&G "Client Files":

(1) Images, in .tiff format, for the 2,155 pages from JG-CL0280868 to JG-CL0283022 that appear to have been missing from our original production.

(2) Images, in .tiff format, for the 17 pages that constitute the document bearing bates stamp numbers JG-CL0480555 to JG-CL0480571. It appears that the image for JG-CL0480568 was missing from our original production.

(3) Images, in .tiff format, for the 4 pages that constitute the document bearing bates stamp numbers JG-CL0615133 - JG-CL0615136. It appears that the image for JG-CL0615133 was missing from our original production, and that the images for JG-CL0615134 to JG-CL0615136 were improperly numbered. Unfortunately, JG-CL0615133 was not scanned properly and, therefore, we do not have this page in our database.

Accordingly, we have created a blank page for JG-CL0615133 that indicates that the image is not available, and have renumbered the images for JG-CL615134 to JG-CL0615236 so that they follow properly in sequence. Please let us know if you would like us to attempt to locate a hard copy of the missing page.

The materials we have provided contain information that is confidential, proprietary, and otherwise sensitive. Accordingly, the enclosed documents are exempt from disclosure pursuant to 5 U.S.C. § 552(b)(4) and other applicable laws, regulations, and rules in response to any request made under the Freedom of Information Act ("FOIA"). If this letter, or the material referenced herein, is or becomes subject to a request for disclosure under FOIA, or in a context outside of the <u>Stobie Creek</u> litigation, please so inform us by contacting me and John Gilliam of J&G at 214-855-4306. We request that you give such notice in sufficient time to enable J&G to oppose disclosure.

Due to the nature of the materials produced, we request that the documents be returned at the conclusion of the litigation described above.

If you have any questions, please do not hesitate to call me at the number listed above.

Sincerely,

Russell Lippman

Russell L. Lippman

Enclosure

cc w/o enc: Mario J. Verdolini, Esq.
John A. Gilliam, Esq.

<u>By Overnight Courier</u>

**U.S. Department of Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

December 1, 2006

***Via U.S. Mail***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

Enclosed are copies of additional documents produced by Kenner & Co. in response to our subpoena. They are numbered KC 3962 - KC 4482.

Sincerely,

Cory A. Johnson

cc: Stuart D. Gibson