**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-748 T<br><br>Judge Block |

**JOINT MOTION TO REVISE THE SCHEDULING ORDER**

The parties hereby move that the Scheduling and Discovery Order entered on October 3, 2006, be revised by extending all dates set forth therein by 42 days. In support of this motion, the parties state as follows:

1. This case was filed on or about July 12, 2005. The original discovery schedule was entered on February 9, 2006.

2. On September 12, 2006, the Defendant requested an enlargement of the discovery schedule. On October 3, 2006, the Court granted Defendant's request, ordering all fact discovery in this case to be completed by March 2, 2007.

3. This is a complex case, in which the parties have engaged in significant discovery. As of December 26, 2006, the Defendant had taken 7 depositions, and anticipates approximately 20 more.

4. Over one million pages of documents have been produced in this case.

5. As the Court is aware, Plaintiff believes that certain of Defendant's responses to its document requests and interrogatories are insufficient. Currently, the parties are briefing a Motion to Compel filed by Plaintiff.

6. Furthermore, there is a disagreement between the parties with respect to the applicability of the attorney-client privilege as it applies to certain witnesses the Defendant has deposed, and intends to depose, and certain documents withheld from production by Plaintiff. Plaintiff's counsel instructed 5 of the witnesses deposed to date not to answer certain questions based on an assertion of attorney-client privilege. Accordingly, the United States intends to file a motion to compel regarding Plaintiff's privilege claims. The parties have agreed to reschedule the deposition of a third-party witness, originally noticed for January 4, 2007, so that Defendant's motion to compel regarding privilege claims can be decided first.

7. The parties believe that fact discovery can be completed by April 13, 2007, if the Court is able to rule promptly on Plaintiff's pending Motion to Compel, and upon Defendant's soon-to-be-filed motion to compel.

8. Any extension of the discovery schedule granted by the Court should also include a comparable extension to the remainder of the schedule, as follows:

| | |
|---|---|
| Completion of Fact Discovery | April 13, 2007 |
| Disclosure of Experts | May 14, 2007 |
| Disclosure of Rebuttal Experts | June 29, 2007 |
| Completion of Discovery | July 30, 2007 |
| Parties File a Joint Status Report | August 29, 2007 |

WHEREFORE, the Plaintiff and Defendant request that all dates in the October 3, 2006 Scheduling Order be extended as outlined above, and for such other and further relief as this Court deems just and proper.

Dated: January 4, 2007

Respectfully Submitted

SCHIFF HARDIN LLP

Robert E. Kolek
Thomas R. Wechter
Colleen M. Feeney
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600

U.S. DEPARTMENT OF JUSTICE

*/s/ Stuart D. Gibson*

Stuart D. Gibson, Senior Litigation Counsel
Cory A. Johnson, Trial Attorney
Court of Federal Claims Section
U.S. DEPARTMENT OF JUSTICE
Office of Civil Litigation
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
Phone: 202-307-3046
Fax: 202-307-2504

CHI\ 4799433.3