**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **(Judge Block)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION OF THE UNITED STATES FOR LEAVE TO FILE A CORRECTED RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The United States filed its response to plaintiff's motion to compel discovery on December 29, 2006. After filing, counsel for the United States discovered that citations in the brief for two Treasury Regulations were incorrect. The correct regulations were cited, but the wrong subsections of the regulations were indicated. In order to correct this, the United States requests leave to file a corrected brief. Plaintiff does not oppose this request.

The corrections to the United States' brief are as follows:

(a) On page 11, in footnote 9, the citation should be to Treas. Reg. § 1.6664-4(e), instead of § 1.6664-4(d). (The current subsection (e) was formerly subsection (d) of this regulation.) Plaintiff also mistakenly cited §1.6664-4(d) in its motion, rather than the current § 1.6664-4(e), which it intended

to cite. (See Motion to Compel, p. 10.)

(b) On page 12, the citation should be to Treas. Reg. § 601.601(d)(1), (d)(2)(iii) and (d)(2)(v)(e), instead of Treas. Reg. § 601.601(b) and (e).

(c) On page 13, the citation should be to Treas. Reg. § 601.601(d)(2)(i)(a), instead of Treas. Reg. § 601.601(c)(2).

Attached as Exhibit A is a copy of The United States' Corrected Response to Plaintiff's Motion to Compel Discovery, which incorporates these changes. No other changes have been made from the original brief filed on December 29, 2006. These corrections to citations do not change the substance of the brief.

The United States requests that the Court replace the previously filed brief with the attached, corrected brief. No changes are required to the previously filed exhibits to the brief. Alternatively, if the Court prefers, the United States can separately file the attached brief with all the exhibits again.

Respectfully submitted,

*/s/ Stuart D. Gibson*
Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Claims Section

/s/ *Cory A. Johnson*
Of Counsel

Dated: January 5, 2006