# The United States Court of Federal Claims

**No: 05-748 T**
**January 8, 2007**

**STOBIE CREEK INVESTMENTS, LLC,**
**JFW ENTERPRISES, INC., Tax Matters**
**and Notice Partner,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On January 4, 2007, the parties filed a Joint Motion to Revise the Scheduling Order, seeking to extend all of the deadlines set in the court's October 3, 2006 Scheduling Order by 42 days. Accordingly, it is ORDERED that the court's Scheduling Order of October 3, 2006, be revised to reflect the following new deadlines:

1. Factual discovery shall be completed by Friday, **April 13, 2007**.

2. The identity of any experts shall be disclosed by Monday, **May 14, 2007**.

3. The identity of any rebuttal experts shall be disclosed by Friday, **June 29, 2007**.

4. Discovery shall be completed by Monday, **July 30, 2007**.

5. The parties shall file by Wednesday, **August 29, 2007,** a Joint Status Report indicating how they wish to proceed with this matter.

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*

**Lawrence J. Block**
**Judge**