**U.S. Department of Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Cory A. Johnson*
*Attorney's Direct Line: 202-307-3046*

*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

EJO'C:DG:CAJohnson
154-2322
CMN 2005105383

February 27, 2007

***Via E-Mail and U.S. Mail***

Robert E. Kolek
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Re: Stobie Creek Investments v. United States

Dear Bob:

I am writing to amend the supplemental disclosures, under RCFC 26(a), that we sent to you on February 23, 2007. These amendments add the subjects about which the persons previously identified may have information.

Listed below are the individuals identified in my letter of February 23rd. I have also added two additional individuals – William Vogel and Bryan Lee. Please note that we have indicated the organization or firm that each individual was associated with at the times relevant to this case. It is our understanding that many of the individuals are no longer with these firms or organizations.

| Individual | Potential Subjects |
|---|---|
| Jason Shih<br>DB Alex Brown<br>Baltimore, Maryland | Development, pricing, promotion, and implementation of "digital options" tax shelter. |
| Kevin Lynch<br>DB Alex Brown<br>Chicago, Illinois | Development, pricing, promotion, and implementation of "digital options" tax shelter. |
| Jeannette Kwong<br>DB Alex Brown<br>Chicago, Illinois | Implementation, processing, accounting, and booking of "digital options." |

| | |
|---|---|
| David Parse<br>DB Alex Brown<br>Chicago, Illinois | Communications with plaintiff and Welles family. Development, pricing, promotion and implementation of "digital option" tax shelter, including transactions at issue in this case. Fees for shelter, including fees charged for shelter at issue in this case. Communications with Jenkens & Gilchrist regarding shelter. |
| Craig Brubaker<br>DB Alex Brown<br>Dallas, Texas | Development, pricing, promotion and implementation of "digital option" tax shelter. Fees charged for shelter. Communications with Jenkens & Gilchrist regarding shelter. |
| Daniel Brooks<br>Deutsche Bank<br>New York, New York | Development, pricing, promotion and implementation of "digital options" tax shelter, including transactions at issue in this case. Fees charged for shelter, including fees for shelter at issue in this case. Communications with Jenkens & Gilchrist regarding shelter. |
| William Boyle<br>Deutsche Bank<br>New York, New York | Development, pricing, promotion and implementation of tax shelter. Fees charged and profit earned for shelter, including shelter at issue in this case. |
| Todd Clendening<br>DB Alex Brown<br>Dallas, Texas | Development, pricing, promotion and implementation of "digital options" tax shelter. Fees earned for shelter. |
| Jeffrey Rupp<br>DB Alex Brown<br>Dallas, Texas | Development, pricing, promotion and implementation of "digital options" tax shelter. |
| Nancy Donohue<br>Deutsche Bank | Development, pricing, promotion and implementation of "digital options" tax shelter. |

| | |
|---|---|
| Perry Parker<br>Deutsche Bank<br>New York, New York | Development, pricing, promotion and implementation of "digital options" tax shelter. Fees charged and profit earned for shelter. |
| Christopher Chilcoat<br>Deutsche Bank | Processing, accounting, and booking of "digital options," including "digital options" at issue in this case. |
| Carrie Yackee<br>DB Alex Brown<br>Chicago, Illinois | Implementation of tax shelter, including transactions at issue in this case, and processing, accounting, and booking of "digital options," including "digital options" at issue in this case. Communications with Jenkens & Gilchrist. |
| Rod Mackay<br>DB Alex Brown<br>Chicago, Illinois | Development, pricing, promotion, and implementation of "digital options" tax shelter. Fees charged for shelter. |
| Tom Tahl<br>Deutsche Bank | Development, pricing, promotion and implementation of "digital options" tax shelter. Communications with Jenkens & Gilchrist. |
| Matthew Connelly<br>Deutsche Bank | Processing, accounting, booking, and risk management of options and "digital options" tax shelter. |
| Rick Pychewicz<br>Deutsche Bank | Development, pricing, promotion and implementation of "digital option" tax shelter, including transactions at issue in this case. Processing, accounting, booking, and risk management of "digital options," including "digital options" at issue in this case. |
| Ross Crawford<br>Deutsche Bank | Development, pricing, promotion and implementation of "digital option" tax shelter. Communications with Jenkens & Gilchrist. |

| | |
|---|---|
| William Heaney<br>Deutsche Bank | Development, pricing, promotion and implementation of "digital option" tax shelter. Processing, accounting, booking and risk management of "options." |
| Jeanette Michaels<br>Deutsche Bank | Implementation, processing, accounting, booking, and risk management of "digital option" tax shelter, including "digital options" at issue in this case. |
| Chuck Binder<br>Deutsche Bank | Implementation, processing, accounting, booking, and risk management of "digital options." |
| William Vogel<br>Deutsche Bank | Implementation, processing, accounting, booking and risk management of "digial option" tax shetler, including "digital options" at issue in this case. |
| Larry Goldstein<br>North Channel LLC<br>New York, New York | Promotion and implementation of "digital options" tax shelter at issue in this case. Alleged business purpose and activities of plaintiff and other entities formed as part of shelter. |
| Jeffrey Kenner<br>Kenner & Co.<br>New York, New York | Redemption of Therma-Tru stock. Welles participation in tax shelter, and communications with Welles about shelter. |
| Mark Deutsche<br>Kenner & Co.<br>New York, New York | Redemption of Therma-Tru stock. Welles participation in tax shelter, and communications with Welles about shelter. |
| Neil Bresolin<br>Goldman Sachs<br>New York, New York | Communications with Jeffrey Welles about "digital options" tax shelter. Pricing of "digital options" at issue in this case. |
| Frank Edwards<br>Morgan Stanley<br>New York, New York | Communications with Jeffrey Welles about "digital options" tax shelter. Pricing of "digital options" at issue in this case. |

| | |
|---|---|
| Bryan Lee<br>Jenkens & Gilchrist<br>Dallas, Texas | Development of "digital options" tax shelter and preparation of opinion letters, including opinions at issue in this case. |

The above descriptions of potential subjects of discoverable information are not intended to concede the admissibility of, or limit any potential testimony by, witnesses at trial or in deposition.

Please do not hesitate to call me if you have any questions about this matter.

Sincerely,

*s/ Cory A. Johnson*
Cory A. Johnson

cc: Stuart D. Gibson