# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISRES, INC.,** *
*
Plaintiffs, *

v. * No. 05-748T

**THE UNITED STATES,** * (Filed Feb. 28, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 40.1(b), this case was reassigned to this judge on February 27, 2007, with briefing having been completed on the pending discovery motion,

**IT IS ORDERED**, as follows:

Argument on Plaintiffs' Motion To Compel Discovery shall be held at 3:00 p.m. on Monday, March 12, 2007, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiffs shall notify the court at 202/357-6620 by March 7, 2007, if he wishes to participate by telephone conference call to be placed by the court.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge