# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISRES, INC.,** *
*
Plaintiffs, *
v. * No. 05-748T
**THE UNITED STATES,** * (Filed Feb. 28, 2007)
Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 7.2(a), briefing on Plaintiff['s] Motion To Compel Deposition Testimony from Richard Starke shall be expedited. Accordingly,

**IT IS ORDERED**, as follows:

Defendant shall respond by March 5, 2007, and plaintiffs may file a reply by March 8, 2007, by 5:00 p.m. The parties' attention is directed to the RCFC and particularly to § I, ¶¶ 4-5 of General Order No. 42A. The motion will be argued on March 12, 2007, along with the other pending motion scheduled for argument at that time.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge