**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **(Judge Christine O. C. Miller)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**THE UNITED STATE'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF RICHARD STARKE**

The United States moves for leave to file the attached sur-reply in opposition to plaintiff's Motion to Compel Deposition Testimony of Richard Starke. The United States seeks to file a sur-reply not to re-argue points already addressed in the previous briefing, but only to provide the Court with a complete record on matters raised, for the first time, by plaintiff in its reply brief in support of its motion to compel.

Plaintiff attached to its reply brief a portion of the trial transcript from the case *Jade Trading v. United States,* (Fed. Cl. No. 03-2164). That portion of the transcript contains the trial testimony of Richard Starke, and a colloquy between counsel and the court about the testimony. Plaintiff did not submit, however, the transcript of proceedings from two subsequent days during which counsel and the court continued their discussion. Because the partial transcript submitted by plaintiff gives only a partial, and misleading, account of the proceedings in *Jade*, the United

States requests leave to file a sur-reply, with the remaining, relevant portions of the transcript attached.

Respectfully submitted,

*/s/ Stuart D. Gibson*

Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Claims Section

/s/ *Cory A. Johnson*

Of Counsel

Dated: March 9, 2007