# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-748T |
| **THE UNITED STATES,** | * | (Filed Mar. 14, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the argument on pending discovery motions and the discovery conference held on March 12, 2007, and for the reasons stated from the bench,

**IT IS ORDERED**, as follows:

1. Plaintiffs' Motion To Compel Discovery filed on November 28, 2006, is denied without prejudice to renewal. Plaintiff[s'] Motion To Compel Deposition Testimony from Richard Starke filed on February 28, 2007, is denied. Defendant's cross-motion for protective order filed March 5, 2007, is granted, and the subpoena dated January 10, 2007, to depose Richard Starke hereby is quashed.

2. Defendant shall file its motion for leave to take more than ten depositions by March 16, 2007. See RCFC 26(b)(2). Plaintiffs shall respond by March 28, 2007, and defendant shall reply by April 4, 2007. Argument shall be held by video conference at 2:00 p.m. on Tuesday, April 10, 2007, in the Howard T. Markey National Courts Building.

3. Plaintiff shall move for summary judgment by April 30, 2007. Defendant shall respond and cross-move for summary judgment by June 13, 2007. All further briefing shall be by rule.

5. The court reserves issuance of any published written order on the discovery motions.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge