# Details for Trade 32441A - RMSRPT

| | | | | |
|---|---|---|---|---|
| SYSTEMID | 509796 | 509796 | 509796 | 509796 |
| VERSION | 4 | 3 | 2 | 1 |
| FUNDSPLITYN | N | N | N | N |
| TRADETYPE | FxDigitalOpt | FxDigitalOpt | FxDigitalOpt | FxDigitalOpt |
| TRADEID | 32441A | 32441A | 32441A | 32441A |
| SOURCESYSTEM | GEOS | GEOS | GEOS | GEOS |
| BOOK | USDEURO | USDEURO | USDEURO | USDEURO |
| COUNTERPARTY | DBON | DBON | DBON | DBON |
| COUNTERPARTYSOURCESYSTEM | RMS | RMS | RMS | RMS |
| CUSTOMER | /// | /// | //// | //// |
| CUSTOMERSOURCESYSTEM | RMS | RMS | RMS | RMS |
| STATUS | Expired | **Open** | **Open** | **Pricing** |
| UNDERCURRENCY | EUR | EUR | EUR | EUR |
| ACCCURRENCY | USD | USD | USD | USD |
| NOTIONAL | -5,415,000.00 | -5,415,000.00 | -5,415,000.00 | -5,415,000.00 |
| STRIKE | 0.9912 | 0.9912 | 0.9912 | 0.9912 |
| CP | C | C | C | C |
| EXPIRYDATE | 17-Apr-2000 | 17-Apr-2000 | 17-Apr-2000 | 17-Apr-2000 |
| SETTLEMENTDATE | 19-Apr-2000 | 19-Apr-2000 | 19-Apr-2000 | 19-Apr-2000 |
| FIXINGREFERENCE | SPOT | [redacted] | | |
| ZONECUT | NY | NY | NY | NY |
| MODELTYPE | BS | BS | BS | BS |
| PRODUCTID | 192886 | 192886 | 192886 | **192690** |
| PRODUCTVERSION | 6 | 5 | 2 | 1 |
| STRUCTUREID | 32441 | 32441 | 32441 | 32441 |
| TRADEDATE | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 |
| LASTUPDATED | 17-Apr-2000 19:49 | **04-Apr-2000 02:24** | **01-Apr-2000 04:20** | **01-Apr-2000 03:31** |
| SOURCESYSTEMBOOK | USDEURO | USDEURO | USDEURO | USDEURO |
| SOURCESYSTEMPROFITCENTRE | USDEUROTAXOPT | USDEUROTAXOPT | **USDEUROOPT** | **USDEUROOPT** |
| SALESPERSON | dan brooks | dan brooks | dan brooks | dan brooks |
| ENTEREDBY | FREMDO | **VOGEWI** | **MICHJA** | **DEALENTRY** |
| NOTES | Cocalc type CPE. Entered using Web Deal Entry GEOS interface. Web | Cocalc type CPE. Entered using Web Deal Entry GEOS interface. Web | **Cocalc type CPE. Entered using Web Deal Entry GEOS** | **Cocalc type CPE. Entered using Web Deal Entry GEOS** |

EXHIBIT E

| | Deal ID = 23990, Web Leg ID = 1 | Deal ID = 23990, Web Leg ID = 1 | **interface. Web Deal ID = 23990, Web Leg ID = 1** | **interface. Web Deal ID = 23990, Web Leg ID = 1** |
|---|---|---|---|---|
| SOURCESYSTEMID | 192569 | 192569 | 192569 | 192569 |
| DATECREATED | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 |
| LATESTVERSIONYN | Y | N | N | N |
| LEGALENTITY | London | London | London | London |
| DEALCAPTURESYSTEM | GEOS | GEOS | GEOS | GEOS |
| DEALCAPTURESYSTEMID | 192569 | 192569 | 192569 | 192569 |
| BOOKINGLOCATION | London | London | London | London |
| SUMMITNAME | DB_LN_FXOPT | DB_LN_FXOPT | DB_LN_FXO PT | DB_LN_FXO PT |

