FX Options Operations – High Level Data Flow




**System Key**

**ODET** - Option Deal Entry for Sales
**SRATES** - Market Data Feed
**FNX** - Front and back end for Vanillas
**GEOS** - Front end for Exotics (except for Accrual type options)
**Wallstreet** - Front end for FX Spot/Fwd
**Swaps Database** - Interest Rate Products settlement
**Rolf & Nolan** - Exchange Traded Products
**ETHOS** - Back end for Exotics
**Db-Internet** - GL and payments
**RMS** - Risk Management System for all options, Front-end for Accrual type options

EXHIBIT G

PENGAD-Bayonne, N. J.