# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** *

*

Plaintiffs, *

v. * No. 05-748T

**THE UNITED STATES,** * (Filed May 23, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 7.2(a), briefing on the United States' Motion for Protective Order on Plaintiff[s'] Notice of 30(b)(6) Deposition filed on May 18, 2007, shall be expedited. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs shall respond by May 24, 2007, and defendant may file a reply by May 30, 2007.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge