# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** *

*

Plaintiffs, *

v. * No. 05-748T

**THE UNITED STATES,** * (Filed May 24, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

During the off-the-record telephone conference call received in chambers at 2:30 p.m. on Wednesday, May 23, 2007, the parties agreed to amend their discovery schedule. Accordingly,

**IT IS ORDERED**, as follows:

1. The United States' Motion for Protective Order on Plaintiff[s'] Notice of 30(b)(6) Deposition, filed May 18, 2007, is moot, plaintiffs' Notice of 30(b)(6) Deposition dated April 24, 2007, having been withdrawn.

2. The Order entered on May 23, 2007, is vacated.

3. Paragraph 2 of the Order entered on April 12, 2007, is modified only insofar as

i) Factual discovery shall be completed by Friday, August 17, 2007.
ii) The identity of any experts shall be disclosed by Friday, August 31, 2007.
iv) Discovery shall be completed by Friday, October 19, 2007.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge