# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** *

*

Plaintiff, *

v. * No. 05-748T

**THE UNITED STATES,** * (Filed July 13, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the off-the-record discovery conference held this date at counsels' request,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 30(d)(2), defendant may depose Jeffrey Welles for an additional session, not to exceed seven hours, which additional time is required for a fair examination of the deponent.

2. Trial, not to exceed ten days, shall commence at 10:00 a.m. on Monday, January 7, 2008, in the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL. The number of days scheduled for the duration of trial will be set at the October 29, 2007 status conference.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge