# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-748T |

## PLAINTIFF'S MOTION TO CONSOLIDATE

Pursuant to Rules 42 and 42.1 of the Federal Rules of Civil Procedure, the Plaintiff, by its undersigned counsel, hereby files this Motion to request that the Court consolidate *Stobie Creek Investments, LLC, JFW Enterprises, Inc., Tax Matters and Notice Partner v. United States of America*, Case Number 05-748T (the "December 2000" case) and *Stobie Creek Investments LLC by and through JFW Investments, LLC, Tax Matters and Notice Partner v. The United States of America*, Case Number 07-520T (the "April 2000" case).

1. The December 2000 case was filed to contest certain tax adjustments that the Internal Revenue Service (the "Service") proposed to the May 1, 2000 through December 31, 2000 tax return filed by Stobie Creek Investments, LLC ("Stobie Creek"). The Service proposed these adjustments in a Final Partnership Administrative Adjustment dated March 9, 2005.

2. The April 2000 case is filed to contest certain tax adjustments that the Internal Revenue Service (the "Service") proposed to the March 3, 2000 through April 30, 2000 tax return filed by Stobie Creek Investments, LLC ("Stobie Creek"). The Service proposed these adjustments in a Final Partnership Administrative Adjustment dated February 23, 2007.

3. The underlying transactions and the reasons provided by the Service for making its tax adjustments, appear to be similar in both cases.

4. Further, both cases involve many of the same parties and involve common questions of fact and of law.

5. Consolidation would conserve judicial resources and promote an efficient determination of the actions. Further, it will not delay the currently scheduled trial date of January 7, 2008 of the December 2000 case.

Dated: August 24, 2007

Respectfully Submitted

Robert E. Kolek

Robert E. Kolek
Thomas R. Wechter
John A. Bannon
Colleen M. Feeney
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600