# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 05-748T & 07-520T |
| **THE UNITED STATES,** | * | (Filed Aug. 27, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff on July 11, 2007, in connection with a new Complaint in Stobie Creek Investments LLC v. United States, No. 07-520T (Fed. Cl. July 11, 2007), filed Plaintiff's Notice of Directly Related Case. On August 24, 2007, plaintiff filed Plaintiff's Motion To Consolidate. Having considered plaintiff's motion,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 7.2(a) and 40.1(b), the court rules without further briefing and consolidates No. 07-520T with No. 05-748T, as they involve common questions of fact and law, and consolidation will promote the efficient determination of justice, given plaintiff's representations that consolidation will not affect the date set for commencement of trial.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge