**era, Carla M.**

**From:** Daugerdas, Paul
**Sent:** Friday, October 22, 1999 4:51 PM
**To:** Guerin, Donna M.; Mayer, Erwin; Beery, John; 'miwolves@mediaone.net'
**Subject:** New Strategy

See the attachment.

15815_1.DOC



Confidential J&G Docs
JG-NC038040

**Currency Linked Digital Swap**
**Transaction Steps for Implementation**
**With Deutsche Bank AG London (DBAG) and Deutsche Banc Alex. Brown (DBAB)**

| Step | Description | Client | J & G | DBAB | DBAG |
|---|---|---|---|---|---|
| 1 | J & G requests tentative pricing illustration on sample digital swap (DS). Counterparty A is DBAG, counterparty B is client. Target amount that client seeks to invest is the target basis. Variables in pricing can include—a) which currency, b) maturity dates, c) payout probability, d) lottery payout | | Call DBAB broker | | |
| 2 | Deliver sample 2-page indicative term sheet to client. DBAB will also provide historical volatility analysis of currency used in DS. | | | DBAB broker will prepare | Dan Brooks will prepare |
| 3 | Conference call with client, including J & G, DBAB and DBAG to explain transaction, current environment for currency, answer questions and cover risk/return ranges of expectation. | Call participation | Call participation | Call participation | Call participation |
| 4 | For client's additional research and understanding, we can mail hard copies of DBAG publication-"Foreign Exchange Weekly" | Make request | Copied if desired | DBAB broker will send | |
| 5 | Opening Accounts: | | | | |
| 5a. | LLC—account agreement, foreign currency agreement, and non corporate resolution | Signs | Prepares | Processes | |
| 5b. | LP-- account agreement, foreign currency agreement, and partnership authorization and indemnity agreement | Signs | Prepares | Processes | |
| 5c. | Corp-- account agreement, foreign currency agreement, and corporate resolution | Signs | Prepares | Processes | |
| 5d. | 1 copy of DBAG account opening agreement | | Prepares | | Processes |
| 6 | Executed Copies of constitutional documents to DBAG: | | | | |
| 6a. | Partnership agreement | | Provides copies | | Reviews |
| 6b. | LLC articles of organization | | Provides copies | | Reviews |
| 6c. | Certificate of incorporation/bylaws | | Provides copies | | Reviews |
| 6d. | Resolution/Incumbency agreements indicating entity has authority to open accounts with DBAB and DBAG, has specific trading authority for "foreign exchange and OTC derivatives entered into with DBAG", and identifies authorized agents of the entity. | | Provides copies | | Reviews |

| Step | Description | Client | J & G | DBAB | DBAG |
|---|---|---|---|---|---|
| 7 | Lawyer letter to DBAG that they have advised client on transaction and believe it to be appropriate, and with substantial authority for tax purposes. | | Prepares | | Reviews |
| 8 | Verification that transaction requires no credit approval & background check | | | | Reviews |
| 9 | Provide wire instructions to fund DBAB accounts set up for transaction. Client also provides LOA to move funds from DBAB to DBAG to fund purchase of DS. | Signs LOA, approves and processes wire | Coordinates wire | Receives wire, processes LOA | |
| 10 | Final DS pricing, after funds wired. Call client, get authorization to proceed, provide final quote, and execute DS. | Authorizes DS | | | Quote and execute |
| 11 | Written confirmation agreement will be supplied from DBAG London within 2 days for client signature. Client returns signed copy to DBAG London. | Signs confirm | Reviews & keeps copy | Records position acquisition | Prepares confirm |
| 12 | Moving DS positions. J & G will prepare and provide assignment executed by client to DBAG to move DS to target entity. Fax copy to DBAB Broker, who will process journal to move positions to designated entity. | Signs assignment | Prepares and distributes form | Processes journal | Follows instructions on assignment |
| 13 | Where required, spot foreign currency will be purchased in designated account. When instructed by LOA, FC will be journaled to destination account. LOA will also instruct DBAB to sell designated % of FC. | Signs LOAs | Prepares LOA, delivers to DBAB | Processes LOAs | |
| 14 | Account statements—As DS is a "derivative", there is technically no DBAG account, account number, monthly statement, etc. By opening DBAB accounts and assigning CUSIP to DS, we can carry manually entered descriptions of the DS position, as well as provide an audit trail when journaled as a capital contribution to the partnership. | | | Formats account statements | |
| 15 | Further assistance from DBAB as requested: | | | | |
| 15a. | Tax reserve fund investment alternative. Provides consistent 11-12% annual returns over 1,3,5,10 year periods at intermediate bond risk profile during statute of limitations period | | | Discuss if desired | |
| 15b. | Trading activity before yearend to reinforce profit motive/business purpose | | | Discuss if desired | |
| 15c. | Long-term asset management | | | Discuss if desired | |

| 100 basis point illustration | Premium | Premium | If exchange rate fails to reach both strike prices on determination date | | If exchange rate moves beyond both strike prices on determination date | | If exchange rate falls between the strike prices on determination date | |
|---|---|---|---|---|---|---|---|---|
| | Transaction 1 | Transaction 2 | Transaction 1 | Transaction 2 | Transaction 1 | Transaction 2 | Transaction 1 | Transaction 2 |
| Counterparty B (client) | | | | | | | | |
| Amounts Paid | -$10,000,000 | | | | | -$19,800,000 | | $0 |
| Amounts Received | | $9,900,000 | $0 | $0 | $20,000,000 | | $20,000,000 | |
| NET AMOUNTS | -$100,000 | | | | $200,000 | | $20,000,000 | |

| 75 basis point illustration | Premium | Premium | If exchange rate fails to reach both strike prices on determination date | | If exchange rate moves beyond both strike prices on determination date | | If exchange rate falls between the strike prices on determination date | |
|---|---|---|---|---|---|---|---|---|
| | Transaction 1 | Transaction 2 | Transaction 1 | Transaction 2 | Transaction 1 | Transaction 2 | Transaction 1 | Transaction 2 |
| Counterparty B (client) | | | | | | | | |
| Amounts Paid | -$10,000,000 | | | | | -$19,812,500 | | $0 |
| Amounts Received | | $9,925,000 | $0 | $0 | $20,000,000 | | $20,000,000 | |
| NET AMOUNTS | -$75,000 | | | | $187,500 | | $20,000,000 | |

Amounts paid are shown as negative numbers
Amounts received are shown as positive numbers