Jenkens & Gilchrist
A PROFESSIONAL CORPORATION

225 WEST WASHINGTON STREET
SUITE 2600
CHICAGO, ILLINOIS 60606-3418

(312) 425-3900
FACSIMILE (312) 425-3909

www.jenkens.com

AUSTIN, TEXAS
(512) 499-3800
DALLAS, TEXAS
(214) 855-4500
HOUSTON, TEXAS
(713) 951-3300
LOS ANGELES, CALIFORNIA
(310) 820-8800
SAN ANTONIO, TEXAS
(210) 246-5000
WASHINGTON, D.C.
(202) 326-1500

DONNA M. GUERIN
(312) 425-3938
dguerin@jenkens.com

February 9, 2001

**STRICTLY CONFIDENTIAL**
**SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

Stobie Creek Investments, LLC
c/o North Channel LLC, Manager
Attn: Mr. Jeffrey F. Welles
780 Third Avenue, Suite 3400
New York, NY 10017

Dear Mr. Welles:

Thank you for engaging us and providing us the opportunity to represent Stobie Creek Investments LLC ("SCI") and seven (7) of its members as identified on the Schedule attached hereto (such members are collectively referred to herein as the "SCI Parties" and SCI and the SCI Parties are referred to herein jointly and severally as "you"). My colleagues and I appreciate the confidence in us that is evidenced by your engagement. We are pleased to represent you on the following terms and conditions.

This letter contains the terms applicable to the engagement of Jenkens & Gilchrist to represent you as your lawyers in connection with certain financial markets and federal income tax issues. Please review this engagement letter carefully and call me promptly if you have any questions, or if you feel that we need to modify the terms of this letter.

We have and will continue to consult with you and/or your respective advisors about your objectives and, when appropriate, the means of achieving them in accordance with the ethical rules governing attorneys and applicable law. We have and will endeavor to continue to keep you advised of the status of your matters to the extent necessary to enable you to make informed decisions.

We have and will continue to provide competent representation of the interests of each of SCI and the SCI Parties. Each of SCI and the SCI Parties hereby acknowledge that his, her or its interests regarding the matters for which Jenkens & Gilchrist is undertaking representation coincide with, and do not conflict with, those of each of SCI and the other SCI Parties. Any expressions on our part



Welles EXHIBIT 114
FOR I.D. 12-15-06 KB

Jenkens & Gilchrist
A PROFESSIONAL CORPORATION



concerning the probable outcome of our representation reflect our best professional judgment, but are not guarantees, as they are limited by our knowledge of the facts and are based on the state of the law and our interpretation thereof at the time they are expressed.

We will maintain the confidentiality of information you provide to us, except to the extent that you consent to the contrary, or as necessary to carry out our representation or as required by the ethical rules governing lawyers or by applicable law.

Paul Daugerdas and I will be the principal attorneys handling your tax matters. Subject to our supervision and at our instruction, your work, in whole or in part, may be performed by other lawyers or legal assistants in the firm. Our use of others may be for the purpose of involving lawyers or legal assistants with particular knowledge in a given area or for the purpose of otherwise providing legal services to you in what we deem to be the most efficient, cost effective and timely manner.

You hereby specifically agree to pay the sum of $4,091,500.00 as a fixed fee for a tax opinion letter and related consultation concerning the material tax issues surrounding the investment by the SCI Parties in a financial market transaction and the related drafting of documents and implementation of such transaction. You hereby acknowledge that you and/or your advisors have reviewed a draft of our tax opinion letter, and such draft is satisfactory and meets your expectations and needs. Jenkens & Gilchrist agrees to deliver its tax opinion letter in substantially the same form of such draft to each of the SCI Parties on or before February 15, 2001, and your acceptance thereof will constitute your agreement to make payment therefor as provided.

Our fee for this transaction will be due by wire transfer on April 2, 2001. You agree to pay the costs of collecting any delinquency, including, but not limited to, court costs and reasonable attorney's fees, costs and expenses.

The ethical rules governing lawyers list several types of conduct or circumstances that require or allow us to withdraw from representing you, including, for example, non-payment of fees or costs, misrepresentation or failure by you to disclose material facts to us, actions by you or those acting under you which are contrary to our advice, and conflict of interest with another client. We try to identify in advance and discuss any situations which may lead to our withdrawal. In any event, if withdrawal becomes necessary, we will give you reasonable notice of that fact. Furthermore, should withdrawal become necessary due to such a conflict, we will not withdraw until such time as you have engaged other counsel. If we elect to withdraw, you agree to cooperate with us by executing any documents necessary to evidence the termination of our representation, in court or otherwise,

Jenkens & Gilchrist
A PROFESSIONAL CORPORATION



and you agree that we are and will be entitled to be paid for all legal services rendered and expenses paid or incurred on your behalf before withdrawal and in connection with the orderly transition of the matter.

If you have any questions about the amount of our fees and/or disbursements, please discuss them with me. To indicate your agreement with the terms of this engagement letter, please date and sign the enclosed duplicate original of this letter and return it to me in the envelope provided as soon as possible.

Thank you.

Very truly yours,

Donna M. Guerin

Donna M. Guerin
for JENKENS & GILCHRIST

DMG/slb

ACKNOWLEDGED AND AGREED TO
this 9th day of February, 2001.

STOBIE CREEK INVESTMENTS, LLC

By: North Channel LLC, its Manager

By: ____________________

Printed name: JEFFREY F. WELLS

CHICAGO 156453 v 1, 47675.00001

**SCHEDULE**

**Identity of the SCI Parties**

David K. Welles, Sr.

Georgia E. Welles, Trustee of the Family Trust under the David K. Welles 1994 Qualified Annuity Trust

David K. Welles, Jr.

Virginia Welles Jordan

Jeffrey F. Welles

Peter C. Welles

Christopher S. Welles