# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-748T & 07-520T |
| **THE UNITED STATES,** | * | (Filed Aug. 28, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Paul Daugerdas, through counsel, on August 24, 2007, submitted the Motion of Paul Daugerdas To Quash Deposition Subpoena. The court by order entered on August 27, 2007, filed the motion by leave, noting that the caption was incorrect and that it was not signed by counsel of record. Defendant on August 27, 2007, filed the United States' Response to Motion of Paul Daugerdas To Quash Subpoena. As this matter must be resolved by August 29, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 7.2(a), Mr. Daugerdas shall file any reply by 12:30 p.m. on Wednesday, August 29, 2007. The court will rule without oral argument.

2. A copy of this order shall be served upon counsel for Mr. Daugerdas, David A. Churchill, Esq.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge