# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** *

Plaintiff, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Nov. 5, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by November 20, 2007.

2. The parties shall file any motions *in limine* by November 20, 2007. Simultaneous responses shall be made by December 6, 2007. Pursuant to RCFC 7.2(a), the court will rule without reply briefs.

3. Plaintiff's filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by November 30, 2007. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by December 12, 2007.

4. The pretrial conference shall be held at 3:00 p.m. on Wednesday, December 19, 2007, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by December 14, 2007, if he wishes to participate by telephone conference call to be placed by the court.

5. Paragraph 2 of the order entered on July 13, 2007, is modified only insofar as trial, not to exceed nine days, shall commence on January 7, 2008.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge