# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 05-748T & 07-520T |
| **THE UNITED STATES,** | * | (Filed Dec. 10, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held on November 5, 2007, and an off-the-record telephone call from both counsel on November 27, 2007,

**IT IS ORDERED**, as follows:

All paragraphs of the order entered on November 5, 2007, are modified, as follows:

1. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by January 22, 2008.

2. The parties shall file any motions *in limine* by February 19, 2008. Simultaneous responses shall be made by March 19, 2008. Pursuant to RCFC 7.2(a), the court will rule without reply briefs.

3. Plaintiff's filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by February 7, 2008. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by March 12, 2008.

4. The pretrial conference shall be held at 3:00 p.m. on Thursday, April 3, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by March 27, 2008, if he wishes to participate by telephone conference call to be placed by the court.

5. Trial, not to exceed nine days, shall commence at 10:00 a.m. on Monday, April 7, 2008.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge