**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T and 07-520 T** |
| **v.** | ) | |
| | ) | **(Judge Christine O. C. Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION OF THE UNITED STATES TO ENLARGE THE TIME FOR FILING ITS RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER "CONFIRMING JURISDICTION"**

On January 16, 2008, plaintiff filed a "Motion for an Order Confirming Jurisdiction to Decide the Applicability of Penalties and any Defenses Thereto." According to the Court's docket, the United States' response is due February 4, 2008. (Plaintiff's motion was not discussed at the November 5, 2007, post-discovery conference, and, therefore, a briefing schedule was not set at that time, along with schedules for pre-trial briefs and motions *in limine*. (*See* Order of December 10, 2007))

The United States requests an additional week – to February 11, 2008 – to file its opposition to plaintiff's motion. Plaintiff does not oppose the United States' request for additional time. The United States requests the additional time because of its counsels' previously scheduled travel and commitments in other matters.

Trial in these cases is scheduled for April 7, 2008, and the pre-trial conference is scheduled for April 3, 2008. The additional week for the United States' opposition to plaintiff's motion will not delay trial or the other pre-trial filings.

Respectfully submitted,

*/s/ Stuart D. Gibson*

Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

Nathan J. Hochman
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Claims Section

/s/ *David Gustafson*

Of Counsel

Dated: January 23, 2008