**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-748T |
| STOBIE CREEK INVESTMENTS LLC, by and through JFW INVESTMENTS LLC, Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-520 T<br>Consolidated with 05-748T<br><br>Judge Christine O.C. Miller |

**PLAINTIFFS' MOTION TO SET SETTLEMENT CONFERENCE**

Plaintiffs, Stobie Creek Investments LLC ("Stobie Creek"), JFW Enterprises, Inc. and JFW Investments LLC, Tax Matters and Notice Partners, and Welles Asset Management, Inc., DKW Senior Enterprises, Inc., DKW Junior Enterprises, Inc., VJ Enterprises, Inc., JFW Enterprises, Inc., PCW Enterprises, Inc., CSW Asset Management, Inc., DKW Senior Investments LLC, DKW Junior Investments LLC, VJ Investments LLC, JFW Investments LLC, PCW Investments LLC, and CSW Investments LLC, as parties to this action (collectively the "Parties"), by and through their attorneys, move this Court to set a pre-trial settlement conference.

Rules of Court of Federal Claims ("RCFC") 16(a) provides in part that: "[T]he court may in its discretion direct the attorneys for the parties and any unrepresented parties to appear

before it for a conference or conferences before trial for such purposes as . . . facilitating the settlement of the case." RCFC 16(a). The parties have engaged in good faith settlement negotiations. However, the negotiations have not been successful. The Plaintiffs believe that a pre-trial settlement conference before this Court will facilitate the settlement of this case. The Plaintiffs believe that a pre-trial settlement conference should be held as soon as possible to avoid any potentially unnecessary expense. Accordingly, the Plaintiffs request that this Court order the parties to appear before it to hold a pre-trial settlement conference at the earliest convenient time.

WHEREFORE, the Plaintiffs respectfully request this Court set a Rule 16 settlement conference in this matter, and order the Defendant to appear for the conference.

Dated: January 29, 2008.

Respectfully Submitted
SCHIFF HARDIN LLP

/s/ Robert E. Kolek
Attorneys for Plaintiffs

Robert E. Kolek
Thomas R. Wechter
Matthew C. Crowl
Colleen M. Feeney
Ayad P. Jacob
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th of January, 2008, the undersigned counsel caused to be electronically filed *Plaintiffs' Motion to Set Settlement Conference* using the CM/ECF system which will send notification of such filing to the following named counsel of record:

Stuart D. Gibson, Esq.
Cory A. Johnson, Esq.
Trial Attorney
Tax Division
U. S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Colleen M. Feeney

CH1\5432152.2