**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T and 07-520 T** |
| **v.** | ) | |
| | ) | **(Judge Christine O. C. Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT CERTIFICATION**
**<u>OF MEETING OF COUNSEL</u>**

The parties, pursuant to RCFC Appendix A, ¶ 13(d), submit this joint certification. Counsel for the parties held a teleconference on January 22, 2008, and exchanged the materials and discussed the issues required by RCFC Appendix A, ¶ 13. The parties intend to continue to discuss a possible joint stipulation of fact and preparation of a set of joint exhibits for submission to the Court pursuant to RCFC Appendix A, ¶¶ 17 and 18.

Respectfully submitted,

*/s/ Stuart D. Gibson*
Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

Nathan J. Hochman
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Claims Section
Jacob E. Christensen
Trial Attorney, Court of Federal
Claims Section

/s/ *David Gustafson*
Of Counsel

Attorneys for the United States

*/s/ Robert E. Kolek*
Robert E. Kolek
Thomas R. Wechter
Matthew Crowl
Colleen M. Feeney
Ayad P. Jacob
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

Attorneys for Plaintiffs

Dated: January 29, 2008