# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** *

*

Plaintiffs, *

v. * No. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Feb. 5, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs on January 29, 2008, filed Plaintiffs' Motion To Set Settlement Conference. Defendant filed its response on February 1, 2008, opposing such a conference. Defendant expresses that it is not amenable to discuss settlement on the terms (for the amount) that the parties have discussed. The court considers that a brief discussion of the proposed parameters of settlement will not deflect defense counsel's attention from preparation for trial. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs' motion is granted only insofar as counsel for the parties shall participate in an off-the-record telephone conference call to be placed by the court at 3:00 p.m. on Friday, February 8, 2008, to discuss 1) the terms that the named plaintiffs are willing to propose, and 2) the basis for their position that the terms are reasonable, given the facts, law, and resources for payment.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge