**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-748T |
| STOBIE CREEK INVESTMENTS LLC, by and through JFW INVESTMENTS LLC, Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-520 T<br>Consolidated with 05-748T<br><br>Judge Christine O.C. Miller |

**PLAINTIFFS' LIST OF WITNESSES FOR TRIAL**

Plaintiffs, Stobie Creek Investments LLC ("Stobie Creek"), JFW Enterprises, Inc. and JFW Investments LLC, Tax Matters and Notice Partners, and Welles Asset Management, Inc., DKW Senior Enterprises, Inc., DKW Junior Enterprises, Inc., VJ Enterprises, Inc., JFW Enterprises, Inc., PCW Enterprises, Inc., CSW Asset Management, Inc., DKW Senior Investments LLC, DKW Junior Investments LLC, VJ Investments LLC, JFW Investments LLC, PCW Investments LLC, and CSW Investments LLC, as parties to this action (collectively the "Parties"), by and through their attorneys, pursuant to RCFC Appendix A, para. 15, submit the following list of witnesses that they expect to call at trial, or may call if the need arises:

| **WITNESSES EXPECTED TO BE PRESENTED** | **TOPICS OF TESTIMONY** |
|---|---|
| Tom Cotter<br>(1 hour) | Preparation and filing of Stobie Creek tax returns, Welles Family LLC and S-corporation returns for 2000. Research and analysis of Jenkens & Gilchrist tax opinion issued to Welles Family and Stobie Creek. Cooperation with IRS in response to IDRs and other requests. Other topics addressed in deposition. |
| Robert Floyd<br>(0.5 hour) | Preparation and filing of Stobie Creek tax returns, Welles Family LLC and S-corporation returns. Records of Welles Family LLCs and S-corporations. Other topics addressed in deposition. |
| Jeffrey Frankel<br>(1 hour) | Topics addressed in report and deposition. |
| Larry Goldstein<br>(0.5 hours) | Advice to Stobie Creek and the Welles Family on the preparation and filing of their tax returns; operation of family office; other topics discussed in deposition. |
| David Herpe<br>(1.5 hours) | History and representation of Welles Family. Advice to family regarding the formation of Stobie Creek. Other topics addressed in deposition. |
| Virginia Jordan<br>(0.5 hour) | The formation and operation of Stobie Creek, family office, and other family owned or operated entities. Reliance on Jeffrey Welles for investigation and due diligence of purchase of option trades. Other topics addressed in depositions. |
| Robert Kolb<br>(1.5 hours) | Topics addressed in report, rebuttal report and deposition. |
| Richard Levich<br>(1 hour) | Topics addressed in report and deposition. |
| Ira Shepard<br>(1.5 hours) | Topics addressed in report and deposition. |
| Stuart Smith<br>(1 hour) | Topics addressed in report and deposition. |
| David Waterman<br>(1 hour) | History of legal representation of Welles Family, Therma Tru and its shareholders by Shumaker, Loop & Kendrick. The formation and operation of Stobie Creek. Preparation and filing of Stobie Creek tax returns, Welles Family LLC and S-corporation returns for 2000. Research and analysis of Jenkens and Gilchrist tax opinion issued to Welles Family members and Stobie Creek. Advice to Welles family regarding Jenkens and Gilchrist opinion. Other topics addressed in deposition. |

| **WITNESSES EXPECTED TO BE PRESENTED** | **TOPICS OF TESTIMONY** |
|---|---|
| Christopher Welles<br>(0.5 hour) | The formation and operation of Stobie Creek, family office, and other family owned or operated entities. Reliance on Jeffrey Welles for investigation and due diligence of purchase of option trades. Other topics addressed in depositions. |
| David K. (Deke) Welles, Jr.<br>(0.5 hours) | The formation and operation of Stobie Creek, family office, and other family owned or operated entities. Business of Therma Tru prior to sale. Efforts to sell Therma Tru stock. Reliance on Jeffrey Welles for investigation and due diligence of purchase of option trades. Other topics addressed in depositions. |
| Georgia Welles<br>(0.5 hours) | The formation and operation of Stobie Creek, family office, and other family owned or operated entities. History of Therma Tru. Reliance on Jeffrey Welles for investigation and due diligence of purchase of option trades. Other topics addressed in depositions. |
| Jeffrey Welles<br>(3 hours) | The formation and operation of Stobie Creek, family office, and other family owned or operated entities. Filing and preparation of Stobie Creek tax returns, Welles Family LLCs and S-corporation returns and personal returns. Receipt of statutory notice of deficiency. Compliance with IDR requests. IRS collections on penalties. Other topics related to his refund claims and defenses in this case. Other topics addressed in depositions. |
| Peter Welles<br>(0.5 hour) | The formation and operation of Stobie Creek, family office, and other family owned or operated entities. Reliance on Jeffrey Welles for investigation and due diligence of purchase of option trades. Other topics addressed in depositions. |

Whether the Plaintiffs call some of the witnesses below depends, in part, on whether portions of their deposition transcripts are permitted to be filed, and, in part on whether the parties stipulate to certain facts.

| **WITNESSES THAT MAY BE PRESENTED SHOULD THE NEED ARISE** | **TOPICS OF TESTIMONY** |
|---|---|
| Bill Chung (0.5 hour) | Operations of Stobie Creek, including but not limited to monitoring of investments, family office, and other family owned or operated entities. |
| Frank Edwards (0.5 hour) | Conversations with Jeffrey Welles regarding investment strategy for Stobie Creek in the year 2000. |
| William Vogel (0.5 hour) | Topics discussed in his deposition. |

Dated: February 7, 2008

Respectfully Submitted

SCHIFF HARDIN LLP

/s/ Robert E. Kolek
Attorneys for Plaintiffs

Robert E. Kolek
Thomas R. Wechter
Matthew C. Crowl
Colleen M. Feeney
Ayad P. Jacob
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600

CH1\5451076.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th of February, 2008, the undersigned counsel caused to be electronically filed *Plaintiffs' List of Witnesses for Trial* using the CM/ECF system, which will send notification of such filing to the following named counsel of record:

Stuart D. Gibson, Esq.
Cory A. Johnson, Esq.
Trial Attorney
Tax Division
U. S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Colleen M. Feeney