**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **07-520 T** |
| **v.** | ) | |
| | ) | **(Judge Christine O. C. Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**THE UNITED STATES' WITNESS LIST**

Pursuant to RCFC, Appendix A, Section 13(b), the United States provides this list of individuals who may be called as witnesses for case-in-chief or rebuttal purposes. The United States also reserves the right to call any witness on plaintiff's witness list.

| Name | Address | Expected Topics[1] |
|---|---|---|
| Jeffrey Welles | n/a | Implementation and reporting of Jenkens & Gilchrist ("J&G") tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |
| Christopher Welles | n/a | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |

[1]For any witness who was deposed in this case, the United States includes by reference in this disclosure all topics addressed in the deposition.

Exhibit B

| | | |
|---|---|---|
| David Welles, Jr. | n/a | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation operation of Stobie Creek. |
| Virginia Welles | n/a | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |
| Peter Welles | n/a | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |
| Larry Goldstein | Represented by:<br>Brian Maas<br>Frankfurt, Kurnit, Klein & Selz<br>488 Madison Avenue<br>New York, NY 10022<br>212-705-4836 | Implementation and reporting of J&G tax shelter, purported purchase of FX options, operation of Stobie Creek. |
| Mark Deutsch | Represented by:<br>Adriaen Morse, Jr.<br>Mayer Brown<br>1909 K Street, NW<br>Washington, D.C. 20006<br>202-263-3000 | Recapitalization of Therma Tru, communications with Welleses about J&G tax shelter. |
| Jeffrey Frankel | n/a | Topics addressed in his report and deposition. |
| Richard Levich | n/a | Topics addressed in his report and deposition. |
| David DeRosa | n/a | Lack of economic substance of FX options and other transactions in J&G tax shelter. Topics addressed in his report and deposition. |

| | | |
|---|---|---|
| Rod Mackay | Represented by:<br>George Canellos<br>Milbank Tweed Hadley & McCloy<br>One Chase Manhattan Plaza,<br>NY, NY 10005<br>212-530-5174 | J&G tax shelter and use of FX options to reduce income taxes, as explained by Paul Daugerdas. |
| Carrie Yackee | Represented by:<br>Geoffrey Berman<br>Greenberg Traurig<br>200 Park Avenue<br>NY, NY 10166<br>212-801-9200 | Accounting, processing and recording of FX options at Deutsche Bank for J&G tax shelters. Recording of details of J&G tax shelters sold by David Parse, including Welleses' transactions. |
| David Parse | Represented by:<br>Teresa Trzaskoma<br>Brune & Richard<br>80 Broad Street<br>New York, NY 10004<br>212-668-1900 | J&G tax shelter and use of FX options. Communications with the Welleses. We currently expect Mr. Parse to refuse to answer questions based on his 5th Amendment privilege. |
| Jeanette Michaels | Represented by:<br>Larry Hill<br>Dewey LeBoeuf<br>1301 Avenue of the Americas<br>New York, NY 10009<br>212-259-8330 | Accounting, processing and recording of FX options at Deutsche Bank. |
| Paul Daugerdas | Represented by:<br>Larry Black<br>7039 Comanche Trail<br>Austin, TX 78732<br>512-402-1745 | J&G tax shelters and use of FX options. Communications with the Welleses. We currently expect Mr. Daugerdas to refuse to answer questions based on his 5th Amendment privilege. |

