**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-748T |
| STOBIE CREEK INVESTMENTS LLC, by and through JFW INVESTMENTS LLC, Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-520 T<br>Consolidated with 05-748T<br><br>Judge Christine O.C. Miller |

**PLAINTIFFS' MOTION**
**<u>FOR LEAVE TO FILE DEPOSITION TRANSCRIPT</u>**

Plaintiffs, Stobie Creek Investments LLC ("Stobie Creek"), JFW Enterprises, Inc. and JFW Investments LLC, Tax Matters and Notice Partners, and Welles Asset Management, Inc., DKW Senior Enterprises, Inc., DKW Junior Enterprises, Inc., VJ Enterprises, Inc., JFW Enterprises, Inc., PCW Enterprises, Inc., CSW Asset Management, Inc., DKW Senior Investments LLC, DKW Junior Investments LLC, VJ Investments LLC, JFW Investments LLC, PCW Investments LLC, and CSW Investments LLC, as parties to this action (collectively the "Parties"), by and through their attorneys, move this Court pursuant to RCFC Appendix A, ¶ 15(b) and RCFC 32, move for leave to file portions of certain a deposition transcript as

substantive evidence in this case. The deposition sought to be admitted was taken in this case. The witness Plaintiffs' intend to present by deposition is as follows:

William Vogel: Mr. Vogel resides in London, England and currently works for Deutsche Bank. His relevant testimony can be adequately presented through is deposition transcript. Based upon the initial witness disclosures provided by the United States, the United States may file a motion to seek to introduce deposition testimony of Mr. Vogel.

The Plaintiffs seek to introduce the following testimony (page: line):

| | | |
|---|---|---|
| 8:25 | – | 9:11 |
| 9:19 | – | 10:4 |
| 11:9 | – | 11:11 |
| 11:14 | – | 11:15 |
| 12:12 | – | 12:21 |
| 13:1 | – | 13:5 |
| 14:1 | – | 14:5 |
| 14:8 | | |
| 14:13 | – | 14:20 |
| 14:25 | – | 15:3 |
| 19:3 | – | 19:9 |
| 20:7 | – | 20:12 |
| 20:24 | – | 21:3 |
| 21:23 | – | 22:6 |
| 23:21 | – | 24:4 |
| 27:3 | – | 27:7 |
| 32:9 | – | 32:18 |
| 36:3 | – | 36:11 |
| 37:9 | – | 37:23 |
| 39:22 | – | 40:12 |
| 41:8 | – | 41:25 |
| 42:15 | – | 43:4 |
| 43:22 | – | 44:13 |
| 46:2 | – | 46:20 |
| 48:8 | – | 48:25 |
| 49:21 | – | 50:12 |
| 52:5 | – | 52:24 |
| 53:18 | – | 54:8 |
| 55:10 | – | 55:24 |
| 56:12 | – | 57:5 |
| 59:9 | – | 59:12 |
| 60:1 | – | 60:16 |

| | | |
|---|---|---|
| 64:4 | – | 64:15 |
| 74:24 | – | 76:24 |
| 78:19 | – | 78:25 |
| 79:11 | – | 79:13 |
| 80:8 | – | 80:14 |
| 82:7 | – | 84:4 |
| 84:17 | – | 85:5 |

Plaintiffs' reserve the right to introduce any admissible deposition testimony from depositions of witnesses designated by the Defendant in its anticipated motions for leave to file deposition transcripts under RCFC 32 and Appendix A, ¶ 15(b).

Dated: February 7, 2008

Respectfully Submitted
SCHIFF HARDIN LLP

/s/ Robert E. Kolek
Attorneys for Plaintiffs

Robert E. Kolek
Thomas R. Wechter
Matthew C. Crowl
Colleen M. Feeney
Ayad P. Jacob
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th of February, 2008, the undersigned counsel caused to be electronically filed *Plaintiffs' Motion for Leave to File Deposition Transcript* using the CM/ECF system which will send notification of such filing to the following named counsel of record:

Stuart D. Gibson, Esq.
Cory A. Johnson, Esq.
Trial Attorney
Tax Division
U. S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Colleen M. Feeney