# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC and JFW ENTERPRISES, INC.**, *
Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES**, * (Filed Feb. 8, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' motion for the authorization of subpoenas filed on February 7, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

Service beyond 100 miles from the place of travel in order to testify during trial at the time and place indicated is hereby authorized for the following individuals: William Chung, Thomas Cotter, Robert Floyd, Lawrence Goldstein, and David Waterman.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge