# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISRES, INC.,** *

*

Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Feb. 11, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs on February 7, 2008, having filed Plaintiffs' Motion for Leave To File Deposition Transcript,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 7.2(a), defendant shall respond by February 14, 2008. The court will rule without a reply.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge