| Plaintiffs' Designations | Defendant's Counter - Designations |
|---|---|
| 8:25 - 9:11 | 6:1 - 7:21 |
| 9:19 - 10:4 | |
| 11:9 - 11:11 | |
| 11:14 - 11:15 | |
| 12:12 - 12:21 | |
| 13:1 - 13:5 | |
| 14:1 - 14:5 | |
| 14:8 | 14:9 - 14:12 |
| 14:13 - 14:20 | 14:21 - 14:22 |
| 14:25 - 15:3 | 14:23 - 14:24, 15:4 - 16:4 |
| 19:3 - 19:9 | 18:25 - 19:2 |
| 20:7 - 20:12 | 19:10 - 20:6 |
| 20:24 - 21:3 | 20:13 - 20:23, 21:6 - 21:22 |
| 21:23 - 22:6 | |
| 23:21 - 24:4 | 22:16 - 22:23, 23:5 - 23:20, 24:5 - 25:7 |
| 27:3 - 27:7 | 27:7 - 31:18, 31:25 - 32:8 |
| 32:9 - 32:18 | 32:19 - 34:11 |
| 36:3 - 36:11 | 35:15 - 36:2, 36:12 - 37:5 |
| 37:9 - 37:23 | 37:6 - 37:8, 38:14 - 39:18 |
| 39:22 - 40:12 | 39:19 - 39:21, 40:13 - 41:4 |
| 41:8 - 41:25 | 41:5 - 41:7, 42:1 - 42:11 |
| 42:15 - 43:4 | 42:12 - 42:14, 43:5 - 4 |
| 43:22 - 44:13 | 43:19 - 43:21, 44:14 - 45:1 |
| 46:2 - 46:20 | 45:24 - 46:1, 46:21 - 47:6 |

**Exhibit A**

| Plaintiff's - Designations | Counter - Designations |
|---|---|
| 48:8 - 48:25 | 48:5 - 48:7, 49:1 - 49:17 |
| 49:21 - 50:12 | 49:18 - 49:20, 49:13 - 51:1 |
| 52:5 - 52:24 | 52:25 - 53:14 |
| 53:18 - 54:8 | 53:15 - 53:17, 54:9 - 55:5 |
| 55:10 - 55:24 | 55:6 - 55:9, 55:25 - 56:11 |
| 56:12 - 57:5 | 58:15 - 59:8 |
| 59:9 - 59:12 | 59:13 - 59:25 |
| 60:1 - 60:16 | |
| 64:4 - 64:15 | 64:16 - 64:18 |
| 74:24 - 76:24 | |
| 78:19 - 78:25 | |
| 79:11 - 79:13 | |
| 80:8 - 80:14 | |
| 82:7 - 84:4 | 34:12 - 35:14, 47:7 - 48:4, 60:17 - 61:3 |
| 84:17 - 85:5 | |



**Exhibit A**