# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** *

*

Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Feb. 14, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record telephonic settlement conference held on February 12, 2008,

**IT IS ORDERED**, as follows:

1. A subsequent off-the-record telephonic settlement conference shall be held at 2:00 p.m on Thursday, February 21, 2008, to be placed by the court.

2. Argument on Plaintiffs' Motion for an Order Confirming Jurisdiction To Decide the Applicability of Penalties and Any Defenses Thereto shall be held at 3:00 p.m. on Friday, February 29, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiffs may appear by video conferencing.

s/ Christine O.C. Miller

_________________________________

**Christine Odell Cook Miller**
Judge