# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISRES, INC.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Nos. 05-748T & 07-520T |
| **THE UNITED STATES,** | * | (Filed Feb. 15, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the order entered on February 11, 2008, defendant responded to Plaintiffs' Motion for Leave To File Deposition Transcript on February 14, 2008. Defendant proposed counter-designations in lieu of fling its own motion. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiffs' motion is granted insofar as the parties shall cross-designate deposition transcript testimony. Plaintiffs shall use yellow highlighting, and defendant shall use blue.

2. One copy of the cross-designated transcript shall be available for the court, the reporter, and opposing counsel at the commencement of trial.

3. Both parties' cross-designations per the highlighted portion of the transcript admitted into evidence will represent their respective designations, not the listed pages and lines in their filings on this motion.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge