# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------ X

STOBIE CREEK INVESTMENTS, LLC, :

JFW ENTERPRISES, INC., Tax :

Matters and Notice Partner, :

Plaintiff, : No.

vs. : 1:05-cv-748

UNITED STATES OF AMERICA, :

Defendant. :

------------------------------ X

Videotaped Deposition of DAVID DeROSA, Ph.D.

Thursday, October 25, 2007

Washington, D.C.

Pages 1 - 295

Job No. 183709

Reported by: Kathy Savich, RPR



aedc3fc5-accf-4468-a067-103ef2dc07c8

Now, with respect to Stobie Creek, you estimated or, in response to the request for proposal [sic], that your total fees in this case would be $188,750, if I remember correctly?
A. If you say so, right.
Q. And those were included in the documents which you produced to date. Can you tell me, to date, how much the government has paid you with respect to your work on Stobie Creek?
A. It's in the vicinity of 180,000.
Q. As a further question, are there any cases on which you've been retained by the government as an expert witness that do not appear on this list?
A. The only cases that you have on this list are where I've given an expert report or a deposition or testimony.
Q. And there are other cases -- I don't want to know the names of the cases. If you can just answer that yes or no.



A. I've got to -- Mr. Gibson -- I have to ask Mr. Gibson.
MR. GIBSON: If you've been retained in other cases and -- you can answer yes or no without disclosing the other cases. If your identity has not been disclosed to the other side, you can answer the question.
THE WITNESS: Yes.
BY MR. WECHTER:
Q. And without knowing the names of the cases, how many cases are there?
A. You know, there are cases where we have been retained and they just -- nothing happens. Maybe they just go away. I don't want to sit here and guess at the number. I'll come back to you with that number if Mr. Gibson tells me that it's okay to answer.
Q. Okay. I don't want dead cases. I want to know how many cases -- I don't want to know the names -- are you actively working on today?
A. For the Department of Justice?



Q. That's correct.
A. There are the ones that you know of here. There are -- I think there is one major -- one other major one. There might be others because sometimes what happens -- no, there's two; there are two -- where a case came back, where we thought it was done and it came back.
There are probably two others for the Department of Justice.
I, sitting here today in deposition, it's -- if I find that's wrong, I'll come back to you.
Q. Thank you. I'm just trying to get an idea to complete the CV here.
Have you ever been employed by a taxpayer?
A. Excuse me?
Q. Have you ever been employed as an expert by a taxpayer in any case like these?
A. Oh, yes.
Q. And have you acted as an expert for



the taxpayer with respect to any type of transaction?
A. Yes.
Q. Was a defendant in those cases the Department of Justice?
A. No.
Q. Who was the defendant in those cases?
A. A law firm.
Q. So with respect to Son of BOSS or COBRA transactions or other like transactions, have you ever represented a taxpayer?
A. I just told you I did.
Q. All those cases would be against the government in those cases?
A. No. I'm sure when he's done, Mr. Welles will have plenty of people that he might consider suing. There are cases -- you know this. There are cases in which taxpayers are suing their law firms and accountants.
Q. Well, I think the question is in any COBRA case or any Son of BOSS case where