# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br>Plaintiff<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 05-00748 |

PLAINTIFF'S SECOND REQUEST FOR DOCUMENTS

Plaintiff, Stobie Creek Investments, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner ("Plaintiff"), pursuant to Rule 34 of the United States Court of Federal Claims, requests that Defendant produce the documents and records requested herein within 30 days after receipt thereof.

DEFINITIONS

1. The term "Document" as used herein, shall mean and include every writing or record of every type and description that is or has been in your possession, custody or control, or of which you have knowledge, including without limitation, correspondence, memoranda, stenographic or handwritten notes, communications conveyed through the use of any message system using telecommunications network lines between computers, e-mail, studies, publications, books, pamphlets, pictures, films, voice recordings, maps, surveys, minutes or statistical data, data processing cards, computer record or type or printout, computer tapes, cards and printouts, and other data compilation from which information can be obtained or translated, if necessary, by Plaintiff through detection devices into reasonably usable form, as well as any and all copies of all documents; every copy of such writing or record where the original is not in the possession, custody or control of Defendant, and every copy of every such writing or record where such copy is not an

identical copy of any original or where such copy contains any commentary or notation whatsoever that does not appear on the original.

2. "You" as used herein, is intended to and shall embrace and include the named Defendant, all agencies of the federal government involved any time in this matter at any stage (at the administrative, judicial, or other stage specifically including the Internal Revenue Service, Treasury Department, and Department of Justice), current and prior counsel for Defendant, and all agents, servants, employees, representatives, private investigators, contractors, experts, and others who are in possession of or who may have obtained information for or on behalf of Defendant.

3. "Plaintiff" as used herein shall mean and refer to Stobie Creek and its partners.

**INSTRUCTIONS**

1. Please produce complete copies of all requested documents within the possession, access, custody, and/or control of Defendant.

2. To the extent that a given request relates to a document that has been previously produced or is requested elsewhere, you need not produce it again provided that you specifically identify that document in response to each applicable request.

3. This request for production of documents shall be deemed continuing in nature, and Defendant is under a duty to supplement its responses promptly with respect to any document requests contained herein, if additional documents should come to its attention at any time prior to the conclusion of the trial of this case.

4. If any privilege is claimed as to any information called for by any request: (a) identify the privilege claimed; (b) state the basis for the claim of privilege as to each specific item of information, document, or oral communication; (c) state the title and type of document or communication and the date thereof; (d) identify each person who prepared or made the document

or communication, and each person, if any, who signed any such document; (e) identify each person to whom the document or communication or any copy, summary, digest, or other description thereof was directed, circulated, or distributed; (f) identify each person now in possession of the document or such copy, summary, digest, or other description; and (g) give a brief summary of the subject matter and content of the document or communication.

**REQUESTS FOR DOCUMENTS**

1. Any written advice (whether or not constituting formal written opinion, and whether or not advice indicated that the taxpayer could rely on it) provided by any financial institution, or law, accounting, tax services, or investment advisory firm to any taxpayer relating to the tax consequences of any transaction described in 2000-44. To the extent there is advice give to multiple taxpayers that is the same, in lieu of producing each piece of advice, You may produce one copy and a list identifying the other taxpayers (name and address) who received the same advice.

Dated: May 14, 2007

Respectfully Submitted

SCHIFF HARDIN LLP

Robert E. Kolek
Thomas R. Wechter
John A. Bannon
Colleen M. Feeney
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600
*Counsel for Plaintiff*

CHI\ 4941902.1