# EXHIBIT B

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **(Judge Christine O. C. Miller)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**THE UNITED STATES' RESPONSE**
**<u>TO PLAINTIFF'S SECOND REQUEST FOR DOCUMENTS</u>**

The United States responds to plaintiff's second request for documents as follows:

1. Any written advice (whether or not constituting formal written opinion, and whether or not advice indicated that the taxpayer could rely on it) provided by any financial institution, or law, accounting, tax services, or investment advisory firm to any taxpayer relating to the tax consequences of any transaction described in 2000-44. To the extent there is advice give [sic] to multiple taxpayers that is the same, in lieu of producing each piece of advice, You may produce one copy and a list identifying the other taxpayers (name and address) who received the same advice.

RESPONSE: The United States objects to this request as overly-broad and burdensome, and, to the extent it seeks information about transactions not substantially similar to those at issue in this case, as seeking irrelevant information not reasonably calculated to lead to the discovery of admissible evidence. The United States also objects to the extent the request seeks

"tax return information" obtained by the IRS that is protected from disclosure by 26 U.S.C. § 6103; the United States is not producing any such protected tax return information here. Without waiving these objections, the United States states that it has already produced to plaintiff documents obtained by the United States in discovery in this case from Jenkens & Gilchrist, Shumaker, Loop & Kendrick, Robert Floyd, Stephen Bores, Deutsche Bank and John Ivsan. These productions include documents that purport to contain advice regarding transactions described in 2000-44.

Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Claims Section

Of Counsel

Dated: June 18, 2007

**CERTIFICATE OF SERVICE**

It is hereby certified, that THE UNITED STATES' RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR DOCUMENTS was caused to be served upon counsel for the plaintiff, this 18th day of June 2007, by placing the original thereof in the United States mail, postage pre-paid, addressed as follows:

Robert E. Kolek, Esquire
Schiff Hardin
6600 Sears Tower
Chicago, Illinois 60606

Stuart D. Gibson
Senior Litigation Counsel
U.S. Department of Justice
Tax Division, Office of Civil Litigation