# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** *

*

Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Feb. 21, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Paragraph 1 of the order entered on February 14, 2008, is vacated.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge