# EXHIBIT A

SCHIFF HARDIN LLP
A Limited Liability Partnership Including Professional Corporations

6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312.258.5755
rkolek@schiffhardin.com

July 11, 2005

**VIA MESSENGER**

Internal Revenue Service
RECEIVED W/REMITTANCE
JUL 11 2005
Chicago, IL

Internal Revenue Service
230 South Dearborn Street
Chicago, Illinois 60604

**Re: David K. Welles, Sr.**
**SSN: 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**
**Georgia Welles**
**SSN: 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**
**3240 Savannah Place, Vero Beach, FL**
**Tax Year: December 31, 2000**
**Deposit Pursuant to Rev. Proc. 84-58 and IRC § 6226(e)**

COPY

Dear Sir or Madam:

Please apply the enclosed payment of $16,920,931.45 by David K. Welles, Sr. (SSN: 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) and Georgia Welles (SSN: 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) as a deposit pursuant to Rev. Proc. 84-58, 1984-2 C.B. 501, and I.R.C. § 6226(e) with respect to the taxpayers' interest in Stobie Creek Investments, LLC (EIN: 13-4106264) for the 2000 tax year.

On March, 9, 2005, the Internal Revenue Service issued to Stobie Creek Investments, LLC a Notice of Final Partnership Administrative Adjustment with respect to the tax year ending December 31, 2000. Concurrent with the making of the deposit herewith, a notice partner of Stobie Creek Investments, LLC is filing in the United States Court of Federal Claims a Complaint for the Readjustment of Partnership Items under Section 6226 of the Code with respect to Stobie Creek Investments, LLC.

Pursuant to 26 U.S.C. § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the Final Partnership Administrative Adjustment ("FPAA"). Mr. and Mrs. David K. Welles, Sr. have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $14,327,994.00 and that interest thereon through the date hereof would equal $2,592,937.45. Although Mr. and Mrs. Welles, Sr. are not the plaintiffs in the United

SCHIFF HARDIN LLP



States Court of Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 84-58 in order to terminate the running of interest on any tax liability that may be assessed against them.

Please date stamp the copy of this letter and provide us with a receipt or other acknowledgement of this deposit. Please contact me (312) 258-5755 if you have any questions.

Sincerely,

R E Kolek

Robert E. Kolek

REK:sah
Enclosure

cc: David K. Welles, Sr.

CHI\ 4296526.1

COPY

The Northern Trust Company
Chicago, Illinois www.northerntrust.com

Northern Trust

BM 29175

2-15/710

July 07, 2005

Remitter: WELLES FAMILY TRUST

Pay to the order of ***U.S. TREASURY***

$16,920,931.45

***Sixteen Million Nine Hundred Twenty Thousand Nine Hundred Thirty One and 45/100

Carmine Malfeo NP
Authorized Signature

Cashier's Check

⑈029175⑈ ⑆071000152⑆ 00301[illegible]3014⑈

Internal Revenue Service
Proof of Delivery Only
This is Not an Official Receipt
JUL 11 2005
Chicago, IL

SCHIFF HARDIN LLP
A Limited Liability Partnership Including Professional Corporations

6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312.258.5755
rkolek@schiffhardin.com

July 11, 2005

**VIA MESSENGER**

Internal Revenue Service
RECEIVED W/REMITTANCE
JUL 11 2005
Chicago, IL

Internal Revenue Service
230 South Dearborn Street
Chicago, Illinois 60604

Re: **Christopher S. Welles**
**SSN: 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**
**Catherine Welles**
**SSN: 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**
**218 Hart Street, Beverly Farms, Massachusetts 01915**
**Tax Year: December 31, 2000**
**Deposit Pursuant to Rev. Proc. 84-58 and IRC § 6226(e)**

COPY

Dear Sir or Madam:

Please apply the enclosed payment of $4,063,738.15 by Christopher S. Welles (SSN: 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) and Catherine Welles (SSN: 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) as a deposit pursuant to Rev. Proc. 84-58, 1984-2 C.B. 501, and I.R.C. § 6226(e) with respect to the taxpayers' interest in Stobie Creek Investments, LLC (EIN: 13-4106264) for the 2000 tax year.

On March, 9, 2005, the Internal Revenue Service issued to Stobie Creek Investments, LLC a Notice of Final Partnership Administrative Adjustment with respect to the tax year ending December 31, 2000. Concurrent with the making of the deposit herewith, a notice partner of Stobie Creek Investments, LLC is filing in the United States Court of Federal Claims a Complaint for the Readjustment of Partnership Items under Section 6226 of the Code with respect to Stobie Creek Investments, LLC.

Pursuant to 26 U.S.C. § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the Final Partnership Administrative Adjustment ("FPAA"). Mr. and Mrs. Christopher S. Welles have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $3,436,307.00 and that interest thereon through the date hereof would equal $627,431.15. Although Mr. and Mrs. Christopher Welles are not the plaintiffs in the

SCHIFFHARDIN LLP

Internal Revenue Service
July 11, 2005
Page 2

United States Court of Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 84-58 in order to terminate the running of interest on any tax liability that may be assessed against them.

Please date stamp the copy of this letter and provide us with a receipt or other acknowledgement of this deposit. Please contact me (312) 258-5755 if you have any questions.

