# EXHIBIT C

80503 IRS USE ONLY SB W 29247-703-10020-7 C 0 200745 CP 221

Department of the Treasury
Internal Revenue Service
P.O. Box 9003
Holtsville, NY 11742-9003

For assistance, call:
1-800-829-8374
**Your Caller ID:** 483415

**Notice Number:** CP22E
**Date:** November 19, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2001

014730.444893.0067.002 2 AB 0.466 1020

ROGER T & VIRGINIA S JORDAN
8277 N 39TH ST
LONGMONT CO 80503-8841779

014730

| **Amount You Owe as of December 4, 2007** |
|---|
| **$108,362.99** |

## We Changed Your Account

**29247-469-60130-3**

*We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.*

## Why You Received This Notice

We changed your 2001 federal income tax return because of your recent audit. Please see your copy of the report for a detailed explanation. As a result of the audit you owe an additional amount.

## How We Changed Your Account

We changed your account as follows:

| | |
|---|---|
| **Account balance before the audit** | **None** |
| Increase in tax because of audit | $55,503.00 |
| Interest charged | $30,658.79 |
| **Amount you now owe** | **$108,362.99** |

### How This Affects You

Please pay the full amount by December 4, 2007 to avoid additional penalty and interest. When making your payment:

- Make your check or money order payable to the **United States Treasury**
- Write the Social Security number and tax year shown at the top of this notice on the check or money order
- Use the payment coupon included with this notice

If you cannot pay the balance in full, contact an IRS representative at 1-800-829-8374 to discuss payment options. If you've recently contacted us to include this amount in an installment agreement or have already paid it in full, disregard this payment request.

## Other Actions You May Wish To Take

If you do not agree with the changes to your account or if you have questions about this notice, you may call 1-800-829-8374.

Retain a copy of this notice with your federal tax records.

For tax forms, instructions and information visit **www.irs.gov**. Access to this site will not provide you with any taxpayer account information.

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Penalties:

**40 Overstatement, Understatement, or Accuracy-Related Penalty $22,201.20**

For returns due before January 1, 1990, this penalty is one or more of the following: Valuation Overstatement, Valuation Understatement, or Substantial Understatement. For returns due after December 31, 1989, the accuracy-related penalty has been added. Refer to our Examining Officer's report for an explanation of the penalty.

*(Internal Revenue Code section 6662)*

### Interest:

**09 Interest**

We charged interest because you did not pay your tax on time. We multiplied the factor times the principal. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full. The interest rate is variable and may change quarterly. We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

CP: 22

Brookhaven Service Center 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 Tax Period: December 31, 2001

The table below shows how we figured your interest. It may include amounts charged before the Adjustment. We multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/2002 | 06/30/2002 | 76 | 6.0% | 0.012570476 | 55503.00 | 697.70 |
| 06/30/2002 | 10/15/2002 | 107 | 6.0% | 0.017743168 | 56200.70 | 997.18 |
| 10/15/2002 | 12/31/2002 | 77 | 6.0% | 0.012736926 | 79399.08 | 1011.30 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 80410.38 | 2018.52 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 82428.90 | 1045.33 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 83474.23 | 845.81 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994436 | 84320.04 | 842.73 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 85162.77 | 1065.25 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 86228.02 | 871.32 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 87099.34 | 1101.52 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 88200.86 | 1094.06 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 89294.92 | 2726.77 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 92021.69 | 1637.87 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 93659.56 | 3307.90 |
| 06/30/2006 | 12/31/2006 | 184 | 8.0% | 0.041148414 | 96967.46 | 3990.06 |
| 12/31/2006 | 06/30/2007 | 181 | 8.0% | 0.040464123 | 100957.52 | 4085.16 |
| 06/30/2007 | 11/19/2007 | 142 | 8.0% | 0.031609163 | 105042.68 | 3320.31 |
| | | | | | Total Interest: | 30658.79 |

* Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

80503 IRS USE ONLY SB W C 0

Department of the Treasury
Internal Revenue Service
P.O. Box 9002
Holtsville, NY 11742-9002

