**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-748T |
| STOBIE CREEK INVESTMENTS LLC, by and through JFW INVESTMENTS LLC, Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-520 T<br>Consolidated with 05-748T<br><br>Judge Christine O.C. Miller |

**PLAINTIFFS' UNOPPOSED MOTION**
**<u>FOR LEAVE TO FILE AMENDED EXHIBIT LIST, INSTANTER</u>**

Plaintiffs, Stobie Creek Investments LLC ("Stobie Creek"), JFW Enterprises, Inc. and JFW Investments LLC, Tax Matters and Notice Partners, and Welles Asset Management, Inc., DKW Senior Enterprises, Inc., DKW Junior Enterprises, Inc., VJ Enterprises, Inc., PCW Enterprises, Inc., CSW Asset Management, Inc., DKW Senior Investments LLC, DKW Junior Investments LLC, VJ Investments LLC, PCW Investments LLC, CSW Investments LLC, and the Family trust under the David K. Welles 1994 Trust, as parties to this action (collectively the "Plaintiffs"), by and through their attorneys, move this Court for leave to an amended exhibit list to the Exhibit list filed on February 7, 2008.

Pursuant to this Court's Order, Plaintiffs' and Defendant exchanged proposed exhibit lists on January 22, 2008. The exhibits exchanged with Defendant on January 22, 2008 were properly labeled. Unfortunately, in formatting Exhibit A and Exhibit B to Plaintiffs' Exhibit List filed with the Court, formatting and typographical issues were created. Plaintiffs' counsel has contacted Defense counsel to advise them of these formatting and typographical issues. Defense counsel has no objection to this Motion.

Wherefore, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Leave to File Amended Exhibit List instanter, replacing the previously filed brief with the attached, amended brief.

Dated: February 26, 2008

Respectfully Submitted
SCHIFF HARDIN LLP

/s/Colleen M. Feeney
Attorneys for Plaintiff

Robert E. Kolek
Thomas R. Wechter
Matthew C. Crowl
Colleen M. Feeney
Ayad P. Jacob
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th of February, 2008, the undersigned counsel caused to be electronically filed *Plaintiffs' Unopposed Motion for Leave to File an Amended Exhibit List* using the CM/ECF system, which will send notification of such filing to the following named counsel of record:

Stuart D. Gibson, Esq.
Cory A. Johnson, Esq.
Trial Attorney
Tax Division
U. S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Colleen M. Feeney