**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

<table>
<tr><td>STOBIE CREEK INVESTMENTS LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.</td><td>Case No. 05-748T</td></tr>
<tr><td>STOBIE CREEK INVESTMENTS LLC, by and through JFW INVESTMENTS LLC, Tax Matters and Notice Partner,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.</td><td>Case No. 07-520 T<br>Consolidated with 05-748T<br><br>Judge Christine O.C. Miller</td></tr>
</table>

**PLAINTIFFS' AMENDED LIST OF EXHIBITS FOR TRIAL**

Plaintiffs, Stobie Creek Investments LLC ("Stobie Creek"), JFW Enterprises, Inc. and JFW Investments LLC, Tax Matters and Notice Partners, and Welles Asset Management, Inc., DKW Senior Enterprises, Inc., DKW Junior Enterprises, Inc., VJ Enterprises, Inc., PCW Enterprises, Inc., CSW Asset Management, Inc., DKW Senior Investments LLC, DKW Junior Investments LLC, VJ Investments LLC, PCW Investments LLC, CSW Investments LLC, and the Family trust under the David K. Welles 1994 Trust, as parties to this action (collectively the "Plaintiffs"), by and through their attorneys, pursuant to RCFC Appendix A, para. 16, submit the following list of exhibits that they expect to use at trial, or may use if the need arises. Plaintiffs attach hereto as Exhibit A exhibits which they expect to use at trial. Plaintiffs attach hereto as

Exhibit B exhibits which they may use at trial.

Plaintiffs also reserve the right to use any admissible exhibit listed by the Defendant in their filed exhibit list.

Dated: February 26, 2008

Respectfully Submitted
SCHIFF HARDIN LLP

/s/ Robert E. Kolek
Attorneys for Plaintiffs

Robert E. Kolek
Thomas R. Wechter
Matthew C. Crowl
Colleen M. Feeney
Ayad P. Jacob
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600