**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 1 | 7/12/05 Complaint | |
| 2 | 7/11/07 Complaint | |
| 3 | 7/11/05 David K. Welles, Sr. and Georgia Welles Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 8565-8567 |
| 4 | 7/11/05 Christopher S. Welles and Catherine Welles Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 8571-8573 |
| 5 | 7/11/05 David K. Welles, Jr. and Hope Welles Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 8568-8570 |
| 6 | 7/11/05 Jeffrey F. Welles and Maud Welles Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 8563-8564 |
| 7 | 7/11/05 Peter C. Welles Remittance Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 8574-8576 |
| 8 | 7/11/05 Roger Jordan and Virginia Jordan Remittance Deposit, stamped "Received with Remittance" | Plaintiff’s 8577-8580 |
| 9 | 7/10/07 David K. Welles, Sr. and Georgia Welles Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 9913-9915 |
| 10 | 7/10/07 Christopher S. Welles and Catherine Welles Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 9916-9918 |
| 11 | 7/10/07 David K. Welles, Jr. and Hope Welles Remittance Deposit, stamped "Received with Remittance" | Plaintiff’s 9919-9921 |
| 12 | 7/10/07 Jeffrey F. Welles and Maud Welles<br>Remittance Deposit, stamped "Received with Remittance" | Plaintiff’s 9922-9924 |
| 13 | 7/10/07 Peter C. Welles Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 9925-9927 |
| 14 | 7/10/07 Roger Jordan and Virginia Jordan Remittance Deposit, stamped “Received with Remittance” | Plaintiff’s 9928-9930 |
| 15 | David K. Welles, Sr.<br>Welles Asset Management, LLC Organizational Documents<br>1. Delaware Certificate of Formation | DGWSR 82-85 |
| | 2. Minutes of Incorporation | DGWSR 86-105 |
| | 3. Form SS-4 Application for Employer ID Number | DGWSR 113-116 |
| | DKW Senior Enterprises, Inc.:<br>4. Delaware Certificate of Formation | DGWSR 154-155 |
| | 5. Minutes of Incorporation | DGWSR 151-153 |
| | 6. By-Laws | DGWSR 156-170 |
| | 7. Trust Agreement between Settlor and Trustee | DGWSR 515-526 |
| | 8. Action by Written Consent of Sole Shareholder | DGWSR 171 |
| | 9. Action by Written Consent of Board of Directors | DGWSR 174-175 |
| | 10. Share Certificate No. 1 for 100 shares dated 3/17/00 | DGWSR 176-177 |
| | 11. IRS Filings:<br>Form SS-4 Application for Employer ID Number<br>Form 2553 Election by Small Business Corporation<br>ESBT Election | DGWSR 178-181 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| | Miscellaneous:<br>12. Assignment Separate from Certificate Assigning from Georgia Welles to David K. Welles, Sr. 1, 250 shares of Voting Common Stock of Therma-Tru | DGWSR 628 |
| | 13. Assignment Separate from Certificate Assigning from David K. Welles 1994 Qualified Annuity Trust to Stobie Creek 107,670.25 and 546 shares of Nonvoting Common Stock of Therma-Tru | DGWSR 629-630 |
| | 14. Assignment Separate from Certificate Assigning to Stobie Creek 6,564.25 and 625 shares of Voting Common Stock of Therma-Tru | DGWSR 639-640 |
| | 15. Stobie Creek Investments Agreement:<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Request<br>Amendment to Schedule A Contribution | DGWSR 209-212 |
| | 16. Stobie Creek Investments Agreement and David K. Welles 1994 Qualified Annuity Trust:<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Request<br>Amendment to Schedule A Contribution | DGWSR 144-147 |
| | 17. Assignment of Membership Interest and Joinder Agreement by and among David K. Welles, Sr. and DKW Senior Enterprises, Inc. | DGWSR 213-214 |
| | 18. Assignment of Membership Interest and Joinder Agreement by and among David K. Welles 1994 Qualified Annuity Trust, Stobie Creek Investment and Welles Asset Management, Inc. | DGWSR 148-49 |
| | 19. Certificates of Good Standing for Welles Asset Management and DKW Senior Enterprises, Inc. as of March 17, 2000 | Plaintiff's 8549-8550 |
| 16 | 1/31/04 David K. Welles 1994 Sr. Qualified Annuity Trust | 00000843-862 |
| 17 | 6/21/05 David K. Welles Sr. Response to IDR 001 | DGWSR 1-12 |
| 18 | 12/16/05 David K. Welles Sr. Response to IDR 002 | DGWSR 13-1284 |
| 19 | 10/6/06 David K. Welles Sr. Response to IDR 003 | DGWSR 1285-1375 |
| 20 | 10/25/06David K. Welles Sr. Response to IDR 004 | DGWSR 1376-1379 |
| 21 | 11/24/06 David K. Welles Sr. Response to IDR 005 | Plaintiff’s 2061-2065 |
| 22 | 11/24/06 David K. Welles Sr. Response to IDR 006 | Plaintiff’s 2066 |
| 23 | Christopher S. Welles<br>CSW Investments, LLC Organizational Documents<br>1. Delaware Certificate of Formation | CSW 26-29 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| | 2. Operating Agreement | CSW 30-38 |
