**Exhibit B**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 58 | David and Georgia Welles North Channel LLC outline re formation of North Channel LLC, funding, federal tax issues, other employees, etc. | Welles Priv 0002 (2 pps.) |
| 60 | Letter enclosing draft of Stobie Creek Investments LLC Agreement and Service Agreement between Stobie Creek Investments LLC and North Channel. | Herpe Ex. 40<br>Welles 133 |
| 64 | Therma-Tru Consolidated Financial Statements y/e 12/31/00 and 1999 | Plaintiff's 9931-9948 |
| 66 | 8/30/00 facsimile from McDermott Will and Emery to Larry Goldstein attaching memo with numerical examples of fund-based LLC agreement | Welles 67-73 |
| 69 | Tax Return for Stobie Creek 12/31/01 | Floyd 5477-5912 |
| 70 | Tax Return for Stobie Creek 12/31/02 | Floyd 5913-6401 |
| 71 | Tax Return for Stobie Creek 12/31/03 | Floyd 6402-7134 |
| 72 | Tax Return for Stobie Creek 12/31/04 | Floyd 7135-7991 |
| 73 | Tax Return for Stobie Creek 12/31/05 | Floyd 7992-9157 |
| 74 | Tax Return for Stobie Creek 12/31/06 | Plaintiff’s 8751-9912 |
| 77 | Tax return for David K. Welles Sr. for 2001 | Plaintiff's 1568-1609 |
| 79 | Tax return for DKW Sr. Enterprises Inc. 2001 | Floyd 9380-9406 |
| 81 | Tax Return for Welles Asset Management Inc. 2001 | Plaintiff's 1839-1866 |
| 83 | Tax return for DKW Sr. ESBT 2001 | DGWSR 53-66 |
| 85 | Tax return for Christopher Welles for 2001 | Floyd 9158;<br>Plaintiff's 1715-1804 |
| 87 | Tax return for CSW Asset Management Inc. 2001 | Plaintiff's 1345-1383 |
| 89 | Tax return for David (Deke) Welles Jr. for 2001 | Plaintiff's 1666-1714 |
| 91 | Tax return for DKW Jr. Enterprises Inc. 2001 | Floyd 9159-9185 |
| 93 | Tax return for Jeffrey Welles for 2001 | Floyd 9186-9222 |
| 95 | Tax return for JFW Enterprises Inc 2001 | Plaintiff's 895-922 |
| 97 | Tax return for Peter Welles for 2001 | Plaintiff's 1217-1310 |
| 99 | Tax return for PCW Enterprises Inc. 2001 | Plaintiff's 1148-1175 |
| 101 | Tax return for Virginia Jordan for 2001 | Floyd 9223-9362 |
| 103 | Tax return for VJ Enterprises Inc. 2001 | Plaintiff's 833-860 |
| 104 | Documents from Floyd work papers for Stobie Creek 2000 tax return | Floyd 4577-4603 |
| 105 | Documents from Floyd work papers for Stobie Creek Sch K and info (08/01) | Floyd 4604-4679 |
| 106 | Documents from Floyd work papers, including Northern Trust account reports | Floyd 4802-4824 |
| 107 | Arthur Anderson correspondence to R. Floyd September 6, 2001 including K1s, spreadsheets with tax allocations, detail for book income, detail for tax income | Floyd 4401-4459 |

