# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, and JFK ENTERPRISES, INC.,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-748T & 07-520T |
| **THE UNITED STATES,** | * | (Filed Mar. 3, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's motion for the authorization of subpoenas filed on February 28, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

Service beyond 100 miles from the place of travel in order to testify during trial at the time and place indicated is hereby authorized for the following individuals:

| | | |
|---|---|---|
| Lawrence Goldstein | Robert Floyd | Thomas Cotter |
| John Ivsan | Craig Brubaker | Perry Parker |
| Frank Edwards | Neil Bresolin | Jeanette Michaels |
| Rick Pychewicz | Mark Deutsch | Roger Hayse |
| Richard Levich | Jeffrey Frankel | Jeffrey Welles |
| Christopher Welles | David Welles, Jr. | Virginia Welles Jordan |
| Peter Welles | Georgia Welles | Steven Bores |
| David Waterman | | |

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge