# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS LLC and JFW ENTERPRISES, INC.,** *
Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Mar. 10, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to an off-the-record telephonic conversation between counsel for defendant and the court's law clerk, wherein defendant requested two additional days to respond to Plaintiffs' Motion To Compel Documentary Support for "Summary Chart," and represented that plaintiffs did not object,

**IT IS ORDERED**, as follows:

Paragraph 1 of the order issued March 7, 2008, is modified insofar as defendant shall respond to plaintiff's motion by March 14, 2008.

s/ Christine O.C. Miller
________________________________________
**Christine Odell Cook Miller**
**Judge**