# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC, and** *
**JFW ENTERPRISES, INC.,** *

Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Mar. 11, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Paragraph 5 of the order entered on December 10, 2007, is modified insofar as trial, not to exceed 10 days, shall commence at 10:00 a.m. on Wednesday, April 9, 2008, and will conclude on Wednesday, April 23, 2008.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge