**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **07-520 T** |
| **v.** | ) | |
| | ) | **(Judge Christine O. C. Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**THE UNITED STATES' WITNESS LIST**

Pursuant to RCFC, Appendix A, Section 15(a), the United States provides this list of witnesses whom it expects to call at trial or may call at trial for case-in-chief or rebuttal purposes.

**Witnesses The United States Expects to Call at Trial**

| Name | Time | Subjects |
|---|---|---|
| David DeRosa | 2 hrs. | Overpricing of FX options and lack of profit potential of FX options. Lack of financial or investment benefit from shelter transactions. FX markets, option pricing and investment analysis. |
| Mark Deutsch | .5 hr. | Recapitalization of Therma Tru, communications with Welleses about J&G tax shelter. |

| | | |
|---|---|---|
| Rod Mackay | 1 hr. | J&G tax shelter and use of FX options to reduce income taxes, as explained by Paul Daugerdas. |
| Carrie Yackee | 1 hr. | Accounting, processing and recording of FX options at Deutsche Bank for J&G tax shelters. Recording of details of J&G tax shelters sold by David Parse, including Welleses' transactions. |
| Frank Edwards | .5 hr. | Communications with Jeff Welles about purported FX options. |
| Neil Bresolin | .5 hr. | Communications with Jeff Welles about purported FX options. |
| Rick Pychewicz | 1 hr. | Accounting, processing and recording of FX options at Deutsche Bank. Use of templates to generate trade confirmation for FX transactions used in J&G tax shelter, including Welleses' transactions. |
| Barbara Aprile | .5 hr. | Preparation of summary exhibit concerning J&G/ Deutsche Bank Son of BOSS and BEDS shelters |

**Witnesses Who May Be Called at Trial**

| Name | Time | Expected Topics |
|---|---|---|
| Jeffrey Welles | 2 hrs. | Implementation and reporting of Jenkens & Gilchrist ("J&G") tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |
| Christopher Welles | .5 hrs. | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |
| David Welles, Jr. | .5 hrs. | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation operation of Stobie Creek. |
| Georgia Welles | .5 hrs. | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation operation of Stobie Creek. |
| Virginia Welles | .5 hrs. | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |
| Peter Welles | .5 hrs. | Implementation and reporting of J&G tax shelter, purported purchase of FX options, formation and operation of Stobie Creek. |
| Larry Goldstein | 1 hr. | Implementation and reporting of J&G tax shelter, purported purchase of FX options, operation of Stobie Creek. |

| | | |
|---|---|---|
| Jeffrey Frankel | 1 hr. | FX markets. |
| Richard Levich | 1 hr. | FX markets, option pricing and analysis. |
| David Parse | 1 hr. | J&G tax shelter and use of FX options. Communications with the Welleses. We currently expect Mr. Parse to refuse to answer questions based on his 5th Amendment privilege. |
| Jeanette Michaels | .5 hr. | Accounting, processing and recording of FX options at Deutsche Bank. |
| Paul Daugerdas | 1 hr. | J&G tax shelters and use of FX options. Communications with the Welleses. We currently expect Mr. Daugerdas to refuse to answer questions based on his 5th Amendment privilege. |
| Donna Guerin | 1 hr. | J&G tax shelters and use of FX options. Communications with the Welleses. We currently expect Ms. Guerin to refuse to answer questions based on her 5th Amendment privilege. |
| John Ivsan | 1 hr. | J&G tax shelters and use of FX options. Communications with the Welleses. We currently expect Mr. Ivsan to refuse to answer questions based on his 5th Amendment privilege. |

| | | |
|---|---|---|
| Jason Shih | .5 hr. | J&G tax shelters and use of FX options. We currently expect Mr. Shih to refuse to answer questions based on his 5th Amendment privilege. |
| Perry Parker | .5 hr. | J&G tax shelters and use of FX options. We currently expect Mr. Parker to refuse to answer questions based on his 5th Amendment privilege. |
| Craig Brubaker | 1 hr. | J&G tax shelters and use of FX options. We currently expect Mr. Brubaker to refuse to answer questions based on his 5th Amendment privilege. |
| Stephen Bores | .5 hr. | Implementation of J&G tax shelter and communications with SL&K. |
| Robert Kolb | 1 hr. | FX markets. Option pricing and analysis. |
| David Waterman | `1 hr. | Communications with the Welleses, J&G, Deutsche Bank and others at SL&K. Implementation and reporting of J&G tax shelter for the Welleses and other clients. |
| Tom Cotter | 1 hr. | Communications with the Welleses, J&G, Deutsche Bank and others at SL&K. Implementation and reporting of J&G tax shelter for the Welleses and other clients. |
| Robert Floyd | .5 hr. | Communications with the Welleses, J&G, Deutsche Bank and SL&K. Implementation and reporting of J&G tax shelter for the Welleses and other clients. |

| | | |
|---|---|---|
| Document custodian for Deutsche Bank | .5 - 2 hrs. | Business records foundation for Deutsche Bank records and documents. |
| Roger Hayse, document custodian for Jenkens & Gilchrist | .5 - 2 hrs. | Business records foundation for Jenkens & Gilchrist records and documents. |
| David Herpe | .5 hr. | Creation of Stobie Creek, communications and meetings with Welleses. |

The United States is also filing a motion to admit as substantive evidence the depositions of the witnesses whom it expects to refuse to answer questions at trial, and who also refused to answer questions at their depositions, based on their 5th Amendment privileges: Paul Daugerdas, Donna Guerin, John Ivsan, David Parse, Jason Shih, Perry Parker, and Craig Brubaker. The United States is preserving the right to call them at trial, and listing them as potential witnesses, in case the Court does not admit the depositions into evidence, the Court prefers that the witnesses appear at trial, or the United States determines that their presence at trial is required.

Respectfully submitted,

*s/ Stuart D. Gibson*
Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

John A. DiCicco
Deputy Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Jacob E. Christensen
Trial Attorney Court of Federal
Claims Section

*s/ David Gustafson*
Of Counsel

Dated: March 12, 2008