**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **07-520 T** |
| **v.** | ) | |
| | ) | **(Judge Christine O. C. Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**THE UNITED STATES' EXHIBIT LIST**

Pursuant to RCFC, Appendix A, Rule 16, the United States submits the attached list (Exhibit A) of exhibits that it expects to offer and that it may offer at trial for case-in-chief or rebuttal purposes. The United States also reserves the right to offer any exhibit listed by plaintiffs.

Respectfully submitted,

*s/ Stuart D. Gibson*

Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

John A. DiCicco
Deputy Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Jacob E. Christensen
Trial Attorney Court of Federal
Claims Section

*s/ David Gustafson*
Of Counsel

Dated: March 12, 2008