**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748 T** |
| | ) | **07-520 T** |
| **v.** | ) | |
| | ) | **(Judge Christine O. C. Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**THE UNITED STATES' OBJECTIONS TO PLAINTIFFS' EXHIBITS**

The United States, pursuant to RCFC, Appendix A, Rule 14(a)(3), files the following objections to the plaintiffs' trial exhibits. Attached are the objections to the exhibits that plaintiffs expect to offer at trial (Exhibit A) and the objections to the exhibits plaintiffs may offer at trial (Exhibit B). These correspond to the amended exhibit lists A and B that plaintiffs filed on February 26, 2008. In each list, the United States has included a reference to the applicable rule of the Federal Rules of Evidence for the exhibits to which it has an objection. The United States objects to a number of exhibits on the ground that, as offered by the plaintiffs, they constitute or contain inadmissible hearsay, prohibited by Fed. R. Evid. 802. Some of these same exhibits may, nevertheless, be offered by the United States, as constituting statements made by a party opponent, expressly defined as not hearsay by Fed. R. Evid. 801(d). The United States also reserves the right to make objections based on foundation and authentication at trial, to the extent

then appropriate, and also reserves the right to object to any exhibit that plaintiffs did not produce before the close of discovery.

Respectfully submitted,

*s/ Stuart D. Gibson*

Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

John A. DiCicco
Deputy Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney, Court of Federal
Jacob E. Christensen
Trial Attorney Court of Federal
Claims Section

*s/ David Gustafson*

Of Counsel

Dated: March 12, 2008