**Gibson, Stuart D. (TAX)**

**From:** Gibson, Stuart D. (TAX)
**Sent:** Friday, August 17, 2007 4:46 PM
**To:** 'Feeney, Colleen M.'; Johnson, Cory A. (TAX)
**Cc:** Christensen, Jacob E. (TAX)
**Subject:** RE: Stobie Creek: summary documents

Colleen,

Cory is on an airplane on his way back from Charlotte, NC, where he took the deposition of John Ivsan today. As he had told you in an e-mail sent to you on Tuesday of this week, the rules do not permit a party to use a document subpoena to shorten the time for production of documents provided for in Rule 34. Although you purported to issue the subpoena to Ms. Aprila, the documents you seek are not hers, but are documents of the United States, a party to this lawsuit. They are, accordingly, subject to the timing requirements of Rule 34.

We do, nonetheless, plan to get you the summary in time for you to take Ms. Aprila's deposition on August 28. As for the underlying documents, we produced all of them to you over the past year and a half, since Deutsche Bank and J&G began responding to our document subpoenas. You have had all those documents -- and some summaries of those documents -- for about a year. The summaries already in your possession include, for example, Exhibits 512, 513, 515, 516, 517, 519, 520, and 556, used last week at the depositions of David Parse and Craig Brubaker; Exhibit 7 to the deposition of Donna Guerin taken two weeks ago; and a number of other documents on which we recently sought admissions. You certainly have had ample opportunity to review them and the documents they summarize. But if, after looking at the summary to be produced, you feel you have not had enough time to review the documents, we would agree to the suggestion you made in an e-mail on Tuesday to postpone the Aprila deposition to give you a chance to review them.

As for your assertion about additional J&G documents, I do not recall receiving any additional documents from J&G in April. Instead, I do recall receiving one CD with documents from Deutsche Bank in April. And I also recall that we forwarded a copy of that CD to you shortly thereafter. It would help if you could tell us what J&G documents you believe we received and did not send to you, so that we can identify them and determine what happened.

In any event, by copy of this e-mail, I am asking Cory to respond to you more fully as necessary, when he returns.

Stuart D. Gibson
Senior Litigation Counsel
Tax Division
Department of Justice
Washington, DC

---

**From:** Feeney, Colleen M. [mailto:CFeeney@schiffhardin.com]
**Sent:** Friday, August 17, 2007 3:04 PM
**To:** Johnson, Cory A. (TAX)
**Cc:** Gibson, Stuart D. (TAX)
**Subject:** Stobie Creek: summary documents

Cory,

We still have not received the underlying documents for Ms. Aprile's summary chart or her chart. Please forward a tracking number. As you know these were due on August 10, 2007, pursuant to the subpoena. The subpoena provided for a reasonable time to comply and we need sufficient time to review the documents prior to the deposition.

In addition, it is our understanding that J&G produced an additional database of documents in April 2007. We have not received a copy. Please forward a copy as soon as possible.

Thanks,
Colleen

Colleen M. Feeney
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
phone: 312.258.5717
fax: 312.258.5600
email: cfeeney@schiffhardin.com

---------------------------------------------------------------------

Tax Matters: To the extent this message or any attachment concerns tax matters, it is not intended or written to be used, and cannot be used by a taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer under law.

---------------------------------------------------------------------

This message and any attachments may contain confidential information protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error. Then delete it. Thank you.

---------------------------------------------------------------------