# Expert Report of David F. DeRosa, Ph.D.

## September 14, 2007

## *Stobie Creek Investments, LLC, et al v.*

## *The United States Of America*

### Table of Contents


I. INTRODUCTION AND SUMMARY

*I.A. Qualifications* . . . . . . . . . . . . . . . . . . . . 3

*I.B. Purpose of Report* . . . . . . . . . . . . . . . . . . 6

*I.C. Disclosure Compliance* . . . . . . . . . . . . . . . . 10

*I.D. Summary of Conclusions* . . . . . . . . . . . . . . . 11

II. THE FOREIGN EXCHANGE MARKET

*II.A. Overview of the Foreign Exchange Market* . . . . . . 12

*II.B. Market Conventions* . . . . . . . . . . . . . . . . . 14

*II.C. Spot Transactions* . . . . . . . . . . . . . . . . . 16

*II.D. Forward Transactions* . . . . . . . . . . . . . . . . 17

*II.E. Options on Foreign Exchange* . . . . . . . . . . . . 20

*II.F. Digital Options* . . . . . . . . . . . . . . . . . . 23

III. OPINIONS AND BACKGROUND FOR OPINIONS

*III.A. The Offsetting Options Reflected Irregular Pricing.* . . . . . . . . . . . . . . . . . . . . . 26

*III.B. The Offsetting Options Held Long By Each Participant, Or Stobie Creek Investments, LLC, Would Never Be Exercised Without The Offsetting Options Held Short By The Participants Or Stobie Creek Investments, LLC Also Being Exercised.* . . 42

*III.C. An Objective Analysis Of The Transactions Reveals That The Offsetting Options Did Not Provide The Participants, Or Stobie Creek Investments, LLC, With A Reasonable Possibility Of Achieving A Profit.* . . . . . . . . . . . . . . . . . . . . 52

*III.D. Each Offsetting Option The Participants Purchased, Sold, Or Contributed To Stobie Creek Investments, LLC, Represented A Component Element Of A Single Transaction Structure.* . . . . . . . . . . . . . . . 58

*III.E. An Analysis Of The Hedging Transactions Done By DEUTSCHE BANK Supports My Single Transaction.* 79

*III.F. The Participants Had No Business Purpose In Contributing Their Offsetting Options To Stobie Creek Investments, LLC, And Therefore Stobie Creek Investments, LLC Had No Business Purpose In The Context Of These Transactions.* . . . . . . .90

IV. CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . .93

V. APPENDICES . . . . . . . . . . . . . . . . . . . . . . . . 98

# I. INTRODUCTION AND SUMMARY

## *I.A. Qualifications*

I have had extensive experience with the international capital markets over the past thirty years and with managing and evaluating hedge funds over the past twelve years. I was a derivatives portfolio manager at Alliance Capital Management, a currency trader at Swiss Bank Corporation, and a hedge fund trader at Quadrangle Investments LLC. I am currently on the board of directors of five hedge funds, Rubicon Fund Management, BlueCrest Capital International, The Children's Investment Fund, GSA Capital International, and Preston Capital Management. The combined capital of these funds is approximately $25 billion.

I am the president and owner of DeRosa Research and Trading, Inc. DeRosa Research and Trading, Inc. is a member of the National Futures Association. I am an adjunct professor of finance at the Yale School of Management and Fellow of the International Center for Finance, where I have taught courses in international finance, derivatives,

and emerging markets financial policy since 1996. I am also an adjunct associate professor of industrial engineering and operations research at Columbia University where I teach a course in foreign exchange and related derivative instruments.

I received my Ph.D in finance and economics from the Graduate School of Business of the University of Chicago and my A.B. in economics from the College of the University of Chicago. In addition to Yale and Columbia, I have served on the faculties of the Graduate School of Business of the University of Chicago, the University of Southern California, and Loyola University of Chicago.

I am the author of three books on foreign exchange derivatives: Options on Foreign Exchange, 2nd ed. John Wiley & Sons, 2000 (Japanese Language Edition, Toyo Keizai, Tokyo); Currency Derivatives, John Wiley & Sons, 1998; and Managing Foreign Exchange Risk, Revised Edition, Irwin / McGraw-Hill, 1996 (Japanese Language Edition, Yuuhikaku, Tokyo). I am also the author of In Defense of Free Capital Markets: The Case Against a New International Financial Architecture, Bloomberg Press, January, 2001.

My full *curriculum vitae* is attached hereto as Appendix I. In my CV I have included my publications for the last 10 years as well as a list of trials, depositions and hearings where I have testified in the last 4 years.

***I.B. Purpose of Report***

I have been asked by the counsel for the United States to analyze certain transactions undertaken by members of the Welles family through seven entities: JFW Investments, LLC; PCW Investments, LLC; CSW Investments, LLC; DKW Senior Investments, LLC; David K. Welles Sr. 1994 Qualified Annuity Trust; DKW Junior Investments, LLC; and VJ Investments, LLC (collectively referred to herein as the "Participants").

On March 31, 2000 each Participant purportedly entered into two offsetting digital currency options pairs with DEUTSCHE BANK as the counterparty (collectively referred to herein as the "Stobie Creek transactions"). According to the DEUTSCHE BANK confirmations, each of the seven Participants engaged in offsetting options on the euro against the U.S. dollar ("EUR/USD"), and at the same time engaged in offsetting options on the U.S. dollar against the Swiss franc ("USD/CHF"). The offsetting option trades were each comprised of two components: a long digital currency option and a short digital currency option, which were purchased and sold simultaneously. Each pair of options was paid for on a net basis (i.e., combining the long

option premium and the short option premium). The strike price on each short option component was 2 pips removed from the strike for its corresponding long option component.[1] The expiration date for all of the component options was April 17, 2000 (17 days after the trade date). All of the Participants contributed their offsetting options to Stobie Creek Investments LLC ("Stobie Creek").[2] Table 1 lists the Participants and their transactions[3]:

| Participant | CCY Pair | Long Strike | Short Strike | Long Premium | Short Premium | Net Premium | Net Potential Payoff |
|---|---|---|---|---|---|---|---|
| JFW Investments, LLC | EUR/USD | 0.9912 | 0.9914 | (9,662,500) | 9,565,875 | (96,625) | $193,250 |
| JFW Investments, LLC | USD/CHF | 1.7027 | 1.7029 | (9,662,500) | 9,565,875 | (96,625) | $193,250 |
| PCW Investments, LLC | EUR/USD | 0.9912 | 0.9914 | (9,902,500) | 9,803,475 | (99,025) | $198,050 |
| PCW Investments, LLC | USD/CHF | 1.7027 | 1.7029 | (9,902,500) | 9,803,475 | (99,025) | $198,050 |
| CSW Investments, LLC | EUR/USD | 0.9912 | 0.9914 | (9,662,500) | 9,565,875 | (96,625) | $193,250 |
| CSW Investments, LLC | USD/CHF | 1.7027 | 1.7029 | (9,662,500) | 9,565,875 | (96,625) | $193,250 |
| DKW Senior Inv., LLC | EUR/USD | 0.9912 | 0.9914 | (2,707,500) | 2,680,425 | (27,075) | $54,150 |
| DKW Senior Inv., LLC | USD/CHF | 1.7027 | 1.7029 | (2,707,500) | 2,680,425 | (27,075) | $54,150 |
| DKW Sr. 1994 Trust | EUR/USD | 0.9912 | 0.9914 | (44,820,000) | 44,371,800 | (448,200) | $896,400 |
| DKW Sr. 1994 Trust | USD/CHF | 1.7027 | 1.7029 | (44,820,000) | 44,371,800 | (448,200) | $896,400 |
| DKW Junior Inv., LLC | EUR/USD | 0.9912 | 0.9914 | (15,870,000) | 15,711,300 | (158,700) | $317,400 |
| DKW Junior Inv., LLC | USD/CHF | 1.7027 | 1.7029 | (15,870,000) | 15,711,300 | (158,700) | $317,400 |
| VJ Investments, LLC | EUR/USD | 0.9912 | 0.9914 | (9,662,500) | 9,565,875 | (96,625) | $193,250 |
| VJ Investments, LLC | USD/CHF | 1.7027 | 1.7029 | (9,662,500) | 9,565,875 | (96,625) | $193,250 |

