# Report of David DeRosa, Ph.D.

In Rebuttal to the Expert Reports of

Robert W. Kolb, Ph.D., Jeffrey A. Frankel, Ph.D., and

Richard M. Levich, Ph.D.

Stobie Creek Investments, LLC, et al v.

The United States of America

October 11, 2007

I disagree with the main points of Dr. Kolb's Expert Report, dated September 11, 2007, and Dr. Levich's Expert Report, dated September 13, 2007. In addition, the Expert Report of Dr. Frankel, dated September 14, 2007, and those of Drs. Kolb and Levich, introduce irrelevancies, and have omitted key elements and financial analyses that are required to understand the Stobie Creek transactions.

There are four main topics in this rebuttal:

1. The pricing of the Stobie options, one of the central components of any discussion of the economics of the transactions, is not considered in the reports of the plaintiff's experts.
2. Although probabilities of payoff for the transactions are calculated, the logical transition to the expected rates of return of the transactions is missing in the reports of the plaintiff's experts.
3. There is an absence of discussion in the plaintiff's expert reports about whether the offsetting option pairs were, in fact, components of a single transaction. Nor does Dr. Kolb's report contain any

discussion of the margin payments that would be required if the options were separated.

4. In the reports of the plaintiff's experts, the analysis of the correlation between the euro and the Swiss franc during this period is misleading.[1]

**1. Plaintiff's Experts Fail to Analyze Irregular Options Pricing**

None of the three experts analyzed the prices paid for the options, or valued the options, which are at the center of this case. The practical reality of the Stobie Creek transactions is that the digital options were unrealistically overpriced, beyond any semblance of market reality. By ignoring this fact, the plaintiff's experts have overlooked one of the most striking facts that bears on the economic analysis of these transactions. By my calculations, as corroborated by DEUTSCHE BANK's own internal calculations, the Stobie Creek options were overpriced by over 75% on a net basis.

[1] A failure to mention any point of disagreement with the expert reports of Drs. Kolb, Frankel, or Levich does not constitute agreement therewith.

**2. Absence of Discussion or Analysis of Expected Rates of Return**

In my report for Stobie Creek, the topic of Expected Rates of Return is covered at length. I will not reiterate it here, except to state that calculating the Expected Rate of Return is the best tool with which to measure, before investing, a potential investment such as the offsetting options in Stobie Creek. It is the best tool because it takes into account all the relevant factors: the cost, the payoff, and the probability of those payoffs being realized. None of the plaintiff's experts attempted to take into account all these relevant factors in a comprehensive analysis of these options. Drs. Kolb and Levich discussed the probabilities of the strike prices being reached in their examination of the Stobie Creek transactions, but they stopped there, and that takes us only part way. Why are probabilities alone so limited as a decision tool? Because they do not tell us much about an investment unless they are applied to the potential payoffs.

Additionally, one has to look at all the costs associated with a trade, including applicable fees. Dr. Kolb considered the cost of the options in his payoff matrices

but ignored the other costs for fees paid to Jenkens & Gilchrist (J&G) and of Shumaker, Loop & Kendrick, LLP (SLK). Moreover, a payoff matrix that does not indicate the likelihood of the outcomes being realized is again only a partial, and potentially misleading, analysis of the transactions.

In order to compare and contrast my results with those of Drs. Kolb and Levich, I have taken their most favorable probabilities for the Stobie Creek transactions. Using these probabilities, I calculated the expected rates of return, not including fees. I have also calculated the net expected rates of return, which include the fees.

Comparison to Dr. Kolb's Probabilities

Dr. Kolb's probabilities[2] of 10% for the EUR/USD options and 6.6% for the USD/CHF options during the period leading up to the transaction generate expected rates of returns of -80% and -86.80%, respectively. If one includes the fees paid to J&G and SLK, one arrives at net expected rates of return of -95% and -96.70%, respectively. These are significantly lower than the results from my report for the

[2] On Page 16 of Dr. Kolb's expert report, he does not use the term *probability*, rather he refers to the percentage of 17-day periods in the 349 trading days preceding the Participants' transactions during which the currency pair in question moved an amount "needed to make the option investment profitable."

same transactions, namely -77% and -60% for the expected rates of return of the EUR/USD and USD/CHF options, respectively, and -94% and -90% for the expected rates of return net of fees.

