**David F. DeRosa, Ph.D.**

**January 23, 2008**

***<u>Stobie Creek Investments, LLC, et al v.</u>***

***<u>The United States Of America</u>***

Response to Questions Posed in

October 25, 2007 Deposition

At the request of Plaintiffs' counsel, I have reviewed my report and calculations, based on an apparent inconsistency raised in my October 25, 2007 deposition. I was asked to reconcile my calculation of a $160,538 "theoretical value without sweet spot" for the EUR/USD spread strategy with my later calculation that the "expected dollar return" on the EUR/USD spread strategy was $233,829. These values would imply an expected rate of return on the EUR/USD spread strategy much greater than the risk free rate.

The inconsistency is explained by a rounded number in one of my calculations. In calculating the theoretical values of the component options including the sweet spot, I used a EUR/USD spot rate of .95745, which is the value indicated on the Deutsche Bank ODET sheets. I also used this spot rate of .95745 in calculating the theoretical value of the long component option without the sweet spot. However, the value shown for the theoretical value of the short component option without the sweet spot was calculated rounding the EUR/USD spot rate up to .95750. I have attached revised pages 35 and 36 of my report with Table 6 corrected so that the theoretical value of the short EUR/USD option without the sweet spot is based upon a EUR/USD spot of .95745.

Additionally, after reviewing Table 6, I am making a small correction to the theoretical value of the USD/CHF short component option without the sweet spot. I have therefore corrected the calculation on page 36 based on these adjustments to the theoretical value calculations.

Neither of these small adjustments changes any of my conclusions.

X________________________________

David F. DeRosa, Ph.D.

other, I effectively removed the sweet spot. In its internal risk book, DEUTSCHE BANK set the two strikes equal to each other, thus 'eliminating' the sweet spot in the risk book (discussed fully in III.E). Table 6 compares the value of the Stobie Creek options with and without the sweet spot.

**Stobie Creek Participants**

| | Deutsche Stated Premium | DeRosa Theoretical Value with Sweet Spot | DeRosa Theoretical Value without Sweet Spot | Change in Value Due to Removal of Sweet Spot |
|---|---|---|---|---|
| Long Option Value EUR/USD | (102,287,500) | (23,346,255) | (23,346,255) | |
| Short Option Value EUR/USD | 101,264,625 | 22,832,588 | 23,112,742 | $280,154 |
| Net Premium | (1,022,875) | (513,667) | (233,513) | $280,154 |
| Long Option Value USD/CHF | (102,287,500) | (40,668,325) | (40,668,325) | |
| Short Option Value USD/CHF | 101,264,625 | 40,025,738 | 40,261,642 | $235,904 |
| Net Premium | (1,022,875) | (642,587) | (406,683) | $235,904 |
| Total Long Option Value | (204,575,000) | (64,014,580) | (64,014,580) | |
| Total Short Option Value | 202,529,250 | 62,858,326 | 63,374,384 | $516,058 |
| Total Net Premium | (2,045,750) | (1,156,254) | (640,196) | $516,058 |

**Table 6**

The reason why the values of the long and short component options, viewed separately, change only modestly with the removal of the sweet spot is because the probability of obtaining the sweet spot is de minimus. By contrast, the impact of the theoretical value of the net premium is

dramatic. The theoretical total net premium falls by $516,058 for the combined EUR/USD and USD/CHF digital options. This means that the net stated premium was actually more than 3.1 times greater than the theoretical net value of the offsetting options (from Table 6, $2,045,750/$640,196 = 319.55%). Later, in this report, I will show that DEUTSCHE BANK treated the sweet spot as though the probability of its being hit was in fact zero.

As mentioned above, the stated premium of an option may vary marginally from its theoretical value. That said, I can think of no market-related explanation to account for the significant pricing differences between the stated premiums and the theoretical valuations derived by both DEUTSCHE BANK and myself. Thus, in my opinion the stated and net stated prices were materially overstated.

In general practice, options on foreign exchange are bought and sold at market determined prices, based off of third-party quotes. For the pricing of the Stobie Creek transactions, however, the net option premium was always 1% of the long option stated premium. This is not the way that options are bought and sold in the marketplace.