# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KLAMATH STRATEGIC INVESTMENT FUND | : | DOCKET NO. 5:04CV278 |
| VS. | : | MARSHALL, TEXAS OCTOBER 17, 2006 |
| UNITED STATES OF AMERICA | : | |

TESTIMONY OF STUART SMITH
BEFORE THE HONORABLE T. JOHN WARD,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:
MR. KENT L. JONES
MR. THOMAS A. CULLINAN
SUTHERLAND, ASBILL & BRENNAN
999 PEACHTREE STREET NE
ATLANTA, GEORGIA 30309

FOR THE DEFENDANT:
MR. ANDREW L. SOBOTKA
DEPARTMENT OF JUSTICE,
TAX DIVISION
717 N. HARWOOD, SUITE 400
DALLAS, TEXAS 75242

MR. STUART DAVID GIBSON
DEPARTMENT OF JUSTICE,
TAX DIVISION
BEN FRANKLIN STATION
P.O. BOX 227
WASHINGTON, DC 20044

MS. JENNIFER KIRKPATRICK BROWN
DEPARTMENT OF JUSTICE,
TAX DIVISION
BEN FRANKLIN STATION
P.O. BOX 7238
WASHINGTON, DC 20044

COPY

well -- that they were objectively reasonable, that they thoroughly examined the facts and applied the facts to the law and that they thoroughly analyzed potential challenges to the transaction and that they reached -- they correctly concluded that it was more likely than not that the taxpayers would prevail in any controversy with the Internal Revenue Service.

Q Based on your review of those documents, do you believe that the opinions set forth in the Holland and Hart and Olson Lemmons opinions were opinions of the sort that taxpayers such as Mr. Nix and Patterson could reasonably rely on in good faith?

A I have reached an opinion that they could -- that Messieurs Patterson and Nix could reasonably rely upon these opinions in good faith in preparing their tax returns, I think for the year 2000.

MR. JONES: Could you show the witness, please, exhibit -- Plaintiff's Exhibit 194.

BY MR. JONES:

Q Mr. Smith, can you identify what we have labeled Plaintiff's Exhibit 194?

A Plaintiffs Exhibit Number 194 is the expert report that I prepared, which I believe is dated March 9th, 2006.

Q Is it the expert report that you prepared in connection with this case?