**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, JFW ENTERPRISES, INC., Tax Matters and Notice Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-748T & 07-520T** |
| | ) | **(Judge Miller)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION OF THE UNITED STATES**
**FOR LEAVE TO SERVE SUBPOENA**

Pursuant to Rule 45(b), the United States moves for leave to serve, at a place further than 100 miles from the location of the trial of this case, a subpoena for the trial testimony of Howard S. Allen. Mr. Allen is a custodian of records for Deutsche Bank whose testimony may be necessary to authenticate and establish a foundation for the admissibility of documents produced by Deutsche Bank to the United States in this case.

Although the United States has attempted to stipulate with plaintiffs to the authenticity of the documents produced by Deutsche Bank, the plaintiffs have declined to do so. The United States intends to continue its efforts to make such stipulations.

WHEREFORE, the United States prays that this motion be granted, and that the Court issue an order granting the United States leave to serve a subpoena requiring Mr. Allen to testify at trial.

Respectfully submitted,

s/Stuart D. Gibson
Stuart D. Gibson
Attorney of Record
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington D.C. 20044
(202) 307-6586

John A. DiCicco
Deputy Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Cory A. Johnson
Trial Attorney
Jacob E. Christensen
Trial Attorney

March 26, 2008

s/Cory A. Johnson
Of Counsel