# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS, LLC and JFW ENTERPRISES, INC.,** *
Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Mar. 27, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion for Leave To Serve Subpoena filed on March 26, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

Service beyond 100 miles from the place of travel in order to testify during trial at the time and place indicated is hereby authorized for Howard S. Allen.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge