# EXHIBIT B

SCHIFFHARDIN LLP

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Robert E. Kolek
312-258-5755
rkolek@schiffhardin.com

October 3, 2007

**VIA E-MAIL AND REGULAR MAIL**

Stuart D. Gibson, Esq.
U.S. Department of Justice, Tax Division
Office of Civil Litigation
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

Re: **Stobie Creek Investments, LLC, JFW Enterprises, Inc. v. United States, No. 05-748T**

Dear Stuart:

Several individuals whom you sought to depose in connection with the Stobie Creek case asserted their rights under the Fifth Amendment and declined to respond to questions raised during their depositions. Those individuals included Paul Daugerdas, Donna Guerin, David Parse, Perry Parker, Craig Brubaker, John Ivsan, and Jason Shih.

We understand that the reason that these individuals exercised their Fifth Amendment Rights is because the United States Department of Justice is conducting a criminal investigation into allegations involving their conduct. To the best of our knowledge, this investigation has been ongoing for over two years. We believe that if the above individuals otherwise were free to provide testimony in the Stobie Creek case, their testimony would be helpful in proving the plaintiff's case.

Accordingly, we request that the United States Department of Justice grant use immunity to the above individuals with respect to their testimony in the Stobie Creek case. If the United States Department of Justice does not grant use immunity to the above individuals, then it should be barred from arguing for any adverse inferences or any other benefit resulting from the assertion of Fifth Amendment privileges by these witnesses and we will so move the Court for such an order.

SCHIFF HARDIN LLP



If you have any questions regarding this matter, please call me.

Sincerely,

RE Kolek

Robert E. Kolek

REK:lmc
cc: Cory A. Johnson
Thomas R. Wechter
Matthew C. Crowl
Colleen M. Feeney