# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOBIE CREEK INVESTMENTS LLC and JFW ENTERPRISES, INC.,** *
Plaintiffs, *

v. * Nos. 05-748T & 07-520T

**THE UNITED STATES,** * (Filed Mar. 31, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to Plaintiffs' Motion for Partial Reconsideration filed on March 28, 2008, and pursuant to RCFC 7.2(a),

**IT IS ORDERED**, as follows:

1. Defendant shall respond to plaintiffs' motion by April 2, 2008.

2. The court will rule without a reply.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
**Judge**