| Plaintiffs' Counter-Designations | Defendant's Designations |
| --- | --- |
| | 5:1 – 7:3 |
| | 7:21 – 9:13 |
| | 22:10 – 23:13 |
| | 27:16 – 28:6 |
| | 54:10 – 55:7 |
| 55:8 – 55:23 | 55:24-56:2 |
| 56:8-56:11 | |
| 57:7-57:25 | |
| 60:16-60:25 | 62:6-62:12 |
| 66:1-66:16 | |
| 67:3-68:8 | |

EXHIBIT A