# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STOBIE CREEK INVESTMENTS, LLC, and JFW ENTERPRISES, INC.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Nos. 05-748T & 07-520T |
| **THE UNITED STATES,** | * | (Filed Apr. 3, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the pretrial conference held this date, the court made rulings on the following matters: (1) The United States' Motion for Leave To File Deposition Transcripts of Messrs. Stephen J. Bores and Jason Shih filed on March 12, 2008, is granted consistent with the order entered on March 21, 2008, on Plaintiffs' Motion in Limine To Exclude Deposition Testimony Containing Blanket Assertions of the Fifth Amendment Privilege Against Self-Incrimination, as to Messrs. Shih and Bores, because their testimony is relevant. All objections to introduction of specific designated deposition testimony are reserved. (2) Plaintiffs' Motion for Partial Reconsideration filed on March 28, 2008, of the order entered on March 21, 2008, ruling on plaintiffs' motion *in limine* to exclude the testimony and deposition designations of certain named individuals is denied based on the reasons stated in defendant's response filed on April 2, 2008.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge