# In the United States Court of Federal Claims

**Nos. 05-748 T and 07-520 T**
**(consolidated)**

**STOBIE CREEK INVESTMENTS LLC,**
**JFW ENTERPRISES, INC.,** ***Tax Matters***
***and Notice Partner;*** **and**
**STOBIE CREEK INVESTMENTS LLC,**
***by and through*** **JFW ENTERPRISES, INC.,**
***Tax Matters and Notice Partner***

**v.** **JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed July 31, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for defendant on plaintiffs' petition for readjustment of partnership items for Stobie Creek, and the complaint is dismissed.

John S. Buckley
Acting Clerk of Court

**August 1, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.