# Details for Trade 32441B - RMSRPT

| | | | | | |
|---|---|---|---|---|---|
| SYSTEMID | 509797 | 509797 | 509797 | 509797 | 509797 |
| VERSION | 5 | 4 | 3 | 2 | 1 |
| FUNDSPLITYN | N | N | N | N | N |
| TRADETYPE | FxDigitalOpt | FxDigitalOpt | FxDigitalOpt | FxDigitalOpt | FxDigitalOpt |
| TRADEID | 32441B | 32441B | 32441B | 32441B | 32441B |
| SOURCESYSTEM | GEOS | GEOS | GEOS | GEOS | GEOS |
| BOOK | USDEURO | USDEURO | USDEURO | USDEURO | USDEURO |
| COUNTERPARTY | DBON | DBON | DBON | DBON | DBON |
| COUNTERPARTYSOURCESYSTEM | RMS | RMS | RMS | RMS | RMS |
| CUSTOMER | /// | /// | //// | //// | //// |
| CUSTOMERSOURCESYSTEM | RMS | RMS | RMS | RMS | RMS |
| STATUS | Expired | Open | Open | Pricing | Pricing |
| UNDERCURRENCY | EUR | EUR | EUR | EUR | EUR |
| ACCCURRENCY | USD | USD | USD | USD | USD |
| NOTIONAL | 5,360,850.00 | 5,360,850.00 | 5,360,850.00 | 5,360,850.00 | 5,360,850.00 |
| STRIKE | 0.9912 | 0.9912 | 0.9912 | 0.9912 | 0.9914 |
| CP | C | C | C | C | C |
| EXPIRYDATE | 17-Apr-2000 | 17-Apr-2000 | 17-Apr-2000 | 17-Apr-2000 | 17-Apr-2000 |
| SETTLEMENTDATE | 19-Apr-2000 | 19-Apr-2000 | 19-Apr-2000 | 19-Apr-2000 | 19-Apr-2000 |
| FIXINGREFERENCE | SPOT | [redacted] | | | |
| ZONECUT | NY | NY | NY | NY | NY |
| MODELTYPE | BS | BS | BS | BS | BS |
| PRODUCTID | 192886 | 192886 | 192886 | 192690 | 192690 |
| PRODUCTVERSION | 6 | 5 | 2 | 1 | 1 |
| STRUCTUREID | 32441 | 32441 | 32441 | 32441 | 32441 |
| TRADEDATE | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 |
| LASTUPDATED | 17-Apr-2000 19:49 | 03-Apr-2000 02:24 | 01-Apr-2000 04:20 | 01-Apr-2000 03:42 | 01-Apr-2000 03:31 |
| SOURCESYSTEMBOOK | USDEURO | USDEURO | USDEURO | USDEURO | USDEURO |
| SOURCESYSTEMPROFITCENTRE | USDEUROTAXOPT | USDEUROTAXOPT | USDEUROOPT | USDEUROOPT | USDEUROOPT |
| SALESPERSON | dan brooks | dan brooks | dan brooks | dan brooks | dan brooks |
| ENTEREDBY | FREMDO | VOGEWI | MICHJA | MICHJA | DEALENTRY |
| NOTES | Cocalc type CPE Entered | Cocalc type CPE Entered | Cocalc type CPE | Cocalc type CPE | Cocalc type CPE |

| | using Web Deal Entry GEOS interface. Web Deal ID = 23990, Web Leg ID = 2 | using Web Deal Entry GEOS interface. Web Deal ID = 23990, Web Leg ID = 2 | Entered using Web Deal Entry GEOS interface. Web Deal ID = 23990, Web Leg ID = 2 | Entered using Web Deal Entry GEOS interface. Web Deal ID = 23990, Web Leg ID = 2 | **Entered using Web Deal Entry GEOS interface. Web Deal ID = 23990, Web Leg ID = 2** |
|---|---|---|---|---|---|
| SOURCESYSTEMID | 192570 | 192570 | 192570 | 192570 | 192570 |
| DATECREATED | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 | 31-Mar-2000 |
| LATESTVERSIONYN | Y | N | N | N | N |
| LEGALENTITY | London | London | London | London | London |
| DEALCAPTURESYSTEM | GEOS | GEOS | GEOS | GEOS | GEOS |
| DEALCAPTURESYSTEMID | 192570 | 192570 | 192570 | 192570 | 192570 |
| BOOKINGLOCATION | London | London | London | London | London |
| SUMMITNAME | DB_LN_FXOPT | DB_LN_FXOPT | DB_LN_FXOPT | DB_LN_FXOPT | DB_LN_FXOPT |