| | | |
|---|---|---|
| Donna Guerin | Represented by:<br>Mark Rotert<br>Stetler & Duffey<br>11 South LaSalle St.<br>Suite 1200<br>Chicago, IL 60603<br>312-338-0214 | J&G tax shelters and use of FX options.<br>Communications with the Welleses. We currently expect Ms. Guerin to refuse to answer questions based on her 5th Amendment privilege. |
| John Ivsan | Represented by:<br>E. Fitzgerald Parnell<br>Poyner & Spruill<br>One Wachovia Center<br>Charlotte, NC 28202<br>704-342-5250 | J&G tax shelters and use of FX options.<br>Communications with the Welleses. We currently expect Mr. Ivsan to refuse to answer questions based on his 5th Amendment privilege. |
| Jason Shih | Deidre Daly<br>Daly & Pavlis<br>107 John St.<br>Southport, CT 06890<br>203-255-6700 | J&G tax shelters and use of FX options. We currently expect Mr. Shih to refuse to answer questions based on his 5th Amendment privilege. |
| Frank Edwards | Aqueduct Capital<br>201 South College St.<br>Suite 1440<br>Charlotte, NC 28244<br>704-973-9919 | Communications with Jeff Welles about purported FX options. |
| Neil Bresolin | Represented by:<br>Don Griffith<br>Goldman Sachs<br>1 New York Plaza<br>NY, NY 10004<br>212-357-7885 | Communications with Jeff Welles about purported FX options. |
| Perry Parker | Represented by:<br>Geoffrey Berman<br>Greenberg Traurig<br>200 Park Avenue<br>NY, NY 10166<br>212-801-9200 | J&G tax shelters and use of FX options. We currently expect Mr. Parker to refuse to answer questions based on his 5th Amendment privilege. |

| | | |
|---|---|---|
| Craig Brubaker | Represented by:<br>Teresa Trzaskoma<br>Brune & Richard<br>80 Broad Street,<br>New York, NY 10004<br>212-668-1900 | J&G tax shelters and use of FX options. We currently expect Mr. Brubaker to refuse to answer questions based on his 5th Amendment privilege. |
| Stephen Bores | Represented by:<br>Steven Katz<br>Sideman & Bancroft<br>One Embarcadero Center<br>San Francisco, CA 94111<br>415-392-1960 | Implementation of J&G tax shelter and communications with SL&K. |
| Robert Kolb | n/a | Topics addressed in his report and deposition. |
| David Waterman | n/a | Communications with the Welleses, J&G, Deutsche Bank and others at SL&K. Implementation and reporting of J&G tax shelter for the Welleses and other clients. |
| Tom Cotter | n/a | Communications with the Welleses, J&G, Deutsche Bank and others at SL&K. Implementation and reporting of J&G tax shelter for the Welleses and other clients. |
| Robert Floyd | n/a | Communications with the Welleses, J&G, Deutsche Bank and SL&K. Implementation and reporting of J&G tax shelter for the Welleses and other clients. |
| Document custodian for Deutsche Bank | Represented by:<br>Mary Scott<br>Baker Botts<br>Dallas, Texas 75201<br>214-953-6628 | Business records foundation for Deutsche Bank records and documents. |

| | | |
|---|---|---|
| Document custodian for Jenkens & Gilchrist | Represented by:<br>Larry Hill<br>Dewey LeBoeuf<br>1301 Avenue of the Americas<br>New York, NY 10009<br>212-259-8330 | Business records foundation for Jenkens & Gilchrist records and documents. |
| Rick Pychewicz | Represented by:<br>Geoffrey Berman<br>Greenberg Traurig<br>200 Park Avenue<br>NY, NY 10166<br>212-801-9200 | Accounting, processing and recording of FX options at Deutsche Bank. Use of templates to generate trade confirmation for FX transactions used in J&G tax shelter, including Welleses' transactions. |
| David Herpe | Represented by:<br>Alan Rutkoff<br>McDermott, Will & Emery<br>227 West Monroe<br>Chicago, IL 60606<br>312-984-7751 | Creation of Stobie Creek, communications and meetings with Welleses. |
| Barbara Aprile | n/a | Preparation of summary exhibit concerning J&G/ Deutsche Bank Son of BOSS shelters |

The United States may also file a motion to seek to introduce deposition testimony of the following witnesses: David Parse, Stephen Bores, Craig Brubaker, Perry Parker, David Parse, Paul Daugerdas, Donna Guerin, Frank Edwards, Neil Bresolin, Jeffrey Frankel, Richard Levich Jason Shih, John Ivsan, and Will Vogel.