Sincerely,

Robert E. Kolek

REK:sah
Enclosure

cc: Christopher S. Welles

CH1\ 4296810.1

COPY

The Northern Trust Company
Chicago, Illinois www.northerntrust.com

**Northern Trust**

BM 29179

2-15/710

July 07, 2005

Remitter: C. WELLES

Pay to the order of ***U.S. TREASURY***

$ 4,063,738.15

***Four Million Sixty Three Thousand Seven Hundred Thirty Eight and 15/100

Carmine Malfeo
Authorized Signature

Cashier's Check

Internal Revenue Service
Proof of Delivery Only
This is Not an Official Receipt
JUL 11 2005
Chicago, IL

SCHIFFHARDIN LLP
A Limited Liability Partnership Including Professional Corporations

6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312.258.5755
rkolek@schiffhardin.com

July 11, 2005

**VIA MESSENGER**

Internal Revenue Service
230 South Dearborn Street
Chicago, Illinois 60604

Internal Revenue Service
RECEIVED W/REMITTANCE
JUL 11 2005
Chicago, IL

Re: **David K. Welles, Jr.**
**SSN: 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**
**Hope Welles**
**SSN: 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**
**112 Rockledge Drive, Perrysburg, Ohio 43551**
**Tax Year: December 31, 2000**
**Deposit Pursuant to Rev. Proc. 84-58 and IRC § 6226(e)**

COPY

Dear Sir or Madam:

Please apply the enclosed payment of $7,126,307.55 by David K. Welles, Jr. (SSN: 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) and Hope Welles (SSN: 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) as a deposit pursuant to Rev. Proc. 84-58, 1984-2 C.B. 501, and I.R.C. § 6226(e) with respect to the taxpayers' interest in Stobie Creek Investments, LLC (EIN: 13-4106264) for the 2000 tax year.

On March, 9, 2005, the Internal Revenue Service issued to Stobie Creek Investments, LLC a Notice of Final Partnership Administrative Adjustment with respect to the tax year ending December 31, 2000. Concurrent with the making of the deposit herewith, a notice partner of Stobie Creek Investments, LLC is filing in the United States Court of Federal Claims a Complaint for the Readjustment of Partnership Items under Section 6226 of the Code with respect to Stobie Creek Investments, LLC.

Pursuant to 26 U.S.C. § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the Final Partnership Administrative Adjustment ("FPAA"). Mr. and Mrs. David K. Welles, Jr. have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $6,031,804.00 and that interest thereon through the date hereof would equal $1,094,503.55. Although Mr. and Mrs. Welles, Jr. are not the plaintiffs in the United States

SCHIFF HARDIN LLP

Internal Revenue Service
July 11, 2005
Page 2

Court of Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 84-58 in order to terminate the running of interest on any tax liability that may be assessed against them.

Please date stamp the copy of this letter and provide us with a receipt or other acknowledgement of this deposit. Please contact me (312) 258-5755 if you have any questions.

Sincerely,

Robert E. Kolek

REK:sah
Enclosure

cc: David K. Welles. Jr.

CH1\4296801.1

COPY

**The Northern Trust Company**
**Chicago, Illinois www.northerntrust.com**

Northern Trust

BM 29176

2-15/710

July 07, 2005

Remitter: DAVID WELLES

Pay to the order of ***U.S. TREASURY***

$7,126,307.55

***Seven Million One Hundred Twenty Six Thousand Three Hundred Seven and 55/100

Authorized Signature

Cashier's Check

⑈029176⑈ ⑆071000152⑆ 0030193014⑈

Internal Revenue Service
Proof of Delivery Only
This is Not an Official Receipt
JUL 11 2005
Chicago, IL

SCHIFF HARDIN LLP
A Limited Liability Partnership Including Professional Corporations

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312.258.5755
rkolek@schiffhardin.com

July 11, 2005

**VIA MESSENGER**

Internal Revenue Service
RECEIVED W/REMITTANCE
JUL 11 2005
Chicago, IL

Internal Revenue Service
230 South Dearborn Street
Chicago, Illinois 60604

**Re: Stobie Creek Investments, LLC**
**TIN: 13-4106264**
**I.R.C. § 6226(e) Deposit on behalf of Jeffrey F. and Maud Welles**

Dear Sir or Madam:

Please apply the enclosed payment of $4,149,521.35 by Jeffrey F. Welles (SSN: 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) and Maud Welles (SSN: 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) as a deposit required under I.R.C. § 6226(e) with respect to Mr. Welles' interest in Stobie Creek Investments, LLC (EIN: 13-4106264) for the 2000 tax year.

This payment is being remitted for the purpose of allowing the taxpayer to file a petition for readjustment of the partnership items of Stobie Creek Investments, LLC as adjusted by the Notice of Final Partnership Administrative Adjustment dated March 9, 2005.

Pursuant to 26 U.S.C. § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the Final Partnership Administrative Adjustment ("FPAA"). Mr. And Mrs. Jeffrey F. Welles have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $3,455,899.00 and that interest thereon through the date hereof would equal $693,622.35.

Please date stamp the copy of this letter and provide us with a receipt or other acknowledgement of this deposit. Please contact me (312) 258-5755 if you have any questions.