For assistance, call:
1-800-829-8374
**Your Caller ID:** 483415

**Notice Number:** CP22E
**Date:** November 19, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2000

014731.444893.0067.002 2 AB 0.466 1020

ROGER T & VIRGINIA S JORDAN
8277 N 39TH ST
LONGMONT CO 80503-8841779

14731

| Amount You Owe as of December 4, 2007 |
|---|
| $2,291,098.61 |

We Changed Your Account

29247-527-60061-2

*We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.*

## Why You Received This Notice

We changed your 2000 federal income tax return because of your recent audit. Please see your copy of the report for a detailed explanation. As a result of the audit you owe an additional amount.

## How We Changed Your Account

We changed your account as follows:

| | |
|---|---|
| **Account balance before the audit** | **$4,201,877.46 CR** |
| Increase in tax because of audit | $3,505,847.00 |
| Interest charged | $1,584,790.27 |
| **Amount you now owe** | **$2,291,098.61** |

### How This Affects You

The amount you owe includes interest.

Please pay the full amount by December 4, 2007 to avoid additional penalty and interest. When making your payment:

- Make your check or money order payable to the **United States Treasury**
- Write the Social Security number and tax year shown at the top of this notice on the check or money order
- Use the payment coupon included with this notice

If you cannot pay the balance in full, contact an IRS representative at 1-800-829-8374 to discuss payment options. If you've recently contacted us to include this amount in an installment agreement or have already paid it in full, disregard this payment request.

**Other Actions You May Wish To Take**

If you do not agree with the changes to your account or if you have questions about this notice, you may call 1-800-829-8374.

Retain a copy of this notice with your federal tax records.

For tax forms, instructions and information visit **www.irs.gov**. Access to this site will not provide you with any taxpayer account information

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Penalties:

**40 Overstatement, Understatement, or Accuracy-Related Penalty $1,402,338.80**

For returns due before January 1, 1990, this penalty is one or more of the following: Valuation Overstatement, Valuation Understatement, or Substantial Understatement. For returns due after December 31, 1989, the accuracy-related penalty has been added. Refer to our Examining Officer's report for an explanation of the penalty.

*(Internal Revenue Code section 6662)*

### Interest:

**09 Interest**

We charged interest because you did not pay your tax on time. We multiplied the factor times the principal. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full. The interest rate is variable and may change quarterly. We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

Brookhaven Service Center 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 Tax Period: December 31, 2000

The table below shows how we figured your interest. It may include amounts charged before the Adjustment. We multiplied the factor times the principal.

14731

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/2001 | 06/30/2001 | 76 | 8.0% | 0.016795189 | 3205616.00 | 53838.93 |
| 06/30/2001 | 10/15/2001 | 107 | 7.0% | 0.020730534 | 3259454.93 | 67570.24 |
| 10/15/2001 | 11/19/2001 | 35 | 7.0% | 0.006734259 | 4729363.97 | 31848.76 |
| 11/19/2001 | 11/26/2001 | 7 | 7.0% | 0.001343238 | 5061443.73 | 6798.73 |
| 11/26/2001 | 12/31/2001 | 35 | 7.0% | 0.006734259 | 5068242.46 | 34130.86 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 5102373.32 | 154081.27 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 5256454.59 | 161405.16 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 5417859.75 | 136003.02 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 5553862.77 | 70431.95 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 5624294.72 | 56988.90 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 5681283.62 | 56781.17 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 5738064.79 | 71774.18 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 5809838.97 | 58707.31 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 5868546.28 | 74218.04 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 5942764.32 | 73715.38 |
| 03/31/2005 | 07/11/2005 | 102 | 6.0% | 0.016907079 | 6016479.70 | 101721.10 |
| 07/11/2005 | 09/30/2005 | 81 | 6.0% | 0.013403000 | 1945592.34 | 26076.77 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 1971669.11 | 35093.12 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 2006762.23 | 70875.61 |
| 06/30/2006 | 12/31/2006 | 184 | 8.0% | 0.041148414 | 2077637.84 | 85491.50 |
| 12/31/2006 | 04/15/2007 | 105 | 8.0% | 0.023277977 | 2163129.34 | 50353.27 |
| 04/15/2007 | 06/30/2007 | 76 | 8.0% | 0.016795189 | 2184213.61 | 36684.28 |
| 06/30/2007 | 11/19/2007 | 142 | 8.0% | 0.031609163 | 2220897.89 | 70200.72 |
| | | | | Total Interest: | | 1584790.27 |

* Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe

80503 IRS USE ONLY SB W 89221-297-14102-7 200745 CP: 49
0 0

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0025

For assistance, call:
1-800-829-8374
**Your Caller ID:** 483415

**Notice Number:** CP49
**Date:** November 19, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2006

074575.442553.0360.009 1 AB 0.341 695

ROGER T & VIRGINIA S JORDAN
8277 N 39TH ST
LONGMONT CO 80503-8841779

074575

## Overpaid Tax Applied to Other Taxes You Owe

We applied $29,269.00 of the overpaid tax on your 2006 tax return to the unpaid balance of other federal taxes which our records show you owe.

Since we applied all of your overpayment to pay other taxes you owed, we can't apply the amount you requested to your 2007 Estimated Tax. Therefore, you may need to adjust your Estimated Tax payments to avoid a penalty for underpayment.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $29,269.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $29,269.00 |
| Total Amount Applied | $29,269.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2000 | $29,269.00 | $2,291,098.61 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

You only have two years to file your claim. The two-year clock starts running from the first time we collect on this debt. Taking your refund and using it to pay back taxes is an example of an effort to collect.

If we took your refund to pay for your current or former spouse's past due debt, such as child support, a student loan, or taxes your spouse owes separately or with a previous spouse, do not respond by filing an innocent spouse claim. Instead, please use Form 8379, *Injured Spouse Claim and Allocation*, to get your money back

Note -- Using your refund from this year's income tax return may not be the first act to collect that we've taken. You only have two years from the date of our **first** effort to collect. An earlier act, such as our issuing a notice telling you of your right to a collection due-process hearing and our intent to levy, may have already started the clock running.

Our *Publication 971, Innocent Spouse Relief*, has specific details on eligibility requirements and on how to request this sort of relief. You can get it at our web site www.irs.gov or by calling 1-800-829-8374 to order it.

B060054

43551 IRS USE ONLY SB U

09221-295-76547-7 200746 CP: 49
0 0

Department of the Treasury
**Internal Revenue Service**
Cincinnati, OH 45999-0025

For assistance, call:
1-800-829-8374
**Your Caller ID:** 099172

**Notice Number:** CP49
**Date:** November 26, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2006

DAVID K WELLES
112 ROCKLEDGE
PERRYSBURG OH 43551

000247

For account of: DAVID K & HOPE F WELLES

Overpaid Tax Applied to Other Taxes You Owe

We applied $534,147.00 of the overpaid tax on your 2006 tax return to the unpaid balance of other federal taxes which our records show you owe.

Since we applied all of your overpayment to pay other taxes you owed, we can't apply the amount you requested to your 2007 Estimated Tax. Therefore, you may need to adjust your Estimated Tax payments to avoid a penalty for underpayment.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $534,147.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $534,147.00 |
| Total Amount Applied | $534,147.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2000 | $534,147.00 | $2,239,412.48 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

You only have two years to file your claim. The two-year clock starts running from the first time we collect on this debt. Taking your refund and using it to pay back taxes is an example of an effort to collect.

If we took your refund to pay for your current or former spouse's past due debt, such as child support, a student loan, or taxes your spouse owes separately or with a previous spouse, do not respond by filing an innocent spouse claim. Instead, please use Form 8379, *Injured Spouse Claim and Allocation,* to get your money back

**Note** -- Using your refund from this year's income tax return may not be the first act to collect that we've taken. You only have two years from the date of our **first** effort to collect. An earlier act, such as our issuing a notice telling you of your right to a collection due-process hearing and our intent to levy, may have already started the clock running.