| | 3. Form SS-4 Application for Employee ID Number | CSW 39-40 |
| | CSW Asset Management, Inc.:<br>4. Delaware Certificate of Formation | CSW 41-42 |
| | 5. Minutes of Incorporation | CSW 43-47 |
| | 6. By-Laws | CSW 48-62 |
| | 7. Action by Written Consent of Sole Shareholder | CSW 63 |
| | 8. Action by Written Consent of Board of Directors | CSW 64-65 |
| | 9. Share Certificate No. 1 for 100 Shares dated March 17, 2000 issued to Christopher S. Welles | CSW 66-69 |
| | 10. IRS Filings:<br>Form SS-4 Application for Employer Identification Number;<br>Form 2553 Election by a Small Business Corporation | CSW 70-73 |
| | Miscellaneous:<br>11. Assignment Separate from Certificate assigning to Stobie Creek 22,208.45 shares of Nonvoting Common Capital Stock of Therma-Tru Corporation | CSW 362 |
| | Miscellaneous:<br>12. Assignment Separate from Certificate assigning to Stobie Creek 1,142.25 shares of Voting Common Capital Stock of Therma-Tru Corporation | CSW 361 |
| | 13. Stobie Creek Investments Agreement:<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Request<br>Amendment to Schedule A Contribution | CSW 101-104; 108 |
| | 14. Assignment of Membership Interest and Joinder Agreement by and among Christopher S. Welles and CSW Enterprises, Inc. | CSW 105-106<br>C. Welles Ex. 93 |
| | 15. Certificates of Good Standing for CSW Investments LLC and CSW Asset Management, Inc. | Plaintiff's 8551-8552 |
| 24 | 6/30/05 Christopher S. Welles Response to IDR 001 | CSW 1-7 |
| 25 | 12/2/05 Christopher S. Welles Response to IDR 002 | CSW 8-1009 |
| 26 | 10/11/06 Christopher S. Welles Response to IDR 003 | CSW 1010-1079 |
| 27 | 10/25/06 Christopher S. Welles Response to IDR 004 | CSW 1080-1083 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 28 | David K. Welles, Jr.<br>DKW Junior Investments, LLC Organizational Documents<br>1. Delaware Certificate of Formation | DKWJR 76-77; 89-90 |
| | 2. Operating Agreement | DGWJR 78-90 |
| | 3. Form SS-4 Application for Employee ID Number | DKWJR 87-88 |
| | DKW Jr. Enterprises, Inc.<br>4. Delaware Certificate of Formation | DKWJR 91-92 |
| | 5. Minutes of Incorporation | DKWJR 93-97 |
| | 6. By-Laws | DKWJR 98-112 |
| | 7. Trust Agreement between David K. Welles, Jr., Settlor and David K. Welles, Jr. Trustee | DKWJR 113-124 |
| | 8. Action by Written Consent of Sole Shareholder | DKWJR 125 |
| | 9. Action by Written Consent of Board of Directors | DKWJR 126-127 |
| | 10. Share Certificate No. 1 for 100 Shares dated March 17, 2000 issued to David K. Welles, Jr. Trustee of the David K. Welles, Jr. Electing Small Business Trust | DKWJR 130-131 |
| | 11. IRS Filings:<br>Form SS-4 Application for Employer Identification Number;<br>Form 2553 Election by a Small Business Corporation<br>ESBT Election | DKWJR 132-136 |
| | Miscellaneous:<br>12. Assignment Separate from Certificate assigning to Stobie Creek 36,458.45 shares of Nonvoting Common Capital Stock of Therma-Tru Corporation | DKWJR 431 |
| | 13. Assignment Separate from Certificate assigning to Stobie Creek 1,892.25 shares of Voting Common Capital Stock of Therma-Tru Corporation | DKWJR 430 |
| | 14. Stobie Creek Investments Agreement:<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Request<br>Amendment to Schedule A Contribution | DKWJR 140-143 |
| | 15. Assignment of Membership Interest and Joinder Agreement by and among David K. Welles, Jr. and DKW Junior Enterprises, Inc. | DKWJR 137-138<br>D. Welles Jr. Ex. 136<br>IRS-JG 1723-1724 |
| | 16. Certificates of Good Standing for DKW Junior Investments, LLC and DKW Junior Enterprises, Inc. | Plaintiff's 8553-8554 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 29 | 7/13/05 David K. Welles, Jr. Response to IDR 001 | DKWJR 1-6 |
| 30 | 11/23/05 David K. Welles, Jr. Response to IDR 002 | DKWJR 7-1068 |
| 31 | 9/27/05 David K. Welles, Jr. Response to IDR 003 | DGWJR 1069-1370 |
| 32 | 10/25/06 David K. Welles, Jr. Response to IDR 004 | DKWJR 1371-1374 |
| 33 | 11/24/06 David K. Welles, Jr. Response to IDR 005 | Plaintiff's 2056 |
| 34 | 11/24/06 David K. Welles, Jr. Response to IDR 006 | Plaintiff's 2057 |
| 35 | 11/24/06 David K. Welles, Jr. Response to IDR 007 | Plaintiff's 2058-2060 |
| 36 | Jeffrey Welles<br>JFW Investments, LLC Organizational Documents<br>1. Delaware Certificate of Formation | JFW 155-158 |
| | 2. Operating Agreement | JFW 159-167 |
| | 3. Form SS-4 Application for Employee ID Number | JFW 168-169 |