Exhibit B

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 109 | Chart showing reconciliation of book to tax | Ex. 119<br>JFW 721-726 |
| 110 | Letter dated 5/11/01 from Tara Schulte at Arthur Anderson to Floyd enclosing a summary of disallowed loss related to wash sales | Ex. 120<br>JFW 727-740 |
| 121 | 11/1/01 Letter to all Family Members re Minutes of the New Orleans Meeting | D. Welles Jr. Ex. 135A<br>Plaintiff's 3779-3787 |
| 122 | Stobie Creek Meeting Minutes, dated 4/20/01-4/22/01 | Plaintiff's 3781-3787 |
| 133 | Stobie Creek Investments LLC Summary of Important Provisions of Company Agreement prepared by D. Herpe, with handwritten notes | Welles Priv 0011 (3 pps.) |
| 134 | 12/9/99 Letter to Jeffrey Welles setting forth Jenkens and Gilchrist confidentiality agreement | Welles Ex. 96<br>JFW 647-652 |
| 135 | 12/9/99 Letter to David Welles Sr. setting forth Jenkens and Gilchrist confidentiality agreement | G. Welles Ex. 400<br>IRS-JG-4339-4341 |
| 136 | 1/19/00 Letter to Christopher Welles setting forth Jenkens and Gilchrist confidentiality agreement | C. Welles Ex. 90<br>SLK 57-59 |
| 137 | Return facsimile enclosing signed 12/9/99 Jenkens & Gilchrist Confidentiality Agreement by David Welles Jr. | D. Welles, Jr. Ex. 71<br>DKWJR 191-194 |
| 138 | 1/19/00 Letter to Peter Welles setting forth Jenkens and Gilchrist confidentiality agreement | P. Welles Ex. 78<br>SLK 54-56 |
| 139 | 1/19/00 Letter to Virginia Jordan setting forth Jenkens and Gilchrist confidentiality agreement | V. Jordan Ex. 64<br>IRS-JG-8192-8194 |
| 153 | 3/10/00 memo from J. Ivsan to D. Guerin | IRS-JG 00860-861 |
| 155 | D. Herpe handwritten notes | Welles 0002-0005 |
| 161 | David Herpe's Handwritten Notes | Herpe Ex. 36<br>Welles 1-5 |
| 176 | 6/7/05 file copy letter to Patricia Ugorowski enclosing response to IDR 001 for Virginia Jordan and Roger Jordan | Jordan Ex. 50<br>VSJ 1-6 |
| 177 | 12/1/06 file copy letter to Patricia Ugorowski enclosing response to IDR 002 for Virginia Jordan and Roger Jordan | Jordan Ex. 51<br>VSJ 7-22 |

Exhibit B

STOBIE CREEK v. UNITED STATES OF AMERICA
PLAINTIFF'S EXHIBIT LIST

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 178 | 10/9/06 file copy letter to Patricia Ugorowski enclosing response to IDR 003 for Virginia Jordan and Roger Jordan | Jordan Ex. 52<br>VSJ 1025-1075 |
| 186 | 6/24/05 David K. Welles Jr. Response to IDR 001 | D. Welles, Jr. Ex. 68<br>DKWJR 2-6 |
| 187 | 11/23/05 David K. Welles Jr. Response to IDR 002 | D. Welles, Jr. Ex. 69<br>DKWJR 7-22 |
| 188 | 9/27/05 David K. Welles Jr. Response to IDR 003 | D. Welles, Jr. Ex. 70<br>DGWJR 1069-1370 |
| 193 | 7/26/05 letter enclosing response to IDR 001 for Peter C. Welles | P. Welles Ex. 75<br>PCW 1-6 |
| 194 | 11/30/05 letter enclosing response to IDR 002 for Peter C. Welles | P. Welles Ex. 76<br>PCW 7-23 |
| 195 | 5/19/06 letter enclosing response to IDR 003 for Peter C. Welles | P. Welles Ex. 77<br>PCW 1030-1063 |
| 202 | 6/30/05 letter enclosing response to IDR 001 for Christopher S. Welles | C. Welles Ex. 87<br>CSW 1-6 |
| 203 | 12/2/05 letter enclosing response to IDR 002 for Christopher+B164 S. Welles | C. Welles Ex. 88<br>CSW 7-24 |
| 204 | 10/11/06 letter enclosing response to IDR 003 for Christopher S. Welles | C. Welles Ex. 89<br>CSW 1010-1079 |
| 220 | Letter from SLK to J. Welles on 4/3/00 enclosing Schedules for Stobie Creek Investments LLC for review | J. Welles Ex. 112<br>JFW 235-239 |
| 221 | 6/20/05 letter enclosing Jeffrey Welles and Maud Welles Response to IDR 001 | J. Welles Ex. 121<br>JFW 1-6 |
| 222 | 9/22/05 letter enclosing Jeffrey Welles and Maud Welles Response to IDR 002 | J. Welles Ex. 122<br>JFW 7-24 |
| 223 | 8/9/05 letter enclosing Jeffrey Welles and Maud Welles Response to IDR 003 | J. Welles Ex. 123<br>JFW 951-987 |
| 224 | Global Reporting for Stobie Creek Investments LLC from 01/01/03 through 11/30/06 FX Transactions by Type | J. Welles Ex. 126<br>Plaintiff's 1867-1934 |
| 225 | Global Reporting for Stobie Creek Investments LLC Global Reporting for 1/1/03 through 11/30/06 Foreign Exchange Gain/Loss Detail | J. Welles Ex. 127<br>Plaintiff's 1935-1994 |
| 226 | Global Reporting for 01/01/03 through 11/30/06 Foreign Exchange Hedged Schedule | J. Welles Ex. 128<br>Plaintiff's 1995-2039 |