**Table 1**

1 In the case of the euro trading against the U.S. dollar, 2 pips is equal to 2/100th's of one U.S. cent. In the case of the U.S. dollar trading against the Swiss franc 2 pips is equal to 2/10,000th's of a franc.
2 The parties contest whether Stobie Creek Investments, LLC is or was a partnership for tax purposes. I am not expressing an opinion on that.
3 In the EUR/USD confirmation for CSW Investments LLC, the long premium was stated as $9,962,500. I assume the correct premium amount was $9,662,500, corresponding to other Participants' transactions as well as the CSW Investment LLC's USD/CHF transaction. Correct brokerage procedure calls for an amended confirmation to be issued, for which I saw no such evidence.

Each of the seven participants did a set of EUR/USD digital options and a set of USD/CHF digital options (14 offsetting option pairs in all) that were identical in all respects but the notional size. The stated premiums ranged from $2,707,500 to $44,820,000 on the long options, and $2,680,425 to $44,371,800 on the short options. The Participants paid a total net premium of $2,045,750, which was exactly 1% of the total long option premium. That is, they did not separately pay the total long option premium of $204,575,000 and receive the total short option premium of $202,529,250.

In this report I opine on the following questions regarding the Stobie Creek transactions:

- Were the offsetting options correctly priced?
- Was there any possibility that the long options owned by the Participants and Stobie Creek Investments, LLC could be exercised without the offsetting options held short by the Participants, and Stobie Creek Investments, LLC, also being exercised?
- Viewing the transactions objectively, did the offsetting options provide Stobie Creek Investments, LLC with a reasonable possibility of achieving a profit?
- Did each offsetting option the Participants purchased, sold, or contributed to Stobie Creek Investments, LLC

represent a component element of a single transaction structure?

- Does an analysis of the hedging transactions done by DEUTSCHE BANK support the single transaction opinion?
- Did the Participants achieve any business purpose in contributing the offsetting options to Stobie Creek Investments, LLC, and did Stobie Creek Investments, LLC have any business purpose in the context of these transactions?

As additional support for my conclusions with respect to Stobie Creek's transactions, I include in Appendix III a list of 252 other offsetting option transactions executed for other taxpayers in 1999 and 2000. All of these trades were similarly structured and implemented through DEUTSCHE BANK.

The similarities in set-up between these 252 transactions and the Stobie Creek transactions warrant analysis and explanation, which will be included in the opinions in this report. The essential similarities are as follows:

1. The net stated premium was 1% of the long option premium for all transactions.
2. The sweet spot (the spread between the strike prices within each digital currency option pair) was always 2-pips wide for each transaction, regardless of which

currencies were traded. The term "sweet spot" is explained on p. 24.

### *I.C. Disclosure Compliance*

#### *I.C.i. Data and other information considered*

In connection with the preparation of this report, I have reviewed at least the following material (the "data"):

- Trade confirmations, monthly brokerage statements, and assignment requests, produced in discovery, relating to the offsetting option transactions executed between Deutsche Bank AG New York Branch (DEUTSCHE BANK) and the Participants and Stobie Creek Investments, LLC;
- Market data from the Federal Reserve Bank of New York and Bloomberg, L.P. regarding interest rates, volatilities, and options pricing;
- Documents listed in Appendix II;
- Documents relating to transactions from internal records of DEUTSCHE BANK including trade confirmations, ODET printouts, RMS documents, and other reports, which were produced in discovery.
- The depositions of Jeffrey Welles and William Vogel.

### *I.C.ii. Compensation*

I have been compensated for my time in this case at a rate of $350 per hour.

### *I.D. Summary of Conclusions*

Based on the analysis described below, I conclude that:

- The offsetting options reflected irregular pricing;
- The offsetting options held long by each Participant, or Stobie Creek Investments, LLC, would never be exercised without the offsetting options held short by the Participants, or Stobie Creek Investments, LLC, also being exercised;
- An objective analysis of the transactions reveals that the offsetting options did not provide the Participants, or Stobie Creek Investments, LLC, with a reasonable possibility of achieving a profit;
- Each offsetting option the Participants purchased, sold, or contributed to Stobie Creek Investments, LLC represented a component element of a single transaction structure;
- An analysis of the hedging transactions done by DEUTSCHE BANK supports my single transaction opinion;
- The Participants had no business purpose in contributing their offsetting options to Stobie Creek Investments, LLC, and therefore Stobie Creek Investments, LLC had no business purpose in the context of these transactions.

# II. THE FOREIGN EXCHANGE MARKET

## *II.A. Overview of the Foreign Exchange Markets*

The foreign exchange market is the largest of the financial and capital markets. The Bank for International Settlements in Basel publishes a triennial survey of the foreign exchange market. The closest survey to the time of the transactions discussed in this report was done in April 2001. The 2001 survey estimated the daily turnover in April 2001 for all foreign exchange trading was $1.2 trillion notional dollars.[4]

Foreign Exchange trading takes place 24-hours a day except on weekends. London, New York and Tokyo are the largest centers for foreign exchange trading, respectively, yet trading takes place in dozens of smaller financial centers. The largest volume of trading is done in the interbank foreign exchange market, where wholesale buying and selling of foreign exchange and derivative instruments on foreign exchange takes place. A very small fraction of foreign exchange trading is done on organized exchanges such as the Chicago Mercantile Exchange. In 2001, the total notional

[4] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). Basel p. 1

value of foreign exchange traded on the Chicago Mercantile exchange was $2 trillion - equivalent to less than two days of trading on the Interbank market.[5] The Interbank market has no centralized physical exchange trading floor (such as the New York Stock Exchange). Rather, trading is conducted through a network of dealers entering into over-the-counter transactions with each other. Large money-center banks and a handful of investment banks dominate trading. Over-the-counter transactions are private transactions between two parties. The terms of these transactions are governed by agreements between the parties - typically in the form of an International Swap and Derivatives Association ("ISDA") Master Trading Agreement or a Foreign Exchange and Options Master Agreement ("FEOMA").