**Stobie Creek Participants**

Expected Rates of Return if Held to Expiration

Considering the Cost of the Options

Using Dr. Kolb's Probabilities

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Dollar Return | Stated Net Premium | Expected Rate of Return |
|---|---|---|---|---|---|---|---|
| EUR/USD options | 90.00% | 0.00 | 10.00% | $2,045,750 | $204,575 | ($1,022,875) | -80.00% |
| USD/CHF options | 93.40% | 0.00 | 6.60% | $2,045,750 | $135,020 | ($1,022,875) | -86.80% |

ITM - In-The-Money

OTM - Out-of-The-Money

**Stobie Creek Participants**

Expected Rates of Return if Held to Expiration

Considering the Cost of the Options and the Fees

Using Dr. Kolb's Probabilities

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Return | Net Premium | Net Fees | Net Expected Rate of Return |
|---|---|---|---|---|---|---|---|---|
| EUR/USD options | 90.00% | 0.00 | 10.00% | $2,045,750 | $204,575 | ($1,022,875) | ($3,068,625) | -95.00% |
| USD/CHF options | 93.40% | 0.00 | 6.60% | $2,045,750 | $135,020 | ($1,022,875) | ($3,068,625) | -96.70% |

**ITM - In-The-Money**

**OTM - Out-of-The-Money**

Comparison to Dr. Levich's Probabilities

Using the probabilities of Dr. Levich also generates significantly negative expected rates of return. Although less dramatic than the results from Dr. Kolb's probabilities, utilizing the best-case probabilities from Dr. Levich of 21.41% for the EUR/USD options and 27.77% for the USD/CHF options, and employing the same methodology as I did above for Dr. Kolb (as well as in my own report), I obtain expected rates of return of -57.18% and -44.46%, respectively for the EUR/USD and USD/CHF. If one includes the fees paid to J&G and SLK, one arrives at net expected rates of return of -89.30% and -86.12%.

**Stobie Creek Participants**
Expected Rates of Return if Held to Expiration
Considering the Cost of the Options
Using Dr. Levich's Probabilities

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Dollar Return | Stated Net Premium | Expected Rate of Return |
|---|---|---|---|---|---|---|---|
| EUR/USD options | 78.59% | 0.00 | 21.41% | $2,045,750 | $437,995 | ($1,022,875) | -57.18% |
| USD/CHF options | 72.23% | 0.00 | 27.77% | $2,045,750 | $568,105 | ($1,022,875) | -44.46% |

**ITM - In-The-Money**
**OTM - Out-of-The-Money**

**Stobie Creek Participants**

Expected Rates of Return if Held to Expiration

Considering the Cost of the Options and the Fees

Using Dr. Levich's Probabilities

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Return | Net Premium | Net Fees | Net Expected Rate of Return |
|---|---|---|---|---|---|---|---|---|
| EUR/USD opt | 78.59% | 0.00 | 21.41% | $2,045,750 | $437,995 | ($1,022,875) | ($3,068,625) | -89.30% |
| USD/CHF options | 72.23% | 0.00 | 27.77% | $2,045,750 | $568,105 | ($1,022,875) | ($3,068,625) | -86.12% |

**ITM - In-The-Money**
**OTM - Out-of-The-Money**

Taking into account Dr. Levich's sweet spot calculations, under his best-case probabilities of 0.1469% and 0.1143% for EUR/USD and USD/CHF options, respectively, one arrives at negative expected rates of return, -27.72% and -21.60%, when only the cost of the options is considered. When one includes the fees paid to J&G and SLK, the net expected rates of return fall to -81.93% and -80.40%. I should reiterate that it is my expert opinion that, as discussed fully in my report, the sweet spot would never be hit.