Sincerely,

Robert E. Kolek

REK:sah
Enclosure
cc: Jeffrey F. Welles

The Northern Trust Company
Chicago, Illinois www.northerntrust.com

Northern Trust

BM 29177

2-18/710

JULY 07, 2005

Remitter: JEFFREY WELLES

Pay to the order of ***U.S. TREASURY***

$4,149,521.35

***Four Million One Hundred Forty Nine Thousand Five Hundred Twenty One and 35/100

Authorized Signature

Cashier's Check

⑈0029177⑈ ⑆071000152⑆ 0030653014⑈

Internal Revenue Service
Proof of Delivery Only
This is Not an Official Receipt
JUL 11 2005
Chicago, IL

SCHIFF HARDIN LLP
A Limited Liability Partnership Including Professional Corporations

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312.258.5755
rkolek@schiffhardin.com

July 11, 2005

Internal Revenue Service
RECEIVED W/REMITTANCE
JUL 11 2005
Chicago, IL

**VIA MESSENGER**

Internal Revenue Service
230 South Dearborn Street
Chicago, Illinois 60604

Re: **Peter C. Welles**
**SSN: 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**
**2160 6th Avenue North, Orono, Minnesota 55356**
**Tax Year: December 31, 2000**
**Deposit Pursuant to Rev. Proc. 84-58 and IRC § 6226(e)**

Dear Sir or Madam:

Please apply the enclosed payment of $4,292,915.17 by Peter C. Welles (SSN: 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) as a deposit pursuant to Rev. Proc. 84-58, 1984-2 C.B. 501, and I.R.C. § 6226(e) with respect to the taxpayer's interest in Stobie Creek Investments, LLC (EIN: 13-4106264) for the 2000 tax year.

On March, 9, 2005, the Internal Revenue Service issued to Stobie Creek Investments, LLC a Notice of Final Partnership Administrative Adjustment with respect to the tax year ending December 31, 2000. Concurrent with the making of the deposit herewith, a notice partner of Stobie Creek Investments, LLC is filing in the United States Court of Federal Claims a Complaint for the Readjustment of Partnership Items under Section 6226 of the Code with respect to Stobie Creek Investments, LLC.

Pursuant to 26 U.S.C. § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the Final Partnership Administrative Adjustment ("FPAA"). Mr. Peter C. Welles has determined that the adjustments proposed by the FPAA would increase his tax liability for the year in question by $3,577,283.00 and that interest thereon through the date hereof would equal $715,632.17. Although Mr. Peter Welles is not the plaintiff in the United States Court of Federal Claims Complaint, he is making this deposit pursuant to Rev. Proc. 84-58 in order to terminate the running of interest on any tax liability that may be assessed against him.

SCHIFF HARDIN LLP

Internal Revenue Service
July 11, 2005
Page 2

Please date stamp the copy of this letter and provide us with a receipt or other acknowledgement of this deposit. Please contact me (312) 258-5755 if you have any questions.

Sincerely,

Robert E. Kolek

REK:sah
Enclosure

cc: Peter C. Welles

CHI1\4296835.1

COPY

The Northern Trust Company
Chicago, Illinois www.northerntrust.com

Northern Trust

BM 29178

2-15/710

July 07, 2005

Remitter: PETER WELLES

Pay to the order of ***U.S. TREASURY*** $4,292,915.17

***Four Million Two Hundred Ninety Two Thousand Nine Hundred Fifteen and 17/100

Authorized Signature

Cashier's Check

⑈029178⑈ ⑆071000152⑆ 0030133014⑈

Internal Revenue Service
Proof of Delivery Only
This is Not an Official Receipt
JUL 11 2005
Chicago, IL

SCHIFF HARDIN LLP
A Limited Liability Partnership Including Professional Corporations

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312.258.5755
rkolek@schiffhardin.com

July 11, 2005

**VIA MESSENGER**

Internal Revenue Service
RECEIVED W/REMITTANCE
JUL 11 2005
Chicago, IL

Internal Revenue Service
230 South Dearborn Street
Chicago, Illinois 60604

**Re: Roger Jordan**
**SSN: 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**
**Virginia Jordan**
**SSN: 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**
**8277 North 39th Street, Longmont, Colorado 80503**
**Tax Year: December 31, 2000**
**Deposit Pursuant to Rev. Proc. 84-58 and IRC § 6226(e)**

COPY

Dear Sir or Madam:

Please apply the enclosed payment of $4,172,608.46 by Roger Jordan (SSN: 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) and Virginia Jordan (SSN: 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) as a deposit pursuant to Rev. Proc. 84-58, 1984-2 C.B. 501, and I.R.C. § 6226(e) with respect to the taxpayers' interest in Stobie Creek Investments, LLC (EIN: 13-4106264) for the 2000 tax year.

On March, 9, 2005, the Internal Revenue Service issued to Stobie Creek Investments, LLC a Notice of Final Partnership Administrative Adjustment with respect to the tax year ending December 31, 2000. Concurrent with the making of the deposit herewith, a notice partner of Stobie Creek Investments, LLC is filing in the United States Court of Federal Claims a Complaint for the Readjustment of Partnership Items under Section 6226 of the Code with respect to Stobie Creek Investments, LLC.

Pursuant to 26 U.S.C. § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the Final Partnership Administrative Adjustment ("FPAA"). Mr. and Mrs. Roger Jordan have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $3,528,368.00 and that interest thereon through the date hereof would equal $644,240.46. Although Mr. and Mrs. Jordan are not the plaintiffs in the United States Court of

SCHIFFHARDIN LLP

Internal Revenue Service
July 11, 2005
Page 2

Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 84-58 in order to terminate the running of interest on any tax liability that may be assessed against them.

Please date stamp the copy of this letter and provide us with a receipt or other acknowledgement of this deposit. Please contact me (312) 258-5755 if you have any questions.