Our *Publication 971, Innocent Spouse Relief,* has specific details on eligibility requirements and on how to request this sort of relief. You can get it at our web site www.irs.gov or by calling 1-800-829-8374 to order it.

D000054

43551 IRS USE ONLY SB U 09221-295-76547-7 200746 CP: 49
0 S

Department of the Treasury
**Internal Revenue Service**
Cincinnati, OH 45999-0025

For assistance, call:
1-800-829-8374

**Notice Number:** CP49
**Date:** November 26, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2006

HOPE F WELLES
112 ROCKLEDGE
PERRYSBURG OH 43551

000246

For account of: DAVID K & HOPE F WELLES

Overpaid Tax Applied to Other Taxes You Owe

We applied $534,147.00 of the overpaid tax on your 2006 tax return to the unpaid balance of other federal taxes which our records show you owe.

Since we applied all of your overpayment to pay other taxes you owed, we can't apply the amount you requested to your 2007 Estimated Tax. Therefore, you may need to adjust your Estimated Tax payments to avoid a penalty for underpayment.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $534,147.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $534,147.00 |
| Total Amount Applied | $534,147.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2000 | $534,147.00 | $2,239,412.48 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

You only have two years to file your claim. The two-year clock starts running from the first time we collect on this debt. Taking your refund and using it to pay back taxes is an example of an effort to collect.

If we took your refund to pay for your current or former spouse's past due debt, such as child support, a student loan, or taxes your spouse owes separately or with a previous spouse, do not respond by filing an innocent spouse claim. Instead, please use Form 8379, *Injured Spouse Claim and Allocation,* to get your money back

**Note** -- Using your refund from this year's income tax return may not be the first act to collect that we've taken. You only have two years from the date of our **first** effort to collect. An earlier act, such as our issuing a notice telling you of your right to a collection due-process hearing and our intent to levy, may have already started the clock running.

Our *Publication 971, Innocent Spouse Relief,* has specific details on eligibility requirements and on how to request this sort of relief. You can get it at our web site www.irs.gov or by calling 1-800-829-8374 to order it.

B063137 32963 IRS USE ONLY SB W 07221-297-81808-7 200746 CP: 49
0 0

Department of the Treasury
Internal Revenue Service
P.O. Box 16226
Philadelphia, PA 19114-0226

For assistance, call:
1-800-829-8374
**Your Caller ID:** 492789

**Notice Number:** CP49
**Date:** November 26, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2006

126754.391638.0547.013 1 AT 0.334 694

DAVID K WELLES
10611 CHARLESTON DR
VERO BEACH FL 32963-4752117

126754

For account of: DAVID K & GEORGIA E WELLES

Overpaid Tax Applied to Other Taxes You Owe

We applied $1,438,898.00 of the overpaid tax on your 2006 tax return to the unpaid balance of other federal taxes which our records show you owe.

Since we applied all of your overpayment to pay other taxes you owed, we can't apply the amount you requested to your 2007 Estimated Tax. Therefore, you may need to adjust your Estimated Tax payments to avoid a penalty for underpayment.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $1,438,898.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $1,438,898.00 |
| Total Amount Applied | $1,438,898.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2000 | $1,438,898.00 | $7,753,812.95 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

You only have two years to file your claim. The two-year clock starts running from the first time we collect on this debt. Taking your refund and using it to pay back taxes is an example of an effort to collect.

If we took your refund to pay for your current or former spouse's past due debt, such as child support, a student loan, or taxes your spouse owes separately or with a previous spouse, do not respond by filing an innocent spouse claim. Instead, please use Form 8379, *Injured Spouse Claim and Allocation,* to get your money back

**Note** -- Using your refund from this year's income tax return may not be the first act to collect that we've taken. You only have two years from the date of our **first** effort to collect. An earlier act, such as our issuing a notice telling you of your right to a collection due-process hearing and our intent to levy, may have already started the clock running.