| | JFW Enterprises, Inc.<br>4. Delaware Certificate of Formation | JFW 170-171 |
| | 5. Minutes of Incorporation | JFW 172-176 |
| | 6. By-Laws | JFW 177-191 |
| | 7. Action by Written Consent of Sole Shareholder | JFW 192 |
| | 8. Action by Written Consent of Board of Directors | JFW 193-194 |
| | 9. Share Certificate No. 1 for 100 Shares dated March 17, 2000 issued to Jeffrey F. Welles | JFW 197-198 |
| | 10. IRS Filings:<br>Form SS-4 Application for Employer Identification Number;<br>Form 2553 Election by a Small Business Corporation | JFW 199-201 |
| | Miscellaneous:<br>11. Assignment Separate from Certificate assigning to Stobie Creek 22,208.45 shares of Nonvoting Common Capital Stock of Therma-Tru Corporation | JFW 746 |
| | 12. Assignment Separate from Certificate assigning to Stobie Creek 1,142.25 shares of Voting Common Capital Stock of Therma-Tru Corporation | JFW 745 |
| | 13. Stobie Creek Investments Agreement:<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Request<br>Amendment to Schedule A Contribution | JFW 151-154 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| | 14. Assignment of Membership Interest and Joinder Agreement by and among Jeffrey F. Welles and JFW Enterprises, Inc. | J. Welles Ex. 113<br>JFW 202-203 |
| | 15. Certificates of Good Standing for JFW Investments, LLC and JFW Enterprises, Inc. | Plaintiff's 8555-8556 |
| 37 | 6/20/05 Jeffrey F. Welles. Response to IDR 001 | JFW 1-6 |
| 38 | 9/22/05 Jeffrey F. Welles. Response to IDR 002 | JFW 7-950 |
| 39 | 8/9/05 Jeffrey F. Welles. Response to IDR 003 | JFW 951-1418 |
| 40 | 10/25/06 Jeffrey F. Welles. Response to IDR 004 | JFW 1420-1423 |
| 41 | Peter Welles<br>PCW Investments, LLC Organizational Documents<br>1. Delaware Certificate of Formation | PCW 84-87 |
| | 2. Operating Agreement | PCW 88-96 |
| | 3. Form SS-4 Application for Employee ID Number | PCW 97-98 |
| | PCW Enterprises, Inc.<br>4. Delaware Certificate of Formation | PCW 99-100 |
| | 5. Minutes of Incorporation | PCW 101-105 |
| | 6. By-Laws | PCW 110-124 |
| | 7. Action by Written Consent of Sole Shareholder | PCW 125 |
| | 8. Action by Written Consent of Board of Directors | PCW 106-107 |
| | 9. Share Certificate No. 1 for 100 Shares dated March 17, 2000 issued to Peter C. Welles | PCW 126-127 |
| | 10. IRS Filings:<br>Form SS-4 Application for Employer Identification Number;<br>Form 2553 Election by a Small Business Corporation | PCW 128-130 |
| | Miscellaneous:<br>11. Assignment Separate from Certificate assigning to Stobie Creek 22,759.45 and 36,458.45 shares of Nonvoting Common Capital Stock of Therma-Tru Corporation | PCW 363, 386 |
| | 12. Assignment Separate from Certificate assigning to Stobie Creek 1,171.25 and 1,250 shares of Voting Common Capital Stock of Therma-Tru Corporation | PCW 378, 385 |
| | 13. Stobie Creek Investments Agreement:<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Request<br>Amendment to Schedule A Contribution | PCW 80-83 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| | 14. Assignment of Membership Interest and Joinder Agreement between Peter C. Welles and PCW Enterprises, Inc. | Ex. 81<br>PCW 77-78 |
| | 15. Certificate of Good Standing for PCW Investments, LLC and PCW Enterprises, Inc. | Plaintiff's 8557-8558 |
| 42 | 7/6/05 Peter C. Welles. Response to IDR 001 | PCW 1-6 |
| 43 | 11/30/05 Peter C. Welles. Response to IDR 002 | PCW 7-1029 |
| 44 | 5/19/06 Peter C. Welles. Response to IDR 003 | PCW 1030-1174 |
| 45 | 10/25/06 Peter C. Welles Response to IDR 004 | PCW 1175-1178 |
| 46 | Virginia Jordan<br>VJ Investments, LLC Organizational Documents<br>1. Delaware Certificate of Formation | VSJ 45-48 |
| | 2. Operating Agreement | VSJ 49-57<br>Ex. 57 |
| | 3. Form SS-4 Application for Employee ID Number | VSJ 58 |
| | VJ Enterprises, Inc.<br>4. Delaware Certificate of Formation | VSJ 59-60 |
| | 5. Minutes of Incorporation | VSJ 61-65<br>Ex. 57 |
| | 6. By-Laws | VSJ 66-80 |
| | 7. Action by Written Consent of Sole Shareholder | VSJ 81 |
| | 8. Action by Written Consent of Board of Directors | VSJ 82-83 |
| | 9. Share Certificate No. 1 for 100 Shares dated March 17, 2000 issued to Virginia W. Jordan | Floyd 1786-1787 |
| | 10. IRS Filings:<br>Form SS-4 Application for Employer Identification Number;<br>Form 2553 Election by a Small Business Corporation | VSJ 86-89 |
| | Miscellaneous:<br>11. Assignment Separate from Certificate assigning to Stobie Creek 22,208.45 shares of Nonvoting Common Capital Stock of Therma-Tru Corporation | VSJ 383<br>Ex. 63<br>IRS-JG 7608 |