Exhibit B

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 227 | Global Reporting for Stobie Creek Investments LLC Reporting 1/1/03 through 12/31/03 Investment Transaction Detail | J. Welles Ex. 129<br>Plaintiff's 2040-2054 |
| 228 | Tax Opinion for Larry Morgan | J. Welles Ex. 2<br>JG-CL 432544-432664 |
| 229 | 4/4/00 facsimile transmitting various documents for signature | J. Welles Ex. 4<br>IRS-JG-5760-5820 |
| 231 | 6/28/00 Memo from J. Ivsan to L. Goldstein | Cotter Ex. 5<br>Plaintiff's 6789-6791 |
| 233 | 2/14/06 Stobie Creek Investments LLC Response to IDR 001through 004 for tax year 2001 | Floyd Ex. 8<br>SCI 1-385 |
| 234 | Chart Stobie Creek Investments LLC Partner Capital Account Summary period ending 12/31/01 | Floyd Ex. 10<br>Plaintiff's 2115-2119 |
| 235 | 12/12/00 Letter from J. Ivsan to R. Floyd re Stobie Creek Investments LLC tax returns | Floyd Ex. 13<br>JFW 826-828 |
| 236 | Short Sale Obligations and Basis in Partnership Interests | Floyd Ex. 18 |
| 237 | Chapter 7: Basis Consequences of Partnership Liabilities | Floyd Ex. 19 |
| 238 | 9/26/01 letter from R. Floyd to L. Goldstein enclosing S-corporation Returns | Floyd 3087-3139 |
| 239 | 6/6/01 letter from J. Ivsan to T. Cotter enclosing documents for David K. Welles, Sr. Electing Small Business Trust | DGWSR 512-526 |
| 241 | 3/16/01 Facsimile requesting transfer to Jenkins & Gilchrist for invoice | Goldstein Ex. 8<br>Plaintiff's 6865-6867 |
| 257 | 11/16/04 Facsimile from L. Goldstein to David Parse enclosing list of option contract amounts for trades for family members | Ex. 509<br>Plaintiff's 2332-2333 |
| 258 | Invoice from 06/02/2000 through 08/31/01 | Waterman Ex. 11<br>Plaintiff's 3103-3118 |
| 259 | 8/18/00 Memo re Revisions to Confidential Corporate Tax Shelter Regulations | Waterman Ex. 12<br>SLK 9688-9720 |
| 261 | 3/27/00 Facsimile from Deutsche Bank to J. Welles re 02/15/00 Confirmation signed by Perry Parker and Rick Pychewicz | Waterman Ex. 16<br>Plaintiff's 3063-3068 |
| 262 | Northern Trust Company Change in Book and Market Value for Stobie Creek Investments 1/1/00 - 8/31/00 | Plaintiff's 4817-4919 |
| 263 | Northern Trust Company Transaction Detail by Category - P and I for Stobie Creek Investments 4/1/00 - 6/30/00 | Plaintiff's 4657-4705 |
| 264 | Northern Trust Company Asset Summary for Stobie Creek Investments LLC 6/30/00 | Plaintiff's 4716-4717 |
| 265 | Northern Trust Company Income and Expense Summary for Stobie Creek Investments LLC 1/1/00 - 6/30/00 | Plaintiff's 4729-4730 |
| 266 | 9/11/00 facsimile from L. Goldstein to Walsh re: Jeff and Maud Welles 9/15/00 Estimated Taxes | Plaintiff's 4925-4967 |
| 267 | 5/10/00 facsimile from M. Aubry to Jeffrey Welles attaching payout schedule | Plaintiff's 4725-4728 |