The majority of trading in the foreign exchange market is buying and selling U.S. dollars against other currencies. The largest volume of trades is the dollar for and against the euro. The second largest volume of trades is the dollar for and against the yen, while the dollar for and against the British pound is third.[6]

---

[5] Chicago Mercantile Exchange 8K SEC Filing 12/6/02 p. 41

[6] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). p. 5

### *II.B. Market Conventions*

The convention of the foreign exchange market is to quote the euro, the pound sterling, and the Australian dollar all in terms of dollars. These exchange rates are written as EUR/USD, GBP/USD, and AUD/USD, respectively for the euro, the pound, and the Australian dollar, all against the US dollar. For example, a quotation for the euro (EUR/USD) of 1.0500 means that one euro is worth $1.05. Some other currencies are quoted against the dollar in units of foreign currency. Examples are the Japanese yen (USD/JPY), the Deutsche mark (USD/DEM), and the Swiss franc (USD/CHF). A quotation for the Swiss franc of 1.6525 means one dollar is worth 1.6525 Swiss francs.

Currency Market participants use the term "pip" to mean the smallest unit of quotation in the foreign exchange market. Dollar/yen (USD/JPY) is quoted to two decimal digits. EUR/USD, GBP/USD, USD/CHF, and USD/DEM are all quoted to four decimal digits. For the EUR/USD exchange rates, one pip is 1/100th of one U.S. cent. For USD/CHF, one pip is 1/10,000 of one Swiss franc. The USD/CHF spread strategy discussed in this report had strike prices of 1.7029 and

1.7027. A trader would describe such a strike spread as being "2 pips wide."

Dealers quote foreign exchange in the form of bid prices and ask prices. The bid is the price where a dealer is willing to buy. The ask is the price where a dealer is willing to sell. The difference between the bid and the ask is called the "spread" or "bid-ask spread." For example, a dealer might quote EUR/USD as 1.0500 - 1.0502. This means the dealer is willing to buy euros (for dollars) at 1.0500 or, alternatively, sell euros at 1.0502.

### *II.C. Spot Transactions*

The most basic transaction done in the foreign exchange market is called a spot deal. Spot deals in foreign exchange are done for a multitude of purposes, some commercial, some financial, and some pure speculation on the future direction of exchange rates. In a spot deal, counterparties agree to exchange sums of different currencies at a time in the future called the value date. Market convention is that the spot value date is two bank business days after the trade date. Local holidays do not count as valid value dates. An example of a spot deal is a U.S.-based company selling computers to a company in Germany for payment in euros. The euro proceeds of the sale can be converted to dollars by doing a spot deal. Euros would be sold for dollars for settlement in two bank-business days. The euro part of the transaction would be settled locally in Germany, or at another European banking center with local euro settlement facilities. The dollar side would be settled at any banking center in the United States. Although the national currency of the United Kingdom is the pound sterling, both pound and euro transactions can be settled in London.

### *II.D. Forward Transactions*

Forward foreign exchange deals are done for extended settlement beyond the spot value day. Forward foreign exchange is routinely quoted for value in one week, one month, two months, three, six, or twelve months, and sometimes even longer than 12 months. Forwards are employed by hedgers to manage foreign exchange risk. An example of a hedger would be a U.S.-based manufacturer who makes a deal to sell oil drilling equipment to a company in England. Suppose the English company agrees to pay the manufacturer 100 million pounds in one month's time. If the manufacturer wanted to "lock in" the dollar value of the proceeds of the sale -- so as to avoid the risk of the pound falling in value - it would sell pounds forward for value in one month. This would immunize the manufacturer against fluctuations in the pound against the dollar. At settlement, in one month's time, the forward deal would require the manufacturer to deliver pounds for which it would receive dollars. Presumably, the manufacturer would use the pounds received from the sale of the drilling equipment to satisfy pound side of the forward transaction.

Forward exchange rates, called "outrights," are quoted for virtually any future valid spot value date for major currencies, such as the euro, the pound sterling, the yen, and the Swiss franc, and the Deutschmark before the introduction of the euro. Forward outrights necessarily differ from the spot exchange rate because of differences in the interest rates between the buying and selling currencies. By way of illustration, during all of 1999 and 2000, 1-year interest rates for euro deposits were significantly lower than those for dollars. The forward exchange rate for euros could not be the same as the spot exchange rate because that would create a riskless but profitable arbitrage trade: Traders could borrow in euros (the currency with the lower interest rate), sell the euros for dollars (which will be invested at an interest rate higher than the euro), and complete the transaction by selling the dollars for euros forward at a date coinciding with the expiration of the original euro loan. The use of the forward in the last step would hedge the currency risk associated with movements in the exchange rate during the period of the outstanding euro loan. Earning income on the interest rate differential while eliminating currency risk would be a profitable yet riskless transaction, which would be extremely unusual in the highly efficient foreign

exchange markets. Indeed, the market precludes this by setting the forward outright away from the spot by just enough to remove the riskless profit opportunity.[7]

[7] This principle is called "covered interest parity" in the economics literature.

### *II.E. Options on Foreign Exchange*

Directly relevant to this case are put and call options on foreign currency pairs. Most currency options are traded on the interbank market where the same banks and investment banks that deal spot and forward foreign exchange also deal currency options. A call on a currency is the right but not the obligation to buy a specified amount of that currency (called the face amount) on or before the option expiration date at a fixed strike price. Likewise a put is the right but not the obligation to sell foreign currency. These standard options are called "vanilla" options to distinguish them from other forms of options, some of which are called "exotic" options. When a trader buys a call or put, he or she pays the seller of the option a price, called the "premium." The seller (the seller is called the "writer" of the option) of a call option is obligated to deliver the face amount of foreign currency in exchange for the option strike if the option owner chooses to exercise the option. Similarly, the writer of a put option is obligated to buy a sum of foreign currency in exchange for the option strike if the option owner chooses to exercise the option.

Most interbank currency options are "European" exercise, meaning these options can be exercised only in the final twenty-four hours of their lives. At expiration, an option that is a call on the euro (equivalently a put on the dollar) is "in-the-money" if the spot bid is above the option strike.[8] For example, suppose an investor owned a euro call struck at 1.1000 having a face of €1,000,000 (equivalently $1,100,000). If the spot exchange rate at expiration were quoted 1.2000-1.2005 the option would be "in-the-money." The investor would be correct to exercise the option because it gave him the right to buy euros (sell dollars) through the exercise of the option at 1.1000 which can in turn be sold at the bid price of 1.2000. In exercising the option the investor would exchange $1,100,000 (1,000,000 * 1.1000) for €1,000,000. He could hold the euros or he could simultaneously sell €1,000,000 for $1,200,000 (1,000,000 * 1.2000). His gross profit, not counting the cost of the option, would be $100,000 ($1,200,000 - $1,100,000).

The bulk of currency options expire at 10:00am local New York time on their expiration dates. This expiration is

[8] A currency call option that is in-the-money-forward refers to the case where the prevailing forward exchange outright exceeds the option strike.

called the "New York cut." The window for exercise on a European-exercise vanilla option is the 24-hours that precede the expiration time.