**Stobie Creek Participants**
Expected Rates of Return if Held to Expiration
Considering the Cost of the Options
Using Dr. Levich's Probabilities

| | ITM Probability | ITM Net Payoff | Sweet Spot Probability | Sweet Spot Payoff | Expected Dollar Return | Stated Net Premium | Expected Rate of Return |
|---|---|---|---|---|---|---|---|
| EUR/USD options | 21.41% | $2,045,750 | 0.1473% | $204,575,000 | $739,334 | ($1,022,875) | -27.72% |
| USD/CHF options | 27.77% | $2,045,750 | 0.1143% | $204,575,000 | $801,934 | ($1,022,875) | -21.60% |

**ITM - In-The-Money**
**OTM - Out-of-The-Money**

**Stobie Creek Participants**
Expected Rates of Return if Held to Expiration
Considering the Cost of the Options and the Fees
Using Dr. Levich's Probabilities

| | ITM Probability | ITM Net Payoff | Sweet Spot Probability | Sweet Spot Net Payoff | Expected Return | Net Premium | Net Fees | Net Expected Rate of Return |
|---|---|---|---|---|---|---|---|---|
| EUR/USD options | 21.41% | $2,045,750 | 0.1473% | $204,575,000 | $739,334 | ($1,022,875) | ($3,068,625) | -81.93% |
| USD/CHF options | 27.77% | $2,045,750 | 0.1143% | $204,575,000 | $801,934 | ($1,022,875) | ($3,068,625) | -80.40% |

**ITM - In-The-Money**
**OTM - Out-of-The-Money**

To summarize, whatever set of probabilities developed by the expert witnesses in this case is used - whether or not one takes into account the fees paid to J&G and SLK - a prospective investor would reasonably expect a negative return on these options, given the cost of the options, the likelihood of each possible outcome, and the possible

payoffs. Accordingly, no investor would have had a reasonable expectation of earning a profit on these options, and no reasonable investor seeking to earn a profit would have entered into these transactions.

3. **Absence of Discussion or Analysis of Single Transaction**

The most powerful argument that the EUR/USD and USD/CHF digital option pairs were single transactions goes to the purported pricing of the component options. I demonstrated in my report that all the Stobie Creek options were overpriced. But I would like to focus on the short options, the ones which DEUTSCHE BANK purportedly bought. According to my calculations, as well as those of DEUTSCHE BANK itself, these options were overpriced by over 200%, well over $130,000,000 above their theoretical value. Therefore, to separate all the options would have necessitated DEUTSCHE BANK to overpay by over $130,000,000. No bank would ever let this happen. The only way DEUTSCHE BANK would overpay this amount is if it were simultaneously receiving a comparable overpayment on another component of the same transaction.

Much of my report deals with the real world, or practical, issues regarding the Stobie Creek options. The Single Transaction opinion is one of them. Drs. Frankel and Levich never even considered the Single Transaction argument. I wish to directly rebut Dr. Kolb's claim that:

> These two options are separate and distinct financial instruments. They are priced separately; they can be traded separately. They have different strike prices; they have different sales prices. There is no serious argument on the question of whether these are two options or one option - they are two separate options.

This assertion by Dr. Kolb did not consider three points. First, because Dr. Kolb did not value the options he did not know that they were overpriced and therefore he ignored a key fact about why the paired options were component parts of a single transaction. Second, in Dr. Kolb's quote, he missed the essential point that the two offsetting options were designed and executed as a single transaction. Third, as I will explain, margin was not considered.

The examination of whether the Stobie Creek options were single transactions is tested by examining how or whether the options could have been bought and sold separately, or somehow separated after the trade. To do this exercise

requires a margin calculation; that is, the analysis that DEUTSCHE BANK itself would have done, and the cash requirements that DEUTSCHE BANK would have imposed on the Participants. The plaintiff's experts performed no such analysis. Due to margin requirements, an area in which Dr. Kolb has stated he is not knowledgeable[3], the Welles family, which put up $2,045,750 for the complete set of options in Stobie Creek, would have had to post an additional $405 million to separate the options. More than $200 million of that sum would have been the additional cash required to satisfy margin for the short options.