Sincerely,

Robert E. Kolek

REK:sah
Enclosure

cc: Roger Jordan

CH1\4296782.1

COPY

**Linsco/Private Ledger**
Member NASD/SIPC
9785 Towne Centre Drive
San Diego, CA 92121-1968

LPL FINANCIAL SERVICES

| ACCT: | CHECK DATE | CHECK NO. |
|---|---|---|
| 3280-7638-1 D | 07/05/05 | 100870980 |

UNITED STATE TREASURY
FBO VIRGINIA JORDAN
SSN 298 44 8125

3RD PARTY CHK VIA FEDEX 4,172,608.46

3rd Party via Fed Ex

Internal Revenue Service
Proof of Delivery Only
This is Not an Official Receipt
JUL 11 2005
Chicago, IL

TOTAL: 4,172,608.46

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**Linsco/Private Ledger**
Member NASD/SIPC (858) 450-9606
9785 Towne Centre Drive
San Diego, CA 92121-1968

LPL FINANCIAL SERVICES

BANK OF AMERICA
Controlled Disbursement
Bank of America, N.A.
Atlanta, Dekalb County, Georgia

64-1278
611

| ACCT: | CHECK DATE | CHECK NO. |
|---|---|---|
| 3280-7638-1 | 07/05/2005 | 100870980 |

PAY IN US DOLLARS

CHECK AMOUNT

Four million one hundred seventy two thousand six hundred eight and 46/100 Dollars************ **4,172,608.46

TWO SIGNATURES REQUIRED

PAY TO THE ORDER OF: UNITED STATE TREASURY
FBO VIRGINIA JORDAN
SSN 298 44 8125

VOID AFTER 180 DAYS

⑈100870980⑈ ⑆061112788⑆ 329 979 3739⑈

LPL
FINANCIAL SERVICES

**Linsco/Private Ledger**
Member NASD/SIPC
9785 Towne Centre Drive
San Diego, CA 92121-1968

| ACCT: | CHECK DATE | CHECK NO. |
| --- | --- | --- |
| 3280-7638-1 D | 07/05/05 | 100870980 |

UNITED STATE TREASURY
FBO VIRGINIA JORDAN
SSN 298 44 8125

| | |
| --- | --- |
| 3RD PARTY CHK VIA FEDEX | 4,172,608.46 |
| 3rd Party via Fed Ex | |
| TOTAL: | 4,172,608.46 |

[redacted]

SCHIFF HARDIN LLP

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312-258-5755
rkolek@schiffhardin.com

July 10, 2007

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604
JUL 11 2007
RECEIVED
WITH REMITTANCE
27407

**VIA MESSENGER**

Internal Revenue Service
230 S. Dearborn Street
Chicago, Illinois 60604

Re: Stobie Creek Investments, LLC
TIN: 13-4106264
IRC § 6226(e) Deposit on behalf of David K. Welles, Sr. and Georgia Welles
SSNs: 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 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
Tax year 2000

Dear Sir/Madam:

Enclosed on behalf of the above-referenced taxpayers is a deposit in the amount of $287,393.25 made pursuant to Sections 6226(e)(1) and 6603 of the Internal Revenue Code of 1986, as amended (the "IRC"), and Rev. Proc. 2005-18, 2005-13 IRB 798. Consistent with the provisions of Section 4 of Rev. Proc. 2005-18, the taxpayers designate this remittance as a deposit with respect to income tax for the year 2000 in the amount of $287,393.25. This amount is a disputable tax ($196,315.00) and interest ($91,078.25) thereon. The disputable tax is the deficiency that would result if the Untied States government would prevail in the following contested matter.

Mr. David K. Welles, Sr. (the "Taxpayer") is the sole member of DKW Senior Investments, LLC ("DKW Senior LLC," TIN: 34-1923034), which is a disregarded entity under Treas. Reg. § 301.7701-3(b)(1)(ii). DKW Senior LLC is a member of IRC § 6231(a)(7) of Stobie Creek Investments, LLC ("Stobie Creek," TIN: 13-4106264). This payment is being remitted for the purpose of allowing the Taxpayer to file a petition for readjustment of the partnership items of Stobie Creek as adjusted by the Notice of Final Partnership Administrative Adjustment dated February 23, 2007 with respect to Stobie Creek's taxable year ending April 30, 2000 (the "FPAA").

The possible deficiencies are connected to various determinations asserted by the IRS in the FPAA. These determinations include without limitation that the partnership, Stobie Creek, should be disregarded and, that Stobie Creek's basis adjustment under IRC § 743(b) had no effect. The Taxpayer's reasonable basis for his position is that Stobie Creek was formed for

SCHIFF HARDIN LLP



bona fide business purposes and all transactions carried out by Stobie Creek and its partners were for valid business purposes. The complaint that the taxpayer is filing in the United States Court of Federal Claims for readjustment of the partnership items in response to the FPAA sets forth a detailed description regarding the dispute and the Taxpayer's reasonable basis for this position.

Under IRC § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service (the "IRS") the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the FPAA. Mr. and Mrs. David K. Welles, Sr. have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $196,315.00 over amounts previously deposited by Mr. and Mrs. Welles and that interest thereon through the date hereof would equal $91,078.25. Although Mr. and Mrs. David K. Welles, Sr. are not the plaintiffs in the United States Court of Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 2005-18 in order to terminate the running of interest on any tax liability that may be assessed against them

Please date stamp the enclosed copy of this letter and provide us with a receipt or other acknowledgment of this deposit. Please contact me at (312) 258-5755 if you have any questions.