Our *Publication 971, Innocent Spouse Relief,* has specific details on eligibility requirements and on how to request this sort of relief. You can get it at our web site www.irs.gov or by calling 1-800-829-8374 to order it.

Philadelphia Service Center 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 Tax Period: December 31, 2006

126754

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: ( )_____-__________

Best Time to Call: _____AM_____PM

☐ **Correspondence enclosed:**

- Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence

SB 200746 07221-297-81808-7

49 Internal Revenue Service
P.O. Box 16226
Philadelphia, PA 19114-0226

DAVID K WELLES
10611 CHARLESTON DR
VERO BEACH FL 32963-4752117

342205280 XF WELL 30 0 200012 670 00775381295

13003137 32963 IRS USE ONLY SB W 07221-297-81808-7 200740 CP: 49
0 S

Department of the Treasury
Internal Revenue Service
P.O. Box 16226
Philadelphia, PA 19114-0226

For assistance, call:
1-800-829-8374

**Notice Number:** CP49
**Date:** November 26, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2006

126753.391638.0547.013 1 AT 0.334 694

GEORGIA E WELLES
10611 CHARLESTON DR
VERO BEACH FL 32963-4752117

126753

For account of: DAVID K & GEORGIA E WELLES

## Overpaid Tax Applied to Other Taxes You Owe

We applied $1,438,898.00 of the overpaid tax on your 2006 tax return to the unpaid balance of other federal taxes which our records show you owe.

Since we applied all of your overpayment to pay other taxes you owed, we can't apply the amount you requested to your 2007 Estimated Tax. Therefore, you may need to adjust your Estimated Tax payments to avoid a penalty for underpayment.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $1,438,898.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $1,438,898.00 |
| Total Amount Applied | $1,438,898.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2000 | $1,438,898.00 | $7,753,812.95 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

You only have two years to file your claim. The two-year clock starts running from the first time we collect on this debt. Taking your refund and using it to pay back taxes is an example of an effort to collect.

If we took your refund to pay for your current or former spouse's past due debt, such as child support, a student loan, or taxes your spouse owes separately or with a previous spouse, do not respond by filing an innocent spouse claim. Instead, please use Form 8379, *Injured Spouse Claim and Allocation,* to get your money back

**Note** -- Using your refund from this year's income tax return may not be the first act to collect that we've taken. You only have two years from the date of our **first** effort to collect. An earlier act, such as our issuing a notice telling you of your right to a collection due-process hearing and our intent to levy, may have already started the clock running.

Our *Publication 971, Innocent Spouse Relief,* has specific details on eligibility requirements and on how to request this sort of relief. You can get it at our web site www.irs.gov or by calling 1-800-829-8374 to order it.

15003137 CP: 49

Philadelphia Service Center 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 Tax Period: December 31, 2006

126753

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: ( ) ____-________ Best Time to Call: ____AM____PM

☐ **Correspondence enclosed:**

- Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence

SB 200746 07221-297-81808-7

49 Internal Revenue Service
P.O. Box 16226
Philadelphia, PA 19114-0226

GEORGIA E WELLES
10611 CHARLESTON DR
VERO BEACH FL 32963-4752117

342205280 XF WELL 30 0 200012 670 00775381295

Form 1040 (2006) David K and Georgia E Welles 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 Page 2

## Tax and Credits

| | | | | |
|---|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | | 38 | 12,156,529 |
| 39a | Check if: [X] You were born before January 2, 1942, [ ] Blind. [X] Spouse was born before January 2, 1942, [ ] Blind. Total boxes checked ▶ 39a 2 | | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b [ ] | | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 3,272,166 |
| 41 | Subtract line 40 from line 38 | | 41 | 8,884,363 |
| 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | | 42 | 2,200 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 8,882,163 |
| 44 | Tax (see page 36). Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 | | 44 | 1,326,194 |
| 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | 45 | 392,934 |
| 46 | Add lines 44 and 45 ▶ | | 46 | 1,719,128 |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47: 101,799 | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| 50 | Education credits. Attach Form 8863 | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | | |
| 54 | Credits from: a [ ] Form 8396 b [ ] Form 8839 c [ ] Form 8859 | 54 | | |
| 55 | Other credits: a [ ] Form 3800 b [ ] Form 8801 c [ ] Form | 55 | | |
| 56 | Add lines 47 through 55. These are your total credits | | 56 | 101,799 |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | | 57 | 1,617,329 |