| | 12. Assignment Separate from Certificate assigning to Stobie Creek 1,142.25 shares of Voting Common Capital Stock of Therma-Tru Corporation | VSJ 382<br>Ex. 64<br>IRS-JG 7607 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| | 13. Stobie Creek Investments Agreement:<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Request<br>Amendment to Schedule A Contribution | VSJ 117-120 |
| | 14. Assignment of Membership Interest and Joinder Agreement by and among Virginia Welles Jordan and VJ Enterprises, Inc. | VSJ 126-127 |
| | 15. Certificates of Good Standing for VJ Investments, LLC and VJ Enterprises, Inc. | Plaintiff's 8559-8560 |
| 47 | 7/7/05 Virginia Jordan Response to IDR 001 | VSJ 1-6 |
| 48 | 12/1/05 Virginia Jordan Response to IDR 002 | VSJ 7-1024 |
| 49 | 10/9/06 Virginia Jordan Response to IDR 003 | VSJ 1025-1075 |
| 50 | 10/25/06 Virginia Jordan Response to IDR 004 | VSJ 1076-1079 |
| 51 | 2/14/06 Stobie Creek Response to IDR 001 for tax period ending 2001 | Floyd Ex. 8<br>SCI 1-4 |
| 52 | 2/14/06 Stobie Creek Response to IDR 002 for tax period ending 2001 | Floyd Ex. 8<br>SCI 5-339 |
| 53 | 2/14/06 Stobie Creek Response to IDR 003 for tax period ending 2001 | Floyd Ex. 8<br>SCI 340-384 |
| 54 | 2/14/06 Stobie Creek Response to IDR 004 for tax period ending 2001 | Floyd Ex. 8<br>SCI 385 |
| 55 | 3/29/06 Stobie Creek Response to IDR 001 for tax period ending 4/30/00 | SCI 386-390 |
| 56 | 11/1/06 Stobie Creek Response to IDR 002 for 2000 tax year | SCI 391-409 |
| 57 | Stobie Creek Organizational Documents<br>1. Operating Agreement | SLK 561-591 |
| | 2. Stobie Creek Investments Agreement with CSW Investments LLC<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Report<br>Schedule D: Amendment to Schedule A Contribution | SLK 729-732 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| | 3. Stobie Creek Investments Agreement with JFW Investments LLC<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Report<br>Amendment to Schedule A Contribution | SLK 733-736 |
| | 4. Stobie Creek Investments Agreement with DKW Jr. Investments LLC<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Report<br>Amendment to Schedule A Contribution | SLK 737-740 |
| | 5. Stobie Creek Investments Agreement with DKW Sr. Investments LLC<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Report<br>Amendment to Schedule A Contribution | SLK 741-744 |
| | 6. Stobie Creek Investments Agreement with VJ Investments LLC<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Report<br>Amendment to Schedule A Contribution | SLK 745-748 |
| | 7. Stobie Creek Investments Agreement with Family Under the David K. Welles 1994 Qualified Annuity Trust<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Report<br>Amendment to Schedule A Contribution | SLK 749-752 |
| | 8. Stobie Creek Investments Agreement with Family Under the David K. Welles 1994 Annuity Trust<br>Schedule A: Member Signature Page<br>Schedule B: Joinder Agreement<br>Schedule C: New Investment Report<br>Schedule D: Amendment to Schedule A Contribution | SLK 753-756 |
| | 9. Stobie Creek Certificate of Good Standing | Plaintiff’s 8561 |
| 59 | North Channel Organizational Documents<br>1. Certified Copy of Organization | Welles 28-32 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| | 2. Application for Employer ID Number | Welles 39-40 |
| | 3. 10/13/99 North Channel LLC Agreement | Plaintiff's 8562<br>Herpe Ex. 35<br>Welles 9-27 |
| | 4. 12/29/99 Certified Notice of Formation in New York Law Journal | Welles 51-53 |
| | 5. 1/26/00 New York Affidavit of Publication | Welles 54-56 |
| | 6. 1/24/00 Revolving Credit Note between North Channel and David K. Welles, Sr. 1994 Qualified Annuity Trust | Welles 62-64 |
| | 7. Certificate of Good Standing as of 10/24/07 for North Channel | Plaintiff's 8562 |
| | 8. Articles of Incorporation of North Channel LLC | Welles 33-36 |
| 61 | 12/8/99 Kenner Proposal to Acquire Therma-Tru signed by David K. Welles, Jr. | Plaintiff's 89-91 |
| 62 | Kenner transaction contract with Therma-Tru dated 5/9/00 | |
| 63 | Therma-Tru Tax Return 1999 | Plaintiff's 9949-10332 |
| 65 | Therma-Tru Shareholder's Basis Computations | Plaintiff's 8716-8750 |
| 67 | Tax Returns for Stobie Creek 4/30/00 | Ex. 124<br>Floyd 5135-5167 |
| 68 | Tax Return for Stobie Creek 12/31/00 | Ex. 125<br>Floyd 5168-5476 |
| 75 | Tax Return for North Channel 12/31/00 | Floyd 9363-9379 |
| 76 | Tax return for David K. Welles Sr. for 2000 | Plaintiff's 1513-1567 |
| 78 | Tax return for DKW Sr. Enterprises Inc. 2000 | Plaintiff's 1479-1512 |