Exhibit B

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 268 | Accounting Table for Welles Family Members | Plaintiff's 4737-4744 |
| 269 | Allocation of LTCG on Currency Transaction (Sale of Therma-Tru Shares) | Plaintiff's 4750-4816 |
| 270 | 12/2/02 Key Bank to L. Goldstein re Therma-Tru/KT Holdings Escrow | Plaintiff's 700-707 |
| 271 | 8/31/00 IRS to Stobie Creek Investments LLC returning Form 8832 since it is unnecessary | Floyd 2201 |
| 280 | Frankel Handwritten Notes | Frankel Ex. 6 |
| 290 | E-mail String dated 9/12/07 | Frankel Ex. 11 |
| 314 | Intentionally Left Blank | |
| 318 | Levich Work Papers | Levich Ex. 13 |
| 322 | Spreadsheet re: Spot Rates for 1/2/98 through 12/29/00 | Levich Ex. 5 |
| 324 | Multiple sheets with handwritten notations, charts, tables | Levich Ex. 8 |
| 327 | 9/30/07 Levich letter to Bob Kolek enclosing invoice | Levich Ex. 11 |
| 329 | Article entitled, "The yen/dollar exchange rate in 1998" authored by Neil Cooper and James Talbot | |
| 336 | Starke Testimony in Jade Trading | |
| 337 | Starke Memo in Jade Trading - Tax analyst, Doc. Service, Doc 2005-20853 | 010796-101838 |
| 338 | 10/23/07 Robert Kolb Transcript | |
| 339 | 10/18/07 Stuart Smith Transcript, Signature & Errata Sheet | |
| 340 | 10/16/07 Jeffrey Frankel Transcript, Signature & Errata Sheet | |
| 341 | 10/17/07 Richard Levich Transcript, Signature & Errata Sheet | |
| 342 | 10/25/07 David DeRosa Minuscript | |
| 343 | 10/26/07 Ira Shepard Transcript, Signature & Errata Sheet | |
| 344 | 12/8/06 David Herpe Transcript, Errata & Signature Sheet | |
| 345 | 9/29/06 Stephen Bores Transcript | |
| 346 | 12/11/06 Virginia Jordan Minuscript | |
| 347 | 8/17/07 Virginia Jordan Minuscript | |
| 348 | 12/12/06 David K. Welles Jr. Transcript & Signature Sheet | |
| 349 | 7/24/07 David K Welles, Jr. Transcript, Signature & Errata Sheet | |
| 350 | 12/13/06 Peter Welles Transcript, Signature & Errata Sheet | |
| 351 | 7/19/07 Peter Welles Transcript, Minuscript & Signature Sheet | |
| 352 | 12/14/06 Christopher Welles Transcript | |
| 353 | 8/16/07 Christopher Welles Transcript | |
| 354 | 12/15/06 Jeffrey Welles Transcript, Signature & Errata Sheet | |
| 355 | 8/8/07 Jeffrey Welles Transcript | |
| 356 | 7/31/07 Georgia Welles Transcript & No Signature | |

**Exhibit B**

**STOBIE CREEK v. UNITED STATES OF AMERICA**
**PLAINTIFF'S EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | PREVIOUSLY MARKED And/Or BATES NO. |
|---|---|---|
| 357 | 7/31/07 Robert Floyd Transcript & Signature Sheet | |
| 358 | 8/2/07 Thomas Cotter Transcript | |
| 359 | 8/1/07 David Waterman Transcript Signature and Errata Sheet | |
| 360 | 8/7/07 Larry Goldstein Transcript | |
| 361 | 8/22/07 William Vogel Transcript | |