The Bank for International Settlements estimates that the average daily notional value of interbank foreign exchange option trading in April of 2001 was $60 billion.[9]

[9] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). p. 78

### *II.F. Digital Options*

The specific type of foreign currency options in this case are digital options (also sometimes referred to as "binary" options). A digital option is a cash-settled lump-sum payoff option. If a digital option is out-of-the-money at expiration it pays nothing. But if a digital option is in-the-money at expiration it pays a fixed amount, the lump-sum, regardless of by how much it is in-the-money. This differs from a plain vanilla option in that the plain vanilla option will be worth more if it is deeper into-the-money.

Digital options can be either American or European exercise. They can also be either puts or calls[10]. Unlike vanilla options, which may be exercised in the 24-hour period which precedes their 10:00am New York time cutoff, digital options are only exercised at exactly 10:00am New York time on expiration date. Regardless of the style of exercise, digital options produce only one of two payoff scenarios: either a specific at- or in-the-money cash payoff, or, if out-of-the-money, zero.

---

[10] For any currency pair, one currency is a call and the other a put. In Stobie Creek, the options are euro call, dollar put for the EUR/USD pair; and dollar call, Swiss franc put for the USD/CHF pair.

Digital options present a special administrative problem in that only one of the involved parties can be the final word on whether the option is at- or in- or out-of-the-money at expiration. In practice exotic options like digitals are created at the request of customers by sophisticated foreign exchange dealing banks. These dealers reserve the right for they themselves to be calculation agents, or "barrier determination agents," as it is sometimes written. The practical significance of this is that the dealing bank has complete say over whether, on one hand, there will be a payment at expiration, or on the other hand, there will be no payment, unless the parties expressly agree to another method for determining whether the strike price has been hit. In the case at hand, the Participants and the dealer, DEUTSCHE BANK, designated DEUTSCHE BANK to be the calculation agent, and gave DEUTSCHE BANK complete discretion to determine whether the strike price was hit.

In the Participants' digital options, the strike prices are set so as to create the appearance of what I refer to as a "sweet spot." A single digital option has no sweet spot. The sweet spot occurs with offsetting digital options, when the strike price on the long option is attained, but the strike price of the offsetting short option is not

attained. Hence the long option can be exercised without the short option being exercised. That range, where the long option holder receives the lump-sum payoff at expiration, but is not obligated to the payoff on the short option, is called the "sweet spot." The payoff to hitting the sweet spot is therefore the payoff from the long option alone.

I concluded that the Participants' digital options had the "appearance" of a sweet spot, but that the sweet spot could never materialize because DEUTSCHE BANK would prevent the sweet spot from being hit. In my trading experience, I have never seen offsetting digital options with a sweet spot only 2 pips wide. I will elaborate on this point further in the opinions of this report.

## III. OPINIONS AND BACKGROUND FOR OPINIONS

### *III.A. The Offsetting Options Reflected Irregular Pricing.*

In discussing option pricing and valuations, some definitions will be useful. I will refer to the price paid or received for an option as its "stated premium."[11] I will use the term "theoretical value" for a number derived from option pricing theory that is the fair value of a digital currency option before consideration of its bid-ask spread. DEUTSCHE BANK calculated its own theoretical values for the options in each of the Participants' transactions. The printouts of the bank's internal trade capture system, called ODET,[12] show these values as well as other details pertaining to the option trades. Separately, I calculated theoretical values for the same options using a mathematical option pricing model.[13]

---

[11] The "net stated premium" is the actual price purportedly paid in cash by the participants for the offsetting options. I will reference this later in the text.
[12] ODET is an acronym for Option Deal Entry Tool. It is a proprietary option trade capture system used by DEUTSCHE BANK to process option trading activity.
[13] Theoretical option pricing model: Reiner, Eric and Mark Rubenstein. "Breaking Down the Barriers." Risk 4 (September 1991a): 29-35, and "Unscrambling the Binary Code." Risk 4 (October 1991b): 75-83. I used pricing tools from Bloomberg, LP to obtain theoretical values for the options.

My investigation into the offsetting options in this case has revealed two anomalies in respect to the valuation of the options. These two anomalies are apparent from comparisons between both sets of theoretical values (my theoretical values as well as DEUTSCHE BANK's theoretical values), and DEUTSCHE BANK's stated premiums for the offsetting options.

The first anomaly I found was that the offsetting option components were priced at levels that far exceeded their theoretical values. According to the stated premiums, DEUTSCHE BANK charged the Participants $102,287,500 in option premium for the EUR/USD long digital currency options on April 4, 2000, and paid the Participants $101,264,625[14] in premium for the corresponding short EUR/USD digital currency options on that same date (Table 2).[15] These stated premiums were significantly higher than the theoretical value of the options. I calculated the theoretical value of the EUR/USD long positions to be $23,346,255 and the short to be $22,832,588. The stated premiums were also significantly higher than DEUTSCHE BANK's theoretical values: the bank shows a long

[14] IRS-JG-04061-IRS-JG-04063, IRS-JG-05303-IRS-JG-05305, IRS-JG-01765-01767, IRS-JG-05243-IRS-JG-05245, IRS-JG-00597-IRS-JG-00599, IRS-JG-05255-05257, IRS-JG-05267-05269.

[15] As discussed in I.B, above, the Participants paid the net premium to DEUTSCHE BANK.

theoretical value of $23,126,078 and a short theoretical value of $22,616,509.[16] DEUTSCHE BANK's theoretical values were within 1% of my theoretical calculations, a difference small enough to be explained by minor variations in the pricing models or inputs.

**Stobie Creek Participants**

EUR/USD

| | Deutsche Stated Premium | DeRosa Theoretical Value | Stated Premium as a % of DeRosa Theoretical Value | Deutsche Theoretical Premium | Stated Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| Long Option Value | ($102,287,500) | ($23,346,255) | 438.13% | ($23,126,078) | 442.30% |
| Short Option Value | $101,264,625 | $22,832,588 | 443.51% | $22,616,509 | 447.75% |

**Table 2**

The stated premiums for the EUR/USD offsetting options were approximately 3.4 times higher than the theoretical values I calculated for the same offsetting options. Significantly, the stated premiums were also approximately 3.4 times higher than DEUTSCHE BANK's own theoretical value calculations.

[16] The DEUTSCHE BANK ODET trade printouts: DOJ-STOBIE-00236426-00236436, DOJ-STOBIE-00236503-00236513, DOJ-STOBIE-00236415-00236425, DOJ-STOBIE-00113062-00113072, DOJ-STOBIE-00236393-00236403, DOJ-STOBIE-00236525-00236535, DOJ-STOBIE-00236404-00236414, DOJ-STOBIE-00236514-00236524, DOJ-STOBIE-00236448-00236458, DOJ-STOBIE-00236481-DOJ-STOBIE-00236491, DOJ-STOBIE-00236437-00236447, DOJ-STOBIE-00236492-00236502, DOJ-STOBIE-00236459-DOJ-STOBIE-00236469, DOJ-STOBIE-00236470-00236480).