**4. Misleading Analysis of Euro-Swiss Franc Correlation**

The topic of the correlation of the euro and the Swiss franc was considered in the reports of the plaintiff's experts, as well as my own. Our conclusions were not the same, however. The plaintiff's experts analyzed the likelihood of appreciation of one or the other currency between March 31 and April 17, 2000. The fact is that the euro and the Swiss franc were highly correlated. This means that, generally, if the euro appreciates against the

[3] See Sala v. U.S.A., deposition of Robert Kolb, Denver, CO, January 12, 2007, pp. 131-132.

dollar, so does the Swiss franc[4]. In my report, I calculated the historical correlation as of March 31, 2000 as 0.97, based on Bloomberg data[5]. A prospective investor or FX trader might have postulated that in the short term the correlation would change somewhat. The plaintiff's experts talk about a possible change in EUR/CHF exchange rate[6]. Naturally, there could have been a change in this exchange rate; but a change from a highly positive correlation to a negative correlation in these two major global currencies would have required a massive and highly exceptional realignment.

The fact is that the EUR/USD and USD/CHF digital option pairs were opposing bets because one was a put and the other a call. Any meaningful positive correlation of the euro and Swiss franc would have indicated that these two pairs of options would to a large extent have offset each other. As a consequence, this created a portfolio with less risk, and less profit potential, than one with two pairs of options that were uncorrelated.

---

[4] By contrast, a negative correlation is when the euro and the Swiss franc move in opposite directions versus the dollar.
[5] A correlation of 1.00 indicates perfect correlation.
[6] The Stobie Creek options were based on the EUR/USD and the USD/CHF exchange rates.

To illustrate this correlation, one need only examine Exhibits 12 and 13 from Dr. Kolb's expert report. His Exhibit 12 is the USD per EUR exchange rate from March 31-April 30, 2000, and Exhibit 13 is CHF per USD for the same period.[7] These graphs are almost perfect mirror images of each other, and make it look as if the currencies are moving in opposite directions from each other; in fact they demonstrate that the currencies were moving almost in lock step at this time. On page 15, using Bloomberg graphs, I have corrected Dr. Kolb's Exhibit 12 and left Exhibit 13 unchanged so each represents units of foreign currency (EUR and CHF) per USD.

In other words, the Participants entered into counteracting financial instruments of equal size, thereby limiting potential profit and reducing risk.

David F. DeRosa, Ph.D.

[7] Foreign exchange trading convention expresses these rates as USD/CHF and EUR/USD.


USDEUR .7093 -.0026 BBLC .7093/.7094 BBLC CurncyGP
At 15:26 Op .7118 Hi .7135 Lo .7086 Prev .7119 Value 10/11/07
USDEUR CMPN CURNCY
Hide
GP - Line Chart
Page 1/2
Range 03/31/00 - 04/28/00 Upper Market Price Mov. Avgs Currency EUR
Period Daily
Last Price 1.0966
High on 04/27/00 1.0990
Average 1.0577
Low on 04/10/00 1.0387
1.1000
1.0900
1.0800
1.0700
1.0600
1.0500
1.0400
Apr 7
Apr 14
Apr 21
Apr 28
Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
H253-788-1 09-Oct-2007 15:26:40


USDCHF ↑ 1.1839 -.0026 HSFX 1.1838/1.1840 CurncyGP
At 15:27 Op 1.1865 Hi 1.1894 Lo 1.1825 Prev 1.1865 Value 10/11/07
USDCHF CMPN CURNCY
Hide
GP - Line Chart
Page 1/2
Range 03/31/00 - 04/28/00 Upper Market Price Mov. Avgs Currency CHF
Period Daily
Last Price 1.7157
High on 04/27/00 1.7272
Average 1.6647
Low on 04/14/00 1.6331
1.7200
1.7000
1.6800
1.6600
1.6400
Apr 7
Apr 14
Apr 21
Apr 28
Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
H253-788-1 09-Oct-2007 15:27:15