Very truly yours,

Robert E. Kolek

Robert E. Kolek

Enclosures
cc: David K. Welles, Sr.

CHI\5083980.1

NORTHERN
FUNDS

P.O. Box 75986
Chicago, IL 60675-5986

Check Number: 000029427

Date: 07/03/07

$***287,393.25

TWO HUNDRED EIGHTY-SEVEN THOUSAND THREE HUNDRED NINETY-THREE AND 25/100 DOLLARS**

PAY TO THE ORDER OF

US TREASURY
FAO GEORGIA E WELLES/SSN 298449508
C/O ROBERT E KOLEK ESQ
SCHIFF HARDIN
6600 SEARS TOWER
CHICAGO IL 60606-6473

OFFICIAL CHECK

Lloyd A. Wennlund

Authorized Signature

VOID

⑈029427⑈ ⑆071000152⑆ 003263172O⑈

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604

JUL 11 2007

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
27407

SCHIFF HARDIN LLP

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312-258-5755
rkolek@schiffhardin.com

July 10, 2007

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604
JUL. 11 2007
RECEIVED
WITH REMITTANCE
27407

**VIA MESSENGER**

Internal Revenue Service
230 S. Dearborn Street
Chicago, Illinois 60604

Re: Stobie Creek Investments, LLC
TIN: 13-4106264
IRC § 6226(e) Deposit on behalf of Christopher S. Welles and Catherine Welles
SSNs: 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 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
Tax year 2000

Dear Sir/Madam:

Enclosed on behalf of the above-referenced taxpayers is a deposit in the amount of $58,149.14 made pursuant to Sections 6226(e)(1) and 6603 of the Internal Revenue Code of 1986, as amended (the "IRC"), and Rev. Proc. 2005-18, 2005-13 IRB 798. Consistent with the provisions of Section 4 of Rev. Proc. 2005-18, the taxpayers designate this remittance as a deposit with respect to income tax for the year 2000 in the amount of $58,149.14. This amount is a disputable tax ($39,721.00) and interest ($18,428.14) thereon. The disputable tax is the deficiency that would result if the Untied States government would prevail in the following contested matter.

Mr. Christopher S. Welles (the "Taxpayer") is the sole member of CSW Investments, LLC ("CSW LLC," TIN: 31-1706472), which is a disregarded entity under Treas. Reg. § 301.7701-3(b)(1)(ii). CSW LLC is a member of Stobie Creek Investments, LLC ("Stobie Creek," TIN: 13-4106264). This payment is being remitted for the purpose of allowing the Taxpayer to file a petition for readjustment of the partnership items of Stobie Creek as adjusted by the Notice of Final Partnership Administrative Adjustment dated February 23, 2007 with respect to Stobie Creek's taxable year ending April 30, 2000 (the "FPAA").

The possible deficiencies are connected to various determinations asserted by the IRS in the FPAA. These determinations include without limitation that the partnership, Stobie Creek, should be disregarded and, that Stobie Creek's basis adjustment under IRC § 743(b) had no effect. The Taxpayer's reasonable basis for his position is that Stobie Creek was formed for bona fide business purposes and all transactions carried out by Stobie Creek and its partners were

SCHIFF HARDIN LLP



for valid business purposes. The complaint that the taxpayer is filing in the United States Court of Federal Claims for readjustment of the partnership items in response to the FPAA sets forth a detailed description regarding the dispute and the Taxpayer's reasonable basis for this position.

Under IRC § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service (the "IRS") the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the FPAA. Mr. and Mrs. Christopher S. Welles have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $39,721.00 over amounts previously deposited by Mr. and Mrs. Welles and that interest thereon through the date hereof would equal $18,428.14. Although Mr. and Mrs. Christopher S. Welles are not the plaintiffs in the United States Court of Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 2005-18 in order to terminate the running of interest on any tax liability that may be assessed against them

Please date stamp the enclosed copy of this letter and provide us with a receipt or other acknowledgment of this deposit. Please contact me at (312) 258-5755 if you have any questions.

Very truly yours,

Robert E. Kolek

Robert E. Kolek

Enclosures
cc: Christopher S. Welles

CHI1\5083984.1

NORTHERN FUNDS

P.O. Box 75986
Chicago, IL 60675-5986

VOID VOID VOID

Check Number: 000003787

Date: 07/03/07

$****58,149.14

FIFTY-EIGHT THOUSAND ONE HUNDRED FORTY-NINE AND 14/100 DOLLARS**

THE ORDER OF

US TREASURY
FAO CHRISTOPHER S WELLES/SSN 298447
C/O ROBERT E KOLEK ESQ
SCHIFF HARDIN
6600 SEARS TOWER
CHICAGO IL 60606-6473

OFFICIAL CHECK

Lloyd A. Wennlund

Authorized Signature

⑈003787⑈ ⑆071000152⑆ 003273172O⑈

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604

JUL 11 2007

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
27407

SCHIFFHARDIN LLP

6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312-258-5755
rkolek@schiffhardin.com

July 10, 2007

**VIA MESSENGER**

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604
JUL 11 2007
RECEIVED
WITH REMITTANCE
27407

Internal Revenue Service
230 S. Dearborn Street
Chicago, Illinois 60604

Re: Stobie Creek Investments, LLC
TIN: 13-4106264
IRC § 6226(e) Deposit on behalf of David K. Welles, Jr. and Hope Welles
SSNs: 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 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
Tax year 2000

Dear Sir/Madam:

Enclosed on behalf of the above-referenced taxpayers is a deposit in the amount of $95,504.49 made pursuant to Sections 6226(e)(1) and 6603 of the Internal Revenue Code of 1986, as amended (the "IRC"), and Rev. Proc. 2005-18, 2005-13 IRB 798. Consistent with the provisions of Section 4 of Rev. Proc. 2005-18, the taxpayers designate this remittance as a deposit with respect to income tax for the year 2000 in the amount of $95,504.49. This amount is a disputable tax ($65,238.00) and interest ($30,266.49) thereon. The disputable tax is the deficiency that would result if the Untied States government would prevail in the following contested matter.