Standard Deduction for—
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34.
- All others: Single or Married filing separately, $5,150; Married filing jointly or Qualifying widow(er), $10,300; Head of household, $7,550

## Other Taxes

| | | | | |
|---|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | 61 | |
| 62 | Household employment taxes. Attach Schedule H | | 62 | 37,880 |
| 63 | Add lines 57 through 62. This is your total tax ▶ | | 63 | 1,655,209 |

## Payments

| | | | | |
|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64: 137 | | |
| 65 | 2006 estimated tax payments and amount applied from 2005 return | 65: 1,193,930 | | |
| 66a | Earned income credit (EIC) | 66a | | |
| b | Nontaxable combat pay election ▶ 66b | | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| 69 | Amount paid with request for extension to file (see page 60) | 69: 1,900,000 | | |
| 70 | Payments from: a [ ] Form 2439 b [ ] Form 4136 c [ ] Form 8885 | 70 | | |
| 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71: 40 | | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | | 72 | 3,094,107 |

If you have a qualifying child, attach Schedule EIC.

## Refund

| | | | | |
|---|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | | 73 | 1,438,898 |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | | 74a | 978,898 |
| ▶ b | Routing number 071000152 ▶ c Type: [X] Checking [ ] Savings | | | |
| ▶ d | Account number 6110347518 | | | |
| 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ | 75: 460,000 | | |

Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888.

## Amount You Owe

| | | | | |
|---|---|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | | 76 | 0 |
| 77 | Estimated tax penalty (see page 62) | 77 | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 63)? [X] Yes. Complete the following. [ ] No

Designee's name ▶ Preparer Phone no. ▶ 419-537-9442 Personal identification number (PIN) ▶

## Sign Here

Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: Retired | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation: Homemaker

## Paid Preparer's Use Only

Preparer's signature ▶ [signature] Date 10/5/2007 Check if self-employed [X] Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed), address, and ZIP code ▶ Robert J. Floyd, CPA, 2650 N. Reynolds, Suite 2, Toledo, State OH, ZIP code 43615-2085

EIN 34-1590010 Phone no. 419-537-9442

B049124

10128 IRS USE ONLY SB W

08221-300-42503-7 200746 CP: 49
0 0

Department of the Treasury
**Internal Revenue Service**
P.O. Box 9019
Holtsville, NY 11742-9019

For assistance, call:
1-800-829-8374
**Your Caller ID:** 025072

**Notice Number:** CP49
**Date:** November 26, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2006

005016.391635.0025.001 1 AV 0.312 694

JEFFREY F WELLS
1220 PARK AVE
NEW YORK NY 10128-1733202

005016

For account of: JEFFREY F & MAUD I WELLS

## Overpaid Tax Applied to Other Taxes You Owe

We applied $538,797.00 of the overpaid tax on your 2006 tax return to the unpaid balance of other federal taxes which our records show you owe.

Since we applied all of your overpayment to pay other taxes you owed, we can't apply the amount you requested to your 2007 Estimated Tax. Therefore, you may need to adjust your Estimated Tax payments to avoid a penalty for underpayment.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $538,797.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $538,797.00 |
| Total Amount Applied | $538,797.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2000 | $538,797.00 | $1,613,484.45 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

CP: 49

Brookhaven Service Center 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 Tax Period: December 31, 2006