| 80 | Tax Return for Welles Asset Management Inc. 2000 | Floyd 3088-3139 |
| 82 | Tax return for DKW Sr. ESBT 2000 | Floyd 3494-3508 |
| 84 | Tax return for Christopher Welles for 2000 | Plaintiff's 1384-1478 |
| 86 | Tax return for CSW Asset Management Inc. 2000 | Plaintiff's 1311-1344 |
| 88 | Tax return for David (Deke) Welles Jr. for 2000 | Plaintiff's 1610-1665 |
| 90 | Tax return for DKW Jr. Enterprises Inc. 2000 | Floyd 3182-3216 |
| 92 | Tax return for Jeffrey Welles for 2000 | Plaintiff's 923-987 |
| 94 | Tax return for JFW Enterprises Inc. 2000 | Plaintiff's 861-894 |
| 96 | Tax return for Peter Welles for 2000 | Plaintiff's 1176-1216 |
| 98 | Tax return for PCW Enterprises Inc. 2000 | Plaintiff's 1078-1111 |
| 100 | Tax return for Virginia Jordan for 2000 | VSJ 1115-1193 |
| 102 | Tax return for VJ Enterprises Inc. 2000 | Plaintiff's 799-832 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 108 | File copy 8/9/00 letter from David Waterman addressed to Welles family | Ex. 130<br>SLK 9685-9687 |
| 111 | Welles Family Meeting Documents dated 1/23/00-1/24/00 | Herpe Ex. 37<br>Welles Priv 0001 |
| 112 | Welles Family Meeting Discussion Outline from 1/23/00-1/24/00 | Welles Priv 0003 (3 pps.) |
| 113 | Welles Family Meeting Agenda from 1/23/00-1/24/00 | Herpe 39<br>Welles Priv 0004 |
| 114 | Welles Family Meeting 1/23/00-1/24/00 Herpe notes | Welles Priv 0005 (3 pps.) |
| 115 | Welles Family Pooled Investment Vehicle chart | Herpe 48<br>Welles Priv 0006 |
| 116 | Herpe notes from the Vero Beach meeting | Herpe 47<br>Welles Priv 0007 |
| 117 | Welles Family Meeting Minutes, Vero Beach 1/24/00 | Herpe 38<br>Welles Priv 0008 |
| 118 | Stobie Creek Meeting Minutes, dated 5/9/00 | Goldstein Ex. 4<br>Plaintiff's 3764-3767 |
| 119 | Welles Family Meeting Documents, dated 5/19/00 | D. Welles Jr. Ex. 137<br>Plaintiff's 7020-7152 |
| 120 | Stobie Creek Meeting Minutes, dated 12/1/00 - 12/2/00 | Plaintiff's 3770-3780 |
| 123 | Assignment Agreement to Stobie Creek from JFW Investments LLC | Ex. 105, 106<br>JFW 254-256<br>IRS-JG 7635-7637 |
| 124 | Assignment Agreement to Stobie Creek from DKW Senior Investments LLC | DGWSR 270-272, 276-278 |
| 125 | Assignment Agreement to Stobie Creek from David K. Welles, Sr. 1994 Qualified Annuity Trust | DGWSR 252-254, 258-260 |
| 126 | Assignment Agreement to Stobie Creek from CSW Investments | CSW 126-128, 132-134 |
| 127 | Assignment Agreement to Stobie Creek from DKW Junior Investments | DKWJR 167-169, 173-175 |
| 128 | Assignment Agreement to Stobie Creek from PCW Investments LLC | PCW 141-143, 147-149 |
| 129 | Assignment Agreement to Stobie Creek from VJ Investments LLC | VSJ 143-145, 149-151 |
| 130 | 9/14/99 correspondence from D. Herpe to David K. Welles Sr. re a family office, anticipated merger, private family foundation | Welles Priv 0009 (3 pps.) |
| 131 | Stobie Creek Investments LLC Summary of Important Provisions of Company Agreement prepared by Herpe | Welles Priv 0010 (3 pps.) |
| 132 | Stobie Creek Investments LLC Summary of Important Provisions of Company Agreement | Welles Priv 0012 (4 pps.) |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 140 | 2/9/01 engagement letter between J&G and Stobie Creek | Ex. 114<br>JFW 653-656 |
| 141 | March 31, 2001 Account Balances | Plaintiff's 002081-002085 |
| 142 | Intentionally Left Blank | |
| 143 | J&G Tax Opinion dated 1/2/01 to Jeffrey Welles | Ex. 118<br>JFW 1308-1418 |
| 144 | J&G Tax Opinion dated 1/2/01 to David K. Welles, Sr. | G. Welles Ex. 401<br>IRS-JG 3226-3347 |
| 145 | J&G Tax Opinion dated 1/2/01 Christopher Welles | C. Welles Ex. 94<br>CSW 145-254 |
| 146 | J&G Tax Opinion dated 1/2/01 David Welles, Jr. | D. Welles, Jr. Ex. 74<br>DKWJR 203-313 |
| 147 | J&G Tax Opinion dated 1/2/01 Peter Welles | P. Welles Ex. 82<br>PCW 165-275 |
| 148 | J&G Tax Opinion dated 1/2/01 Virginia Jordan | V. Jordan Ex. 67<br>VSJ 0162-0272 |
| 149 | J&G draft Tax Opinion dated 8/00 | Ex. 115<br>JFW 0274-0376 |
| 150 | J&G draft Tax Opinion dated 1/25/01 | Ex. 116<br>JFW 0377-0487 |
| 151 | J&G Memorandum dated 11/99 re: Tax Consequences of Contribution of Option Spread to Partnership or Corporation | Herpe Ex. 46<br>DKWJR 0024-44 |
| 152 | File copy of 3/6/00 letter from D. Waterman addressed to Welles Family | Herpe Ex. 45<br>SLK 48-51 |
| 154 | J. Welles handwritten notes and Bloomberg Data | JFW 1301-1307 |
| 156 | 3/30/00 facsimile from J. Welles to Susan Madden at Northern Trust | Plaintiff’s 8688 |