Table 3 shows the value of the EUR/USD and USD/CHF offsetting options.

| Stobie Creek Participants | Deutsche Stated Premium | DeRosa Theoretical Value | % by which Stated Premium Exceeds DeRosa Theoretical Value |
|---|---|---|---|
| Long Option Value EUR/USD | ($102,287,500) | (23,346,255) | 338.13% |
| Short Option Value EUR/USD | $101,264,625 | 22,832,588 | 343.51% |
| Long Option Value USD/CHF | ($102,287,500) | (40,668,325) | 151.52% |
| Short Option Value USD/CHF | $101,264,625 | 40,025,738 | 153.00% |
| Total Long Option Value | ($204,575,000) | (64,014,580) | 219.58% |
| Total Short Option Value | $202,529,250 | 62,858,326 | 222.20% |

Table 3

Table 3 also shows that the stated premiums of the USD/CHF digital options were approximately 150% greater than my theoretical values. As discussed above, the EUR/USD options were approximately 340% greater than my theoretical values, and the stated premium for both sets was on average approximately 220% greater than my theoretical values.

Exhibit 1 illustrates the comparative differences between the total DEUTSCHE BANK stated premiums for the EUR/USD

digital options with my theoretical values and the theoretical values of DEUTSCHE BANK:




**Exhibit 1**

Exhibit 2 similarly illustrates the comparative differences between the total DEUTSCHE BANK stated premiums for the USD/CHF digital options with my theoretical values and the theoretical values of DEUTSCHE BANK:




**Exhibit 2**

The second anomaly I found concerns the net premiums. The net stated premium is the amount the participants actually paid to DEUTSCHE BANK for the option transactions. I found that the net stated premium of each combination of offsetting options was also considerably overvalued when compared to the theoretical values. DEUTSCHE BANK charged the Participants $2,045,750 in net stated premium for the offsetting EUR/USD and USD/CHF options. I calculated a theoretical net value of $1,156,254, including the sweet spot, using mid-level volatilities (the average of the bid and ask volatilities as indicated on the ODET printouts) and deposit rates. The bank's net theoretical value was $1,158,150. (See Footnote 16 for a listing of all ODETs). The bank's net theoretical values are virtually the same as my net theoretical valuation.

Table 4 provides a comparison between the DEUTSCHE BANK net stated premiums and the net theoretical values from DEUTSCHE BANK and me for the EUR/USD and USD/CHF offsetting options.

**Stobie Creek Participants**

Net Premiums

| | Net Stated Premium | DeRosa Net Theoretical Value | Stated Net Premium as a % of DeRosa Theoretical Value | Deutsche Net Theoretical Premium | Net Stated Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| EUR/USD | ($1,022,875) | ($513,667) | 199.13% | ($509,569) | 200.73% |
| USD/CHF | ($1,022,875) | ($642,587) | 159.18% | ($648,581) | 157.71% |
| Net Total | ($2,045,750) | ($1,156,254) | 176.93% | ($1,158,150) | 176.64% |

Table 4

As shown in Table 4, the net stated premium received by DEUTSCHE BANK for the EUR/USD offsetting options was approximately 100% higher than either my net theoretical value or the net theoretical value of DEUTSCHE BANK. For the USD/CHF offsetting options, the net stated premium was approximately 58% higher than both my theoretical values and those of DEUTSCHE BANK.

The comparison of my theoretical value of the total net premium to DEUTSCHE BANK's net stated premium for the Stobie Creek transactions is dramatic. The net stated premium was over 76% greater than the theoretical net value of the offsetting options.

Table 5 displays a comparison of the total DEUTSCHE BANK stated premiums versus the total theoretical values for all the Stobie Creek offsetting options on both the stated long

and short, as well as net stated bases. Table 5 shows that the DEUTSCHE BANK net stated premiums exceeded their own theoretical values as well as my theoretical values by 76%.

Stobie Creek Participants
Premium Analysis

| | Stated Premium | DeRosa Theoretical Value | Percentage by which Stated Premium Exceeds DeRosa Theoretical Value | Deutsche Theoretical Value | Percentage by which Stated Premium Exceeds Deutsche Theoretical Value |
|---|---|---|---|---|---|
| EUR/USD | | | | | |
| Long Currency Options | ($102,287,500) | ($23,346,255) | 338.13% | ($23,126,078) | 342.30% |
| Short Currency Options | $101,264,625 | $22,832,588 | 343.51% | $22,616,509 | 347.75% |
| Net Premium USD/CHF | ($1,022,875) | ($513,667) | 99.13% | ($509,569) | 100.73% |
| USD/CHF | | | | | |
| Long Currency Options | ($102,287,500) | ($40,668,325) | 151.52% | ($41,112,234) | 148.80% |
| Short Currency Options | $101,264,625 | $40,025,738 | 153.00% | $40,463,653 | 150.26% |
| Net Premium EUR/USD | ($1,022,875) | ($642,587) | 59.18% | ($648,581) | 57.71% |
| Total Stobie Creek Participants | | | | | |
| Long Currency Options | ($204,575,000) | ($64,014,580) | 219.58% | ($64,238,312) | 218.46% |
| Short Currency Options | $202,529,250 | $62,858,326 | 222.20% | $63,080,162 | 221.07% |
| Net Premium: Stobie Creek Participants | ($2,045,750) | ($1,156,254) | 76.93% | ($1,158,150) | 76.64% |

**Table 5**

The differences between the stated premiums and the theoretical values are too large to be explained away through bid-ask spreads and/or minor pricing input variances. They are indicative of a divergence between the

pricing strategy DEUTSCHE BANK used to derive their stated premiums and its own internal theoretical pricing model (as well as mine).

My theoretical value calculations use standard option pricing theory methods, and as such do not take into account the fact that there would never be a situation where the Participants would reap a "sweet spot" payoff (see definition on page 24) by being permitted to exercise the long digital currency option without having the bank exercise its short digital currency option. This "no sweet-spot" opinion is discussed in detail in Section III.B. This means that my theoretical values overvalue the offsetting options simply because they do not discount the fact that the sweet spot will never be hit. As a result, the offsetting option premiums were even more overpriced than the comparison to my theoretical values, or DEUTSCHE BANK's theoretical values, in Table 2 indicate.

I estimated what the theoretical values of the Stobie Creek options would have been, had the strike prices of the two components been equal (setting the short strike equal to the long strike; the same methodology used by DEUTSCHE BANK). By setting the strike prices to be equal to each

other, I effectively removed the sweet spot. In its internal risk book, DEUTSCHE BANK set the two strikes equal to each other, thus 'eliminating' the sweet spot in the risk book (discussed fully in III.E). Table 6 compares the value of the Stobie Creek options with and without the sweet spot.