Mr. David K. Welles Jr. (the "Taxpayer") is the sole member of JFW Junior Investments, LLC ("DKW Junior LLC," TIN: 34-1922749), which is a disregarded entity under Treas. Reg. § 301.7701-3(b)(1)(ii). DKW Junior LLC is a member of Stobie Creek Investments, LLC ("Stobie Creek," TIN: 13-4106264). This payment is being remitted for the purpose of allowing the Taxpayer to file a petition for readjustment of the partnership items of Stobie Creek as adjusted by the Notice of Final Partnership Administrative Adjustment dated February 23, 2007 with respect to Stobie Creek's taxable year ending April 30, 2000 (the "FPAA").

The possible deficiencies are connected to various determinations asserted by the IRS in the FPAA. These determinations include without limitation that the partnership, Stobie Creek, should be disregarded and, that Stobie Creek's basis adjustment under IRC § 743(b) had no effect. The Taxpayer's reasonable basis for his position is that Stobie Creek was formed for bona fide business purposes and all transactions carried out by Stobie Creek and its partners were

SCHIFF HARDIN LLP

Internal Revenue Service
July 10, 2007
Page 2

for valid business purposes. The complaint that the taxpayer is filing in the United States Court of Federal Claims for readjustment of the partnership items in response to the FPAA sets forth a detailed description regarding the dispute and the Taxpayer's reasonable basis for this position.

Under IRC § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service (the "IRS") the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the FPAA. Mr. and Mrs. David K. Welles, Jr. have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $65,238.00 over amounts previously deposited by Mr. and Mrs. Welles and that interest thereon through the date hereof would equal $30,266.49. Although Mr. and Mrs. David K. Welles, Jr. are not the plaintiffs in the United States Court of Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 2005-18 in order to terminate the running of interest on any tax liability that may be assessed against them

Please date stamp the enclosed copy of this letter and provide us with a receipt or other acknowledgment of this deposit. Please contact me at (312) 258-5755 if you have any questions.

Very truly yours,

Robert E. Kolek

Robert E. Kolek

Enclosures
cc: David K. Welles, Jr.

CHI\ 5083983.1

NORTHERN
FUNDS

P.O. Box 75986
Chicago, IL 60675-5986

VOID VOID VOID

Check Number: 000003785

Date: 07/03/07

$****95,504.49

NINETY-FIVE THOUSAND FIVE HUNDRED FOUR AND 49/100 DOLLARS**

US TREASURY
FAO DAVID K WELLES JR/SSN 298448124
C/O ROBERT E KOLEK ESQ
SCHIFF HARDIN
6600 SEARS TOWER
CHICAGO IL 60606-6473

OFFICIAL CHECK

Lloyd A. Wennlund

Authorized Signature

⑈003785⑈ ⑆071000152⑆ 003273172O⑈

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604

JUL 11 2007

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
27407

SCHIFFHARDIN LLP

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312-258-5755
rkolek@schiffhardin.com

July 10, 2007

**VIA MESSENGER**

Internal Revenue Service
230 S. Dearborn Street
Chicago, Illinois 60604

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604
JUL 10 2007
RECEIVED
WITH REMITTANCE
27407

Re: Stobie Creek Investments, LLC
TIN: 13-4106264
IRC § 6226(e) Deposit on behalf of Jeffrey F. and Maud Welles
SSNs: 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 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
Tax year 2000

Dear Sir/Madam:

Enclosed on behalf of the above-referenced taxpayers is a deposit in the amount of $58,149.14 made pursuant to Sections 6226(e)(1) and 6603 of the Internal Revenue Code of 1986, as amended (the "IRC"), and Rev. Proc. 2005-18, 2005-13 IRB 798. Consistent with the provisions of Section 4 of Rev. Proc. 2005-18, the taxpayers designate this remittance as a deposit with respect to income tax for the year 2000 in the amount of $58,149.14. This amount is a disputable tax ($39,721.00) and interest ($18,425.14) thereon. The disputable tax is the deficiency that would result if the Untied States government would prevail in the following contested matter.

Mr. Jeffrey F. Welles (the "Taxpayer") is the sole member of JFW Investments, LLC ("JFW LLC," TIN: 31-1706252), which is a disregarded entity under Treas. Reg. § 301.7701-3(b)(1)(ii). JFW LLC is a member and the Tax Matter Partner within the meaning of IRC § 6231(a)(7) of Stobie Creek Investments, LLC ("Stobie Creek," TIN: 13-4106264). This payment is being remitted for the purpose of allowing the Taxpayer to file a petition for readjustment of the partnership items of Stobie Creek as adjusted by the Notice of Final Partnership Administrative Adjustment dated February 23, 2007 with respect to Stobie Creek's taxable year ending April 30, 2000 (the "FPAA").