005016

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: ( )_____-__________

Best Time to Call: _____AM_____PM

☐ **Correspondence enclosed:**

- Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence

SB 200746 08221-300-42503-7

49 Internal Revenue Service
P.O. Box 9019
Holtsville, NY 11742-9019

JEFFREY F WELLS
1220 PARK AVE
NEW YORK NY 10128-1733202

298447669 AD WELL 30 0 200012 670 00161348445

B049124

10128 IRS USE ONLY SB W

08221-300-42503-7 200746 CP: 49
0 S

For assistance, call:
1-800-829-8374

Department of the Treasury
Internal Revenue Service
P.O. Box 9019
Holtsville, NY 11742-9019

**Notice Number:** CP49
**Date:** November 26, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2006

005015.391635.0025.001 1 AV 0.312 694

MAUD I WELLS
1220 PARK AVE
NEW YORK NY 10128-1733202

005015

For account of: JEFFREY F & MAUD I WELLS

## Overpaid Tax Applied to Other Taxes You Owe

We applied $538,797.00 of the overpaid tax on your 2006 tax return to the unpaid balance of other federal taxes which our records show you owe.

Since we applied all of your overpayment to pay other taxes you owed, we can't apply the amount you requested to your 2007 Estimated Tax. Therefore, you may need to adjust your Estimated Tax payments to avoid a penalty for underpayment.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $538,797.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $538,797.00 |
| Total Amount Applied | $538,797.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2000 | $538,797.00 | $1,613,484.45 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

L049124

CP: 49

Brookhaven Service Center 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 Tax Period: December 31, 2006

005015

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: ( )_____-__________

Best Time to Call: _____AM_____PM

☐ **Correspondence enclosed:**

- Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence

SB 200746 08221-300-42503-7

49 Internal Revenue Service
P.O. Box 9019
Holtsville, NY 11742-9019

MAUD I WELLS
1220 PARK AVE
NEW YORK NY 10128-1733202

298447669 AD WELL 30 0 200012 670 00161348445

Form 1040 (2006) Jeffrey F and Maud I Welles 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 Page 2

## Tax and Credits

| Line | Description | Box | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 3,633,954 |
| 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a ☐ | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | |
| 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 3,752,488 |
| 41 | Subtract line 40 from line 38 | 41 | -118,534 |
| 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | 4,400 |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | |
| 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | 45 | 457,132 |
| 46 | Add lines 44 and 45 ▶ | 46 | 457,132 |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Residential energy credits. Attach Form 5695 | 52 | |
| 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 457,132 |

Standard Deduction for— ● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. ● All others: Single or Married filing separately, $5,150; Married filing jointly or Qualifying widow(er), $10,300; Head of household, $7,550

## Other Taxes

| Line | Description | Box | Amount |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 58 | |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 457,132 |

## Payments

| Line | Description | Box | Amount |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 172,857 |
| 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | 648,012 |
| 66a | **Earned income credit (EIC)** | 66a | |
| b | Nontaxable combat pay election ▶ 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| 69 | Amount paid with request for extension to file (see page 60) | 69 | 175,000 |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 60 |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 995,929 |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | Box | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 538,797 |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 403,797 |
| ▶ b | Routing number 071000152 ▶ c Type: [X] Checking ☐ Savings | | |
| ▶ d | Account number 6120024823 | | |
| 75 | Amount of line 73 you want **applied to your 2007 estimated tax** ▶ | 75 | 135,000 |

Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888.

## Amount You Owe

| Line | Description | Box | Amount |
|---|---|---|---|
| 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | 0 |
| 77 | Estimated tax penalty (see page 62) | 77 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 63)? [X] Yes. Complete the following. ☐ No

Designee's name ▶ PREPARER Phone no. ▶ 419-537-9442 Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

Your signature [signature] Date 10/11/07 Your occupation Executive Daytime phone number

Spouse's signature. If a joint return, both must sign. [signature] Date 10/11/07 Spouse's occupation Executive

## Paid Preparer's Use Only

Preparer's signature [signature] Date 10/7/2007 Check if self-employed [X] Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed), address, and ZIP code: Robert J. Floyd, CPA, 2650 N. Reynolds, Suite 2, Toledo State OH ZIP code 43615-2085 EIN 34-1590010 Phone no. 419-537-9442

Form 1040 (2006)