| 157 | Northern Trust Year 2000 account transaction statement | Floyd 003771-3797 |
| 158 | 3/1/00-3/31/00 Northern Trust Portfolio Statement | Plaintiff’s 8689-8715 |
| 159 | Deutsche Bank Weekly Reports | JFW 75-123 |
| 160 | Goldman Sachs The Weekly Analyst<br>Weekly/Quarterly Reports | Plaintiff’s 3513-3763 |

EXHIBIT A

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 162 | Deutsche Banc Trust Authorization, Full Trading Authorization Annuity Trust | G. Welles Ex. 403<br>DB-DOJ-Cobra 148291-148297 |
| 163 | Guaranty Agreement signed by Georgia Welles as Trustee | G. Welles Ex. 404<br>IRS-JG 3369-3371 |
| 164 | Guaranty Agreement signed by David Welles Sr. | DOJ-Stobie 1107-1109 |
| 165 | Letter showing wire transfer from David K. Welles Sr. 1994 Annuity Trust to Deutsche Bank account re FX Options dated 3/31/00 | G. Welles Ex. 405<br>DB-DOJ-Cobra 148371 |
| 166 | 3/31/00 letter of direction to Deutsche Bank on behalf of David K. Welles Sr. 1994 Qualified Annuity Trust | G. Welles Ex. 408<br>DOJ-Stobie 1091,<br>IRS-JG 1777-1779 |
| 167 | Letter showing wire transfer from DKW Senior Investments LLC to Deutsche Bank account re FX Options dated 3/31/00 | J. Welles Ex. 4<br>IRS-JG 5761 |
| 168 | 4/3/00 letter of direction to Deutsche Bank on behalf of DKW Sr. Investments | J. Welles Ex. 4<br>IRS-JG 5762 |
| 169 | 6/21/05 David K. Welles, Sr. and Georgia E. Welles Response to IDR 001 | G. Welles Ex. 410 |
| 170 | 11/21/05 David K. Welles, Sr. and Georgia E. Welles Response to IDR 002 | G. Welles Ex. 411 |
| 171 | 10/6/06 David K. Welles, Sr. and Georgia E. Welles Response to IDR 003 | G. Welles Ex. 412<br>DGW 148-1304 |
| 172 | Deutsche Banc Alex. Brown Client Statement for DKW Senior Investments LLC for 3/1/00-3/31/00 | DGWSR 284-288 |
| 173 | Deutsche Banc Alex. Brown Client Statement for DKW Senior Investments LLC for 4/1/00-4/30/00 | DGWSR 279-283 |
| 174 | Deutsche Banc Alex. Brown Client Statement for David K. Welles 1994 Qualified Annuity Trust for 3/1/00-3/31/00 | DGWSR 239-243 |
| 175 | Deutsche Banc Alex. Brown Client Statement for David K. Welles 1994 Qualified Annuity Trust for 4/1/00-4/30/00 | DGWSR 244-248 |
| 179 | Letter showing wire transfer from VJ Investments LLC to Deutsche Bank account re FX Options dated 3/31/00 | J. Welles Ex. 4<br>IRS-JG 5763 |
| 180 | 4/3/00 letter of direction to Deutsche Bank on behalf of VJ Investments LLC | J. Welles Ex. 4<br>IRS-JG 5764 |
| 181 | Deutsche Bank Client Statement for VJ Investments LLC for 04/01/00-04/30/00 | Jordan Ex. 61<br>VSJ 152-156 |
| 182 | Deutsche Bank Client Statement for VJ Investments LLC for 03/01/00-03/31/00 | Jordan Ex. 62<br>VSJ 157-161 |
| 183 | 3/29/00 Guaranty Agreement signed by Virginia Jordan | DOJ-Stobie 1147-1149 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 184 | Facsimile attaching Assignment Separate from Certificate from members of the Welles Family assigning stock to Stobie Creek | Jordan Ex. 65<br>JFW 741-756 |
| 185 | 2/13/01 letter from D. Guerin to V. Jordan enclosing Opinion | Jordan Ex. 66<br>IRS-JG 8129 |
| 186 | 6/24/05 David K. Welles Jr. Response to IDR 001 | D. Welles, Jr. Ex. 68<br>DKWJR 2-6 |
| 189 | 3/28/00 Guaranty Agreements between David K. Welles, Jr. and BT Alex Brown | DKWJR 161-163 |
| 190 | 3/28/00 Guaranty Agreements between DKW LLC and BT Alex Brown | DKWJR 151-153 |
| 191 | Letter showing wire transfer from DKW Jr. Investments LLC to Deutsche Bank account re FX Options dated 3/31/00 | DKWJR 176 |
| 192 | 4/3/00 letter of direction to Deutsche Bank on behalf of DKW Junior Investments LLC | DKWJR 177 |
| 196 | Letter showing wire transfer from PCW Investments LLC to Deutsche Bank account re FX Options dated 3/31/00 | J. Welles Ex. 4<br>IRS-JG 5767 |
| 197 | 4/3/00 letter of direction to Deutsche Bank on behalf of PCW Investments LLC | J. Welles Ex. 4<br>IRS-JG 5768 |
| 198 | Deutsche Bank Client Statement for PCW Investments LLC for 3/1/00 to 03/31/00 | P. Welles Ex. 83<br>PCW 155-159 |
| 199 | Deutsche Bank Client Statement for PCW Investments LLC for 04/01/00 to 04/30/00 | P. Welles Ex. 84<br>PCW 150-154 |
| 200 | Guaranty Agreement between Peter C. Welles and BT Alex Brown | P. Welles Ex. 85<br>IRS-JG 6899-6901 |
| 201 | Guaranty Agreement between Peter Welles and BT Alex Brown | P. Welles Ex. 86<br>IRS-JG 6909-6911 |
| 205 | Letter showing wire transfer from CSW Investments LLC to Deutsche Bank account re FX Options dated 3/31/00 | J. Welles Ex. 4<br>IRS-JG 5769 |
| 206 | 4/3/00 letter of direction to Deutsche Bank on behalf of CSW+B354 Investments LLC | J. Welles Ex. 4<br>IRS-JG 5770 |