**Stobie Creek Participants**

| | Deutsche Stated Premium | DeRosa Theoretical Value with Sweet Spot | DeRosa Theoretical Value without Sweet Spot | Change in Value Due to Removal of Sweet Spot |
|---|---|---|---|---|
| Long Option Value EUR/USD | (102,287,500) | (23,346,255) | (23,346,255) | |
| Short Option Value EUR/USD | 101,264,625 | 22,832,588 | 23,185,717 | $353,129 |
| Net Premium | (1,022,875) | (513,667) | (160,538) | $353,129 |
| Long Option Value USD/CHF | (102,287,500) | (40,668,325) | (40,668,325) | |
| Short Option Value USD/CHF | 101,264,625 | 40,025,738 | 40,278,526 | $252,788 |
| Net Premium | (1,022,875) | (642,587) | (389,799) | $252,788 |
| Total Long Option Value | (204,575,000) | (64,014,580) | (64,014,580) | |
| Total Short Option Value | 202,529,250 | 62,858,326 | 63,464,243 | $605,917 |
| Total Net Premium | (2,045,750) | (1,156,254) | (550,337) | $605,917 |

**Table 6**

The reason why the values of the long and short component options, viewed separately, change only modestly with the removal of the sweet spot is because the probability of obtaining the sweet spot is de minimus. By contrast, the impact of the theoretical value of the net premium is

dramatic. The theoretical total net premium falls by $605,917 for the combined EUR/USD and USD/CHF digital options. This means that the net stated premium was actually more than 3.7 times greater than the theoretical net value of the offsetting options (from Table 6, $2,045,750/$550,337 = 372%). Later, in this report, I will show that DEUTSCHE BANK treated the sweet spot as though the probability of its being hit was in fact zero.

As mentioned above, the stated premium of an option may vary marginally from its theoretical value. That said, I can think of no market-related explanation to account for the significant pricing differences between the stated premiums and the theoretical valuations derived by both DEUTSCHE BANK and myself. Thus, in my opinion the stated and net stated prices were materially overstated.

In general practice, options on foreign exchange are bought and sold at market determined prices, based off of third-party quotes. For the pricing of the Stobie Creek transactions, however, the net option premium was always 1% of the long option stated premium. This is not the way that options are bought and sold in the marketplace.

Table 7 provides a comparison between premiums calculated with the 1% methodology and DEUTSCHE BANK'S stated premiums.

**Stobie Creek**
Premium Analysis

| | Stated Net Premium Rec/(Paid) | Long Premium (Net ÷ 1%) | Short Premium (Long (-) Net) | Deutsch Long Stated Premium | Deutsche Short Stated Premium | Long Variance 1% vs Stated Premium | Short Variance 1% vs Stated Premium |
|---|---|---|---|---|---|---|---|
| EUR/USD options | ($1,022,875) | ($102,287,500) | $101,264,625 | ($102,287,500) | $101,264,625 | $0 | $0 |
| USD/CHF options | ($1,022,875) | ($102,287,500) | $101,264,625 | ($102,287,500) | $101,264,625 | $0 | $0 |
| TOTAL | ($2,045,750) | ($204,575,000) | $202,529,250 | ($204,575,000) | $202,529,250 | $0 | $0 |

**Table 7**

This methodology, what I call the "one percent rule" plays out as follows: In aggregate the Participants paid a net stated premium of $2,045,750. The mathematics tell us that the long option stated premium would have been equal to $204,575,000 ($2,045,750 divided by 1%). Moreover the short option premium would have been $202,529,250 ($204,575,000 minus $2,045,750).

Since the net stated premium of the offsetting options was always a specific percentage of the long option payoff, it seems clear that DEUTSCHE BANK was intentionally pricing the offsetting options in a manner that was totally at odds

with how options are priced in the market. Accordingly, it is not surprising that the stated and net stated option premiums would be so significantly different from their true values.

The "one percent rule" applies to all 14 Stobie Creek transactions, as well as to the other 252 DEUTSCHE BANK transactions from 1999 and 2000 listed in Appendix III, totaling $1,563,844,000 in stated long option premium.

Another anomalous feature of these options is that the spread between the strike of the option purchased and the strike of the option sold short was always two pips, in spite of the fact that different currencies were used.

There are other similarities in the architecture of the 14 Stobie Creek transactions:

- The net payoff on every pair of offsetting options was always two times the net stated premium paid for the pair.

- The stated premium for the long component option was always 50% of the payoff which would have been

received if the long option were to expire in-the-money. The stated premium for the short component option also was always 50% of the payoff that would have been owed if the short option were to expire in-the-money.

- The dollar amount of the long premium, short premium, long payoff, and short payoff were the same for each of the two transactions, in spite of the fact that different currencies were used. In addition, each transaction had the same trade date and expiration date.

These similarities support my finding that the offsetting options in this case were priced on the basis of non-market principles.

As discussed above, my calculation of the theoretical value of the Participants' options was significantly lower than the stated premiums, which is confirmed by DEUTSCHE BANK's own theoretical values. I would like to put this into perspective so as to show the level of this significance. In order to calculate the theoretical values of the Stobie Creek options, I employed an adaptation of the Black-Scholes model that is derived for digital options on

foreign exchange. The Black-Scholes model, or a variant of it, is the means by which virtually all financial institutions calculate option prices. The universality of this model explains why my theoretical values and those of DEUTSCHE BANK are so close. Black-Scholes models are used to calculate the price of an option where the volatility of exchange rates is known, or at least assumed. Alternatively, the models can be used to calculate what volatility of exchange rates is implied by a known option price -- this is called the implied volatility. In the Stobie Creek case we know the price, or premium, that was paid and that can reveal the implied volatility. The volatility implied by the dollar price of the USD/CHF options was in excess of 100%, a number that is monstrously large and totally unrealistic. By any basis for the exchange rate of the dollar and Swiss franc this is completely out of range from the numbers in the Bloomberg database.[17] The EUR/USD case is even more absurd because no implied volatility makes the theoretical value match the

[17] Seen another way, the standard deviation of daily percentage changes in the USD/CHF and EUR/USD exchange rates were approximately 0.70% for the period 1999-2000. This equates to an annualized volatility of approximately 11%, a number impossibly removed from the 100+% implied volatility I calculated for the USD/CHF options. The 100+% implied volatility number means the daily standard deviation in USD/CHF would have to have been over 6% -- to say this succinctly, the Swiss franc does not make 6% daily moves against the dollar. As another point of comparison which demonstrates the implausibility of a of 6% daily standard deviation, during the Thai baht and Russian ruble crises in 1997-1998, the daily standard deviations of these currencies against the dollar were approximately 3.2% and 5.4% respectively (these percentages are based on Bloomberg daily pricing data for July-August 1997 for the baht and July-August 1998 for the ruble). If the collapse of two national currencies would cause a daily standard deviation of 3.2% to 5.4%, then it is unreasonable that the Swiss franc, one of the world's most stable currencies, would ever approach a daily standard deviation of 6%.

stated premium. These digital options are priced at levels antithetical to Black-Scholes analysis. This in and of itself is proof that the stated premiums are bogus.

I examined comparative examples of implied volatilities obtained from Bloomberg, which surveys all major banks for option component data, and is a well-respected source for such data. Between January 1, 2000 and April 30, 2000, the one-week and one-month EUR/USD and USD/CHF implied volatilities were between 10% and 20%. An extreme, but plausible, implied volatility for options such as those in this case would be 30%. The volatilities implied by the Stobie Creek stated premiums are never seen in the world of foreign currency options on EUR/USD or USD/CHF. This serves as further support for my opinion that the Stobie Creek digital currency options were irregularly priced.

### *III.B. The Offsetting Options Held Long By Each Participant, Or Stobie Creek Investments, LLC, Would Never Be Exercised Without The Offsetting Options Held Short by the Participants, Or Stobie Creek Investments, LLC, Also Being Exercised.*

Each offsetting option pair consisted of a long digital currency option (purchased by a Participant) and a short digital currency option (sold by the same Participant). Both component options were based on the same underlying currency. All options expired on April 17, 2000, at 10:00am New York time. Their strike prices were always exactly a mere 2 pips apart.