The possible deficiencies are connected to various determinations asserted by the IRS in the FPAA. These determinations include without limitation that the partnership, Stobie Creek, should be disregarded and, that Stobie Creek's basis adjustment under IRC § 743(b) had no effect. The Taxpayer's reasonable basis for his position is that Stobie Creek was formed for

SCHIFF HARDIN LLP



bona fide business purposes and all transactions carried out by Stobie Creek and its partners were for valid business purposes. The complaint that the taxpayer is filing in the United States Court of Federal Claims for readjustment of the partnership items in response to the FPAA sets forth a detailed description regarding the dispute and the Taxpayer's reasonable basis for this position.

Under IRC § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service (the "IRS") the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the FPAA. Mr. and Mrs. Jeffrey F. Welles have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $39,721.00 over amounts previously deposited by Mr. and Mrs. Welles and that interest thereon through the date hereof would equal $18,428.14.

Please date stamp the enclosed copy of this letter and provide us with a receipt or other acknowledgment of this deposit. Please contact me at (312) 258-5755 if you have any questions.

Very truly yours,

Robert E. Kolek

Enclosures
cc: Jeffrey F. Welles

CHI\5081152.4

ITERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604

JUL 1 0 2007

ROOF OF DELIVERY ONLY
IIS IS NOT AN OFFICIAL RECEIPT
27407

NORTHERN
FUNDS

P.O. Box 75986
Chicago, IL 60675-5986

VOID VOID VOID

Check Number: 000003784

Date: 07/03/07

$*****58,149.14

FIFTY-EIGHT THOUSAND ONE HUNDRED FORTY-NINE AND 14/100 DOLLARS**

OFFICIAL CHECK

US TREASURY
FAO JEFFREY F WELLES/SSN 298447669
C/O ROBERT E KOLEK ESQ
SCHIFF HARDIN
6600 SEARS TOWER
CHICAGO IL 60606-6473

Lloyd A. Wennlund
Authorized Signature

⑈003784⑈ ⑆071000152⑆ 003273172O⑈

SCHIFFHARDIN LLP

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312-258-5755
rkolek@schiffhardin.com

July 10, 2007

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604
JUL 11 2007
RECEIVED
WITH REMITTANCE
27407

**VIA MESSENGER**

Internal Revenue Service
230 S. Dearborn Street
Chicago, Illinois 60604

Re: Stobie Creek Investments, LLC
TIN: 13-4106264
IRC § 6226(e) Deposit on behalf of Peter C. Welles
SSN: 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
Tax year 2000

Dear Sir/Madam:

Enclosed on behalf of the above-referenced taxpayers is a deposit in the amount of $59,594.05 made pursuant to Sections 6226(e)(1) and 6603 of the Internal Revenue Code of 1986, as amended (the "IRC"), and Rev. Proc. 2005-18, 2005-13 IRB 798. Consistent with the provisions of Section 4 of Rev. Proc. 2005-18, the taxpayers designate this remittance as a deposit with respect to income tax for the year 2000 in the amount of $59,594.05. This amount is a disputable tax ($40,708.00) and interest ($18,886.05) thereon. The disputable tax is the deficiency that would result if the Untied States government would prevail in the following contested matter.

Mr. Peter C. Welles (the "Taxpayer") is the sole member of PCW Investments, LLC ("PCW LLC," TIN: 31-1706260), which is a disregarded entity under Treas. Reg. § 301.7701-3(b)(1)(ii). PCW LLC is a member of Stobie Creek Investments, LLC ("Stobie Creek," TIN: 13-4106264). This payment is being remitted for the purpose of allowing the Taxpayer to file a petition for readjustment of the partnership items of Stobie Creek as adjusted by the Notice of Final Partnership Administrative Adjustment dated February 23, 2007 with respect to Stobie Creek's taxable year ending April 30, 2000 (the "FPAA").

The possible deficiencies are connected to various determinations asserted by the IRS in the FPAA. These determinations include without limitation that the partnership, Stobie Creek, should be disregarded and, that Stobie Creek's basis adjustment under IRC § 743(b) had no effect. The Taxpayer's reasonable basis for his position is that Stobie Creek was formed for bona fide business purposes and all transactions carried out by Stobie Creek and its partners were

SCHIFFHARDIN LLP



for valid business purposes. The complaint that the taxpayer is filing in the United States Court of Federal Claims for readjustment of the partnership items in response to the FPAA sets forth a detailed description regarding the dispute and the Taxpayer's reasonable basis for this position.

Under IRC § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service (the "IRS") the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the FPAA. Mr. Peter C. Welles have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $40,708.00 over amounts previously deposited by Mr. and Mrs. Welles and that interest thereon through the date hereof would equal $18,886.05. Although Mr. Peter C. Welles is not the plaintiff in the United States Court of Federal Claims Complaint, he is making this deposit pursuant to Rev. Proc. 2005-18 in order to terminate the running of interest on any tax liability that may be assessed against him.

Please date stamp the enclosed copy of this letter and provide us with a receipt or other acknowledgment of this deposit. Please contact me at (312) 258-5755 if you have any questions.