| 207 | 4/13/00 letter from SLK to Donna Guerin | C. Welles Ex. 95<br>IRS-JG 5315-5346 |
| 208 | Deutsche Banc Alex. Brown Client Statement for CSW Investments LLC for 3/1-31/00 | CSW 135-139 |
| 209 | Deutsche Banc Alex. Brown Client Statement for CSW Investments LLC for 4/1-30/00 | CSW 140-144 |
| 210 | 3/27/00 Guaranty Agreement signed by Christopher S. Welles | DOJ-Stobie 1119-1121 |
| 211 | 3/28/00 Guaranty Agreement signed by Christopher S. Welles | DOJ-Stobie 1123-1125 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 212 | 3/26/01 facsimile attaching schedule re paying back 4/30/00 loans and a sample note | J. Welles Ex. 103<br>JFW 715-720 |
| 213 | Various Articles from Deutsche Bank and Foreign Exchange Weekly | J. Welles Ex. 104<br>JFW 75-123 |
| 214 | Deutsche Banc Alex Brown Client Statement for JFW Investments LLC for 3/1/00-3/31/00 | J. Welles Ex. 107<br>JFW 260-264 |
| 215 | Deutsche Banc Alex Brown Client Statement for JFW Investments LLC for 4/1/00-4/30/00 | J. Welles Ex. 108<br>JFW 265-269 |
| 216 | 3/27/00 Guaranty Agreement signed by Jeffrey Welles | J. Welles Ex. 110<br>IRS-JG 1007-1009 |
| 217 | 3/27/00 Guaranty Agreement signed by Jeffrey Welles | J. Welles Ex. 111<br>IRS-JG 5713-5715 |
| 218 | Letter showing wire transfer from JFW Investments LLC to Deutsche Bank account re FX Options dated 3/31/00 | JFW 270<br>J. Welles Ex. 4<br>IRS-JG 5765 |
| 219 | 4/3/00 letter of direction to Deutsche Bank on behalf of JFW Investments LLC | JFW 271<br>J. Welles Ex. 4<br>IRS-JG 5766 |
| 230 | Memo enclosing Goldman Sachs The Foreign Exchange Market 9/99 | J. Welles Ex. 5<br>Plaintiff's 4097-4158 |
| 232 | List of loan transactions between Welles family members | Floyd Ex. 6<br>Plaintiff's 2081-2085 |
| 240 | 1/25/01 Letter enclosing draft Tax Opinion for Jeffrey Welles | Goldstein Ex. 6<br>Plaintiff's 3213-3223 |
| 242 | Stobie Creek Investments LLC New Investment Request and Withdrawal Request for Welles Family Members | Goldstein Ex. 14<br>Plaintiff's 5880-5954 |
| 243 | Deutsche Bank Confirmation for JFW Investments LLC Dollar/Euro | J. Welles Ex. 98<br>JFW 248-250 |
| 244 | Deutsche Bank Confirmation for JFW Investments LLC Dollar/Swiss Franc | J. Welles Ex. 99<br>JFW 251-253 |
| 245 | Deutsche Bank Confirmation for PCW Investments LLC Dollar/Euro | P. Welles Ex. 79<br>PCW 138-140 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 246 | Deutsche Bank Confirmation for PCW Investments LLC Dollar/Swiss Franc | P. Welles Ex. 80<br>PCW 144-146 |
| 247 | Deutsche Bank Confirmation for CSW Investments LLC Dollar/Euro | C. Welles Ex. 91<br>CSW 123-125 |
| 248 | Deutsche Bank Confirmation for CSW Investments LLC Dollar/Swiss Franc | C. Welles Ex. 92<br>CSW 129-131 |
| 249 | Deutsche Bank Confirmation for VJ Investments LLC Dollar/Euro | Jordan Ex. 59<br>VSJ 140-142 |
| 250 | Deutsche Bank Confirmation for VJ Investments LLC Dollar/Swiss Franc | Jordan Ex. 60<br>VSJ 146-148 |
| 251 | Deutsche Bank Confirmation for David Welles, Sr. 1994 Qualified Annuity David Welles 1994 Trust Dollar/Euro | Floyd 2260-2262<br>DGWSR 249-254 |
| 252 | Deutsche Bank Confirmation for David Welles, Sr. Annuity David Welles 1994 Trust Dollar/Swiss Franc | DB-DOJ-Cobra 54023-54025; 157443-445<br>DGWSR 255-260 |
| 253 | Deutsche Bank Confirmation for DKW Sr. Investments LLC Dollar/Euro | DGWSR 267-272 |
| 254 | Deutsche Bank Confirmation for DKW Sr. Investments LLC Dollar/Swiss Franc | DGWSR 273-275 |
| 255 | Deutsche Bank Confirmation for DKW Jr. Investments LLC Dollar/Euro | D. Welles, Jr. Ex. 72<br>DKWJR 164-166 |
| 256 | Deutsche Bank Confirmation for DKW Jr. Investments LLC B435Dollar/Swiss Franc | D. Welles, Jr. Ex. 73<br>DKWJR 170-172 |
| 260 | 4/8/04 Facsimile attaching 12/15/03 letter confirming representation of Jeffrey Welles and other family members | Waterman Ex. 13<br>SLK 9946-9948 |
| 272 | 10/1/07 Ira Shepard Expert Report | |
| 273 | 10/1/07 Ira Shepard Expert Report, page 74, Table 2: Allocation of Transaction Costs | |
| 274 | 10/1/07 Ira Shepard Expert Report, page 76, Table 3: Chart re Probability of Success | |
| 275 | 10/1/07 Ira Shepard Expert Report, Exhibit A, Ira Shepard CV | |
| 276 | 10/1/07 Ira Shepard Expert Report, Exhibit B, Materials Reviewed | |
| 277 | 10/1/07 Ira Shepard Expert Report, Exhibit C, Stobie Creek Comparative Financial Statements | |
| 278 | 10/1/07 Ira Shepard Expert Report, Exhibit D, NASDAQ Stock Price Index | |