I have been asked to opine whether there was any chance for the long option to have been at- or in-the-money, and therefore exercised at expiration, and at the same time the short option to have been out-of-the-money, and therefore not exercised by DEUTSCHE BANK. For this to have occurred the spot price at expiration would have had to have been exactly at the long option strike price, or between both the option strike prices, allowing the exercise of only the participant's long option without the counterparty's

exercising the short option. In this completely hypothetical situation the long option would have paid its lump-sum payoff, but the short option would have finished worthless, out-of-the-money. As discussed, I call this hypothetical situation "hitting the sweet spot."

For each of the seven Stobie Creek Participants, the EUR/USD and the USD/CHF offsetting options were equal in size. The details of these trades were identical within each currency pair across the seven Participants, except for their size. Therefore, for simplicity purposes in this opinion, we can analyze Stobie Creek as having two currency pairs, one in EUR/USD and one in USD/CHF. For either of the currency pairs in Stobie Creek, hitting the sweet spot would have resulted in a $204,575,000 payoff from the long option.

In the EUR/USD transaction, the difference between the strikes of the offsetting options was 2 pips, or two one-hundredths of a U.S. cent. This narrowness is extraordinary. In my opinion, the narrow range of the strike spread guaranteed that hitting the sweet spot was never a possibility. It is also my opinion that there were only two outcomes for the EUR/USD offsetting options:

either both component (long and short) options would have been worthless, out-of-the-money at expiration, or both options would have had full payouts, meaning both would have been at- or in-the-money at expiration. Had both expired in-the-money, DEUTSCHE BANK would have paid the holder of the offsetting options, Stobie Creek, the net difference in the payoff amounts ($2,045,750 in the case of the EUR/USD options).

Similarly, in the USD/CHF transaction, the difference between the strikes of the offsetting options was also 2 pips, or two ten-thousandths of a Swiss franc. Again, for the USD/CHF there are two possible outcomes: both expiring in-the-money or both expiring out-of-the-money. Had both the long and short options expired in-the-money, DEUTSCHE BANK would have paid the holder of the offsetting options, Stobie Creek, the net difference in the payoff amounts (also $2,045,750 in the case of the USD/CHF options).

Table 8 illustrates the long, short, and net payoffs if Stobie Creek's offsetting options had expired at-, or in-the-money. If the offsetting options had expired out-of-the-money, they would have been worthless.

**Stobie Creek**
At-, or In-the-Money Payoffs

| | Long Option Payoff | Short Option Payout | Net |
|---|---|---|---|
| EUR/USD options | $204,575,000 | ($202,529,250) | $2,045,750 |
| USD/CHF options | $204,575,000 | ($202,529,250) | $2,045,750 |
| TOTAL | $409,150,000 | ($405,058,500) | $4,091,500 |

Table 8

One reason why the sweet spot would not have been realized has to do with the decentralized nature of foreign exchange trading. As I discussed in Section II, there is no physical, central place where currencies are traded. By way of contrast, the stock market has physical locations where equity shares are traded, such as on exchanges like the New York Stock Exchange (NYSE). The foreign exchange market only consists of a network of dealing banks and other institutions that are spread around the world. Foreign exchange market participants are connected by telephones and computer networks, but seldom meet in person to trade.

In the foreign exchange market, a trade begins when a client contacts one or more dealing institutions about a possible foreign exchange transaction of a specified size.

Each dealer responds with a bid price and an ask price -- the dealer is prepared to buy at the bid price or sell at the ask price. No two dealers are likely to quote the exact same bid and ask, simultaneously - and for this reason it can pay to shop around.

As mentioned earlier, spot trading of major currencies features bid-ask spreads that are at least 2 pips wide. It is not unusual for a bank's bid-ask spread to be 3 pips wide; and between different banks it is not unusual to see a spread of 6 pips between the lowest bid and the highest ask (e.g., see pp. 49-50). An example of a 2 pip wide quotation on EUR/USD would be 1.0000 bid, 1.0002 ask.

After a dealer has given a quote, the client must say at once whether it wants to buy (on the ask) or sell (on the bid), or do nothing. Even when a transaction is done, there is no public record of the event, as there is on the NYSE, where every purchase or sale of shares is recorded on a public medium referred to as the "tape." Because DEUTSCHE BANK was the designated calculation agent for each offsetting option pair it had total authority to determine whether the options were in-, at-, or out-of-the-money at expiration. Indeed, DEUTSCHE BANK had sole discretion in

making this determination, and the lack of transparency in the foreign exchange market put the Participants at a profound disadvantage.

Moreover, the confirmations were silent as to the manner in which DEUTSCHE BANK would determine the final (10:00am New York time on expiration date) spot rate. The confirmations do not indicate whether DEUTSCHE BANK, in determining the state of an option at expiration, was to use the bid side or ask side of the spot market. Given that the difference in the strike prices of the component digital currency options was only 2 pips wide, and that the bid-ask spread on the currency itself was at least equal to, if not larger than 2 pips, there was a guarantee that the sweet spot would never materialize. DEUTSCHE BANK could select either the bid side or the ask side of the market. This would allow DEUTSCHE BANK to avoid the sweet spot. For example, the JFW Investments, LLC offsetting option strikes were 0.9912 on the long EUR/USD component and 0.9914 on the short EUR/USD component. DEUTSCHE BANK would have been within its rights to declare both options at- or in-the-money if the EUR/USD bid were 0.9914 or higher, and both options out-of-the-money if the EUR/USD ask were 0.9911 or

lower. Table 9 illustrates this point for the digital currency options with strikes equal to 0.9912 and 0.9914.

| BID | ASK | |
|---|---|---|
| 0.9910 | 0.9912 | Both Out-the-Money |
| 0.9911 | 0.9913 | Both Out-the-Money |
| 0.9912 | 0.9914 | Both In-the-Money |
| 0.9913 | 0.9915 | Both In-the-Money |

**Table 9**

For every bid or ask value where the sweet spot could theoretically be hit, DEUTSCHE BANK could select the bid or ask price where the sweet spot would not be hit. The circled prices are the spot prices DEUTSCHE BANK would select to avoid hitting the sweet spot.

Given a 2-pip-wide bid-ask spread, DEUTSCHE BANK could always select either the bid or the ask spot price so that the sweet spot is not hit. For example, if the EUR/USD spot were quoted 0.9912 bid, 0.9914 ask, the Bank could determine the relevant spot rate to be 0.9914, making both options in-the-money; if the EUR/USD spot were quoted 0.9911 bid, 0.9913 ask the bank could choose 0.9911, the

ask side, and determine both options to be worthless. Moreover, a wider than 2 pip wide bid/ask spread on spot would not save the sweet spot from being impossible to hit for the same reasons, because the Participants and Stobie Creek Investments, LLC were stuck with the 2 pip wide strike spread on the offsetting options.