Very truly yours,

Robert E. Kolek

Robert E. Kolek

Enclosures
cc: Peter C. Welles

CHI\5083986.1

**NORTHERN FUNDS**

P.O. Box 75986
Chicago, IL 60675-5986

VOID VOID

Check Number: 000003786

Date: 07/02/07

$****59,594.05

FIFTY-NINE THOUSAND FIVE HUNDRED NINETY-FOUR AND 05/100 DOLLARS**

THE
ER OF

US TREASURY
FAO PETER C WELLES/SSN 298447670
C/O ROBERT E KOLEK ESQ
SCHIFF HARDIN
6600 SEARS TOWER
CHICAGO IL 60606-6473

**OFFICIAL CHECK**

Lloyd A. Wennlund

Authorized Signature

⑈003786⑈ ⑆071000152⑆ 003273172O⑈

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604

JUL 11 2007

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
27407

PLAINTIFFS 009927

SCHIFF HARDIN LLP

6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312-258-5755
rkolek@schiffhardin.com

July 10, 2007

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604
JUL 11 2007
RECEIVED
WITH REMITTANCE
27407

**VIA MESSENGER**

Internal Revenue Service
230 S. Dearborn Street
Chicago, Illinois 60604

Re: Stobie Creek Investments, LLC
TIN: 13-4106264
IRC § 6226(e) Deposit on behalf of Roger Jordan and Virginia Jordan
SSNs: 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 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
Tax year 2000

Dear Sir/Madam:

Enclosed on behalf of the above-referenced taxpayers is a deposit in the amount of $52,977.02 made pursuant to Sections 6226(e)(1) and 6603 of the Internal Revenue Code of 1986, as amended (the "IRC"), and Rev. Proc. 2005-18, 2005-13 IRB 798. Consistent with the provisions of Section 4 of Rev. Proc. 2005-18, the taxpayers designate this remittance as a deposit with respect to income tax for the year 2000 in the amount of $52,977.02. This amount is a disputable tax ($36,188.00) and interest ($16,789.02) thereon. The disputable tax is the deficiency that would result if the Untied States government would prevail in the following contested matter.

Mrs. Virginia W. Jordan (the "Taxpayer") is the sole member of VJ Investments, LLC ("VJ LLC," TIN: 34-1923500), which is a disregarded entity under Treas. Reg. § 301.7701-3(b)(1)(ii). VJ LLC is a member of Stobie Creek Investments, LLC ("Stobie Creek," TIN: 13-4106264). This payment is being remitted for the purpose of allowing the Taxpayer to file a petition for readjustment of the partnership items of Stobie Creek as adjusted by the Notice of Final Partnership Administrative Adjustment dated February 23, 2007 with respect to Stobie Creek's taxable year ending April 30, 2000 (the "FPAA").

The possible deficiencies are connected to various determinations asserted by the IRS in the FPAA. These determinations include without limitation that the partnership, Stobie Creek, should be disregarded and, that Stobie Creek's basis adjustment under IRC § 743(b) had no effect. The Taxpayer's reasonable basis for her position is that Stobie Creek was formed for bona fide business purposes and all transactions carried out by Stobie Creek and its partners were

SCHIFF HARDIN LLP

Internal Revenue Service
July 10, 2007
Page 2

for valid business purposes. The complaint that the taxpayer is filing in the United States Court of Federal Claims for readjustment of the partnership items in response to the FPAA sets forth a detailed description regarding the dispute and the Taxpayer's reasonable basis for this position.

Under IRC § 6226(e)(1), the partner that files such an action is required to deposit with the Internal Revenue Service (the "IRS") the amount by which the tax liability of the partner would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items on the partnership return, as adjusted by the FPAA. Mr. and Mrs. Roger Jordan have determined that the adjustments proposed by the FPAA would increase their tax liability for the year in question by $36,188.00 over amounts previously deposited by Mr. and Mrs. Jordan and that interest thereon through the date hereof would equal $16,789.02. Although Mr. and Mrs. Roger Jordan are not the plaintiffs in the United States Court of Federal Claims Complaint, they are making this deposit pursuant to Rev. Proc. 2005-18 in order to terminate the running of interest on any tax liability that may be assessed against them.

Please date stamp the enclosed copy of this letter and provide us with a receipt or other acknowledgment of this deposit. Please contact me at (312) 258-5755 if you have any questions.

Very truly yours,

Robert E. Kolek

Robert E. Kolek

Enclosures
cc: Virginia W. Jordan

CHI1\5083989.1

THE ATTACHED CHECK IS IN PAYMENT OF ITEM DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US IMMEDIATELY

| | | ACCOUNT NUMBER |
|---|---|---|
| 07/09/07 | $52,977.02<br><br>PAID AS AUTHORIZED TO:<br>US TREASURY<br>8277 N 39TH ST<br>LONGMONT CO 80503 | IW |
| IW08 | CHECK NUMBER 0574063 | |

Institutional Service Group
P. O. Box 52013 Phoenix, Arizona 85072

REMOVE DOCUMENT BELOW THIS PERFORATION

P. O. Box 52013
Phoenix, Arizona 85072

CharlesSchwab

Bank of America
Commercial Disbursement Account
Northbrook, IL

70-2326/0719

Check: 05 74063

Date: JULY 09, 2007

$ *******52,977.02***

PAY ***FIFTY-TWO THOUSAND NINE HUNDRED SEVENTY-SEVEN DOLLARS TWO CENTS***

TO THE ORDER OF US TREASURY
8277 N 39TH ST
LONGMONT CO 80503

VOID VOID

CHECK VOID AFTER 180 DAYS
Only one signature required for checks less than $5,000

⑈0574063⑈ ⑆071923284⑆ 87650⑉04269⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHICAGO, IL 60604
JUL 11 2007
PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
27407

P. O. Box 52013
Phoenix, Arizona 85072
Personal and Confidential

US TREASURY
8277 N 39TH ST
LONGMONT CO 80503