| 279 | Expert Report of Jeffrey Frankel, dated 9/14/07 | Frankel Ex. 7 |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 281 | Consensus Forecasts-USA dated 12/6/99, 3/13/00 and 4/10/00 | Frankel Ex. 5 |
| 282 | Frankel Ex. 1.1: Nominal and Real US$ Value of Euro | |
| 283 | Frankel Ex. 1.2: Nominal and Real US$ Value of CHF | |
| 284 | Frankel Ex. 2.2: Correlation between Currencies, Daily Exchange Rate from 1/1/90-12/31/99 | |
| 285 | Frankel Ex. 2.3: Correlation between Currencies, Monthly Exchange Changes from 1/99-9/07 | |
| 286 | Frankel Ex. 2.4: Correlation between Currencies, Monthly Exchange Changes from 1/9-12/98 | |
| 287 | Frankel Ex. 3: Table | |
| 288 | Frankel Ex. 4: Monthly Correlation Coefficients between EUR and CHF from 1/99-3/00 | |
| 289 | Frankel Ex. 5, including 5.1 and 5.2: It Takes Disagreement Make a Market | |
| 291 | Expert Report of Robert Kolb, 9/11/07 | |
| 292 | Rebuttal Report of Robert Kolb, 10/11/07 | |
| 293 | 10/6/07 Revised Expert Report of Robert Kolb | |
| 294 | 09/11/07 Robert Kolb Expert Report, p. 21, Exhibit 1: Payoffs at Expiration for Buying a Plain Vanilla Call | |
| 295 | 09/11/07 Robert Kolb Expert Report, p. 22, Exhibit 2: Payoffs at Expiration for Selling a Plain Vanilla Call | |
| 296 | 09/11/07 Robert Kolb Expert Report, p. 23, Exhibit 3: Payoffs at Expiration for Buying a Digital Option | |
| 297 | 09/11/07 Robert Kolb Expert Report, p. 24, Exhibit 4: Payoffs at Expiration for Selling a Digital Option | |
| 298 | 10/06/07 Robert Kolb Corrected Expert Report, Exhibit 5: Digital Options of JFW | |
| 299 | 09/11/07 Robert Kolb Expert Report, p. 26, Exhibit 6: Option Payoffs | |
| 300 | 10/06/07 Robert Kolb Corrected Expert Report, Exhibit 7: Option Payoffs | |
| 301 | 10/06/07 Robert Kolb Corrected Expert Report, Exhibit 8: All Possible Investment Outcomes for JFW | |
| 302 | 10/06/07 Robert Kolb Corrected Expert Report, Exhibit 9: Euro Binary Option Investment for All Seven Welles Family Accounts | |
| 303 | 10/06/07 Robert Kolb Corrected Expert Report, Exhibit 10: Swiss Franc Binary Option Investment for All Seven Welles Family Accounts | |
| 304 | 10/06/07 Robert Kolb Corrected Expert Report, Exhibit 11: All Possible Investment Outcomes for the Aggregated Welles Family Accounts | |
| 305 | 9/11/07 Robert Kolb Expert Report p.34, Ex. 12 USD per EUR | |
| 306 | 9/11/07 Robert Kolb Expert Report p.35, Ex. 13 CHF per US$ | |
| 307 | 9/13/07 Richard Levich Expert Report | |
| 308 | 09/13/07 Richard Levich Expert Report, p. 3, Chart of Description of Option Strategy and Contracts | |
| 309 | 09/13/07 Richard Levich Expert Report, p.8, Chart of Estimates of Probability that Single Currency Pair Would Exceed Critical Amount | |

**EXHIBIT A**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 310 | 09/13/07 Richard Levich Expert Report, p.9, chart | |
| 311 | 09/13/07 Richard Levich Expert Report, p. 13, Table 1, Payoffs for JFW Options | |
| 312 | 09/13/07 Richard Levich Expert Report, p.14, Table 2, Matrix of CHF/EUR Rates | |
| 313 | 09/13/07 Richard Levich Expert Report, p.15, Table 3, Matrix of Payoffs | |
| 315 | 9/13/07 Richard Levich Expert Report, Spot Exchange Rate in CHF/EUR, Graph 1 | |
| 316 | 9/13/07 Richard Levich Expert Report, Implied Volatility For At-the-Money Option On Spot EUR/CHF, Graph 2 | |
| 317 | 9/13/07 Levich Report: Summary of Calculations and Analysis Regarding Options Traded by JFW Investments on or around 3/31/00 | Levich Ex. 7 |
| 319 | Levich, Richard, International Financial Markets: Prices and Policies, 2nd Edition, Published by McGraw Hill Higher Education, Copyright 2001 | |
| 320 | Digital Options Computations | Levich Ex. 1 |
| 321 | Chart re: Double, Total Loss and Sweet Spot | Levich Ex. 4 |
| 323 | Chart re: Correlation of CHF/USD Exchange Rates-1 Month Periods | Levich Ex. 6 |
| 325 | Chart re: USD/EUR Options with handwritten notations | Levich Ex. 9 (8 pps.) |
| 326 | Chart re Implied Volatility of 1 Month At-The Money Options EUR and CHF vs the USD | Levich Ex. 10 |
| 328 | Implied Volatility: 1-Month at the Money Options, Daily Data 1/2/95-3/31/00 | |
| 330 | Spot Cross Exchange Rate CHF/EUR CHF/DEM adjusted for 1.95883 ratio to EUR | |
| 331 | Correlation of CHF and DM vs USD | |
| 332 | Spot Exchange Rates for CHF and EUR v USD daily USD daily 3/31/00-4/28/00 | |
| 333 | Spot Exchange Rates for CHF and EUR, Scaled With March 31=100, Daily, 3/31/00-4/28/00, Chart 5 | |
| 334 | Spot Exchange Rates for CHF and EUR, Scaled With March 31=100, Daily, 3/31/00-4/28/00, Chart 6 | |
| 335 | Expert Report of Stuart Smith | Smith Ex. 1 |