The extent of DEUTSCHE BANK's latitude in determining the relevant spot rate, and hence the options' in- or out-of-the-moneyness, is revealed in the following email correspondence from Tom Tahl (or Perry Parker) to R. Craig Brubaker, both at DEUTSCHE BANK:

> Calculation agent is Deutsche Bank. The Calculation agent is clearly specified in the trade confirmation documents. In the event of any question you might have as to the rate that Deutsche Bank sets. The practice we follow (which is industry standard) is as follows: We poll 5 interbank FX participants at 10:00 a.m. on determination date for their spot FX dealing rate. Deutsche Bank chooses 1 of those rates and a specific price on or within that quote. The counterparties we currently use are:
>
> Chase
> Citibank
> Union Bank of Switzerland
> Morgan Stanley
> Barclays
>
> For example this morning Wednesday Aug. 02 10:00 a.m. Their respective dealing quotes in usd/jpy were
>
> Chase 109.05/08

> Citibank 109.03/06
> UBS 109.05/08
> Morgan Stanley 109.06/09
> Barclays 109.05/08
>
> Deutsche Bank chose to use the Barclays quote and our determination rate today was 109.06. We will provide a printed record of the counterparty quote we choose upon your request. Any further information that you need I will be happy to provide.
> Perry Parker[18]

Additionally, I should mention that a large, powerful foreign exchange dealer such as DEUTSCHE BANK has, at times, the ability to force small (albeit temporary) price changes on the foreign exchange market. As illustrated in the following email from Craig Brubaker (DEUTSCHE BANK sales) to Erwin Mayer (Jenkens & Gilchrist), DEUTSCHE BANK contemplated the use of this tactic to navigate around the possibility of a sweet spot payout.

> ..is it imperative that the long and short options have different strikes, which generates the lotto payout? The fx markets are much less regulated, trade 24 hours, etc., and it its much easier for those guys to move the market off those strikes.[19]

[18] DOJ-STOBIE-00033774.

[19] The Brubaker email goes on to say, "That can't be done on the equity market side with its regulation, therefore, there is real exposure to the possibility, albeit small, of having to pay out the lottery. If we could eliminate that possibility without destroying the integrity of your transaction, that would help." This reveals DEUTSCHE BANK's concern regarding a sweet spot payout and explains their willingness to use offsetting digital currency options in the trade structure. Bates document DOJ-STOBIE-00033734.

The JFW Investments, LLC EUR/USD options were struck at 0.9912 (long option) and 0.9914 (short option). Suppose that, immediately prior to 10:00am New York time on the day of expiration, DEUTSCHE BANK felt the 10:00am EUR/USD spot rate would fall inside the sweet spot range. DEUTSCHE BANK could buy a large amount of euros, so as to push the spot rate above the short option strike price of 0.9914, thereby putting both options in-the-money. Alternatively, DEUTSCHE BANK could sell a large amount of euros, so as to pull the spot rate below the long option strike price of 0.9912, thereby edging both options out-of-the-money. Either way, DEUTSCHE BANK would ensure the EUR/USD spot rate not to be in the sweet spot at exactly 10:00am New York time. This is yet another reason why the sweet spot would never materialize.

### *III.C. An Objective Analysis Of The Transaction Reveals That The Offsetting Options Did Not Provide The Participants, Or Stobie Creek Investments, LLC, With A Reasonable Possibility For Achieving A Profit.*

Modern financial theory posits that reasonably prudent investors seek out investments with positive rates of return and that have a reasonable possibility of achieving a profit. One of the most effective ways to evaluate an investment for these criteria is through an expected rate of return analysis. The expected rate of return is the probability weighted sum of the rates of return across all possible economic outcomes of an investment.

Because the offsetting options were binary investments, the economic outcomes were a function of the in- or out-of-the-moneyness of the options. For the out-of-the-money state the net payoff was zero because both components would have expired worthless. For the at- or in-the-money state the net payoff was the net difference between the payoff received from the exercised long option and the payoff delivered on the exercised short option.

I calculated the probability of the offsetting options finishing out-of-the-money, on one hand, and at- or in-the-money on the other hand, using option pricing theory. I used the data from the DEUTSCHE BANK ODET printouts in my probability calculations, specifically the mid-level volatilities and deposit rates.[20]

As discussed in Section III B. above, I do not believe that a "sweet spot" scenario (a situation where the long component option was in-the-money, while the short component option was out-of-the-money) would ever occur.

The stated premium payable by the Stobie Creek Participants for the long EUR/USD option was $102,287,500 and the stated premium receivable from DEUTSCHE BANK for the short option was $101,264,625. These amounts result in a net stated premium of $1,022,875 - the net cost of the offsetting options. At expiration, if both offsetting options were out of the money, there would be no payments. By contrast, if both EUR/USD offsetting options were at- or in-the-money, Stobie Creek would receive from DEUTSCHE BANK $204,575,000 on the long option and pay $202,529,250 to

[20] Mid-level volatilities and deposit (depo) rates are taken from an average of the bid and ask levels provided in the Deutsche Bank ODET (Option Deal Entry Tool) printouts, which provide trade details for all of the offsetting digital currency options discussed in this analysis. Probabilities are based on hitting the long strike price.

DEUTSCHE BANK on the short option. If this occurred, Stobie Creek would receive a net payout of $2,045,750. I calculated the probability of the Stobie Creek EUR/USD offsetting options being at- or, in-the-money to be 11.43%. For the USD/CHF options it was 19.95%. The probability of an out-of-the-money result would be 88.57% for EUR/USD and 80.05% for USD/CHF. The expected dollar return is equal to the sum of each payoff multiplied by its probability of occurrence.

The expected dollar return on the Stobie Creek EUR/USD offsetting options was $233,829 ([$0 x 88.57%] + [$2,045,750 x 11.43%]). Dividing the expected dollar return by the net premium payment of $1,022,875, and then subtracting one, results in an expected rate of return for the Stobie Creek EUR/USD offsetting options of -77.14%. This number is not annualized.[21] The expected rate of return calculations for Stobie Creek's USD/CHF offsetting options was -60.10%.

Table 10 provides an expected rate of return analysis for the Participants' offsetting option pairs.

[21] It is conventional to annualize returns, but in this case it would magnify the negative expected returns beyond reason.

**Stobie Creek Participants**
Expected Rates of Return if Held to Expiration

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Dollar Return | Stated Net Premium | Expected Rate of Return |
|---|---|---|---|---|---|---|---|
| EUR/USD options | 88.57% | 0.00 | 11.43% | $2,045,750 | $233,829 | ($1,022,875) | -77.14% |
| USD/CHF options | 80.05% | 0.00 | 19.95% | $2,045,750 | $408,127 | ($1,022,875) | -60.10% |

**ITM - In-The-Money**
**OTM - Out-of-The-Money**

**Table 10**

These calculations do not account for all of the costs associated with the trades. The Participants paid substantial fees to Jenkens & Gilchrist, and to Shumaker, Loop & Kendrick, LLP, in connection with these transactions. The net cost to the Participants of implementing the offsetting option strategy includes both the net premium payments for the purchase and sale of the offsetting option components plus the fees paid to Jenkens & Gilchrist, and to Shumaker, Loop & Kendrick, LLP.[22]

Table 11 illustrates the component costs related to the Stobie Creek EUR/USD and USD/CHF options transactions. Note that the fees are equally divided between the EUR/USD

[22] PLAINTIFF